## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA

In re:

    Charlotte Teresa Williford

    Kenneth Williford

        Debtor(s)

RECEIVED

2007 FEB -6 P 12: 05   Case No. 03-81486 WRS

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## TRANSMITTAL OF APPEAL

       I do hereby certify that the documents herein comprise the items in the designation of contents related to the Notice of Appeal filed in the above referenced case.

**Transmittal Submitted On:**        **February 6, 2007**

**Notice of Appeal Filed:**        **January 18, 2007**

**Contents of Record**:
**Designated Items of Appellant(s)**:
**Designated Items of Appellee:**

**Remarks**:
***The Appellant's Designation of Record was not filed. Filing fees has not been paid ($255.00). There is a pending Appellant's Application to Proceed Without Prepayment of Fees and Affidavit. No Transcripts, due to fees not paid.**

**PLEASE RETURN A "RECEIVED" STAMPED
COPY OF THIS SUBMISSION SHEET**

FROM: /s/ Richard S. Oda, Clerk

     United States Bankruptcy Court

Yvonne Pelham
Deputy Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF THE
ALABAMA EASTERN DIVISION

IN RE: KENNETH WILLIFORD
AND CHARLOTTE WILLIFORD
DEBTORS

CASE NO: 03-81486-WRS

CHAPTER 11

## NOTICE OF APPEAL

Comes now the Appellant "Kenneth Williford" pursuant to Rule 4 of the Fed. Rules of App. P., who files this timely notice of Appeal, and states the following to wit:

Appellant filed a timely Rule 59 (E), motion's December, 16th, 2006, motions for "Reconsideration, and a motion for a rehearing, and a motion for a evidiary hearing", these motions are to vacate or amend the judgment enter on December, 8th, 2006, about property division and fraud against the courts. These are presently pending before this Hon. Court. Pursuant to Fed. R. App. P. 4 (a) (4); Jackson v. Schoemehl, 788 F. 2d at 1298. A timely Rule 59 (E) motion tolls the time period for filing a notice of Appeal.

Appellant files this notice of appeal on December, 29th, 2006, from the judgment entered on December, 8th, 2006, with the right to amend said notice of appeal after ruling of the pending motions cited above.

Petitioner is indigent and without the means of filing fees and seeks informa pauperis status for the purpose of appellate review.

Done this day 29th, of December, 2006

Respectfully Submitted

Kenneth Williford
_____
KENNETH WILLIFORD
AIS #229597-B-38
100 WARRIOR LANE
BESSEMER, AL 35023-7299

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE ATTACHED NOTICE OF APPEAL IS BEING SUBMITTED TO THE CLERK OF THE U.S. BANKRUPTCY COURT, MIDDLE DISTRICT OF ALABAMA, P.O. BOX 1248, MONTGOMERY, AL, 36102, AND TO THE PARTIES BELOW. BY PLACING IN THE U.S. MAILBOX AT W.E. DONALDSON CORR. FAC. POSTAGE PREPAID AND PROPERLY ADDRESSED ON THIS THE 29TH DAY OF DECEMBER, 2006

CHARLOTTE T. WILLIFORD
OAK-HAVEN OFFICE
3503 MARVYN AVY
OPELIKA, AL, 36804

Kenneth Williford
KENNETH WILLIFORD

12/29/06

THIS LETTER IS FOR THE CLERK OF THE U.S. BANKRUPTCY COURT OF THE MIDDLE DISTRICT, OF ALABAMA. I KENNETH (WILLIFER) HAVE SENT TO YOU AN ATTACHED "NOTICE OF APPEAL". I AM SOME WHAT CONFUSED ON JUST HOW TO WORK THERE IN THE BANKRUPTCY SYSTEM. I HAVE READ IN THE RULE BOOKS ABOUT APPEALING TO DISTRICT COURTS, OR TO THE BANKRUPTCY APPELLATE PANEL. I DO NOT HAVE A CLUE AS TO WHAT THIS BANKRUPTCY APPELLATE PANEL IS, NOR WITH THE RESOURES THAT I HAVE AT HAND CAN TELL JUST WHAT THIS BANKR. APPELLATE PANEL IS. I AM APPEALING JUDGE SAWYER'S "MEMORANDUM DECISION" ON DEC, 8TH, 2006, PLEASE READ THE ATTACHED "NOTICE OF APPEAL". IT WOULD BE GREATLY APPRECIATED IF YOU COULD PUT THIS "NOTICE OF APPEAL" IN ITS CORRECT PLACE.

Thank You For Your Time

RESPECTFULLY SUBMITTED

Kenneth Willifer

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re

KENNETH WILLIFORD and
CHARLOTTE TERESA WILLIFORD,

       Debtors.

Case No. 03-81486-WRS
Chapter 11

3:07 CV 105-WKW

## <u>ORDER</u>

For the reasons set forth in the Court's Memorandum Decision of this date:

1. Kenneth Williford's Motion to Vacate the Order of Confirmation (Doc. 278) is DENIED.

2. The automatic stay is modified and annulled in this case to permit the divorce proceedings in <u>Williford v. Williford</u>, Civil Action DR-2003-175, in the Circuit Court for Lee County, Alabama.

3. William Murray's Motion to Intervene (Doc. 280) is DENIED AS MOOT.

4. William Murray's Motion to Correct Order for Status Hearing (Doc. 285) is DENIED.

5. William Murray's Motion to Correct Docket Entry 298 (Doc. 299) is DENIED.

6. William Murray's Motion to Sanction Memory & Day (Doc. 298) is DENIED.

7. Memory & Day's Motion to Dismiss (Doc. 279) is DENIED.

8. Memory & Day's Motion to Withdraw (Doc. 286) is GRANTED.

9. Any other motions which may have been filed in this case subsequent to July 25, 2006 are DENIED.

10. The Clerk of this Court shall send, by first class mail, copies of this Order and the related Memorandum Decision to: Kenneth Williford, 229597-B-38, 100 Warrior Lane,

Bessemer, AL 35023; Charlotte Teresa Williford, 815 Crawford Road, Opelika, AL 36804; The

Hon. Richard D. Lane, Circuit Judge, 2311 Gateway Dr., Opelika, AL 36801; J. Anthony

McLain, General Counsel, Alabama State Bar, 415 Dexter Ave., Montgomery, AL 36104.

      11. It is intended that this is the final order in accordance with Bankruptcy Rule 9021.

      Done this the 8th day of December, 2006.

                          /s/ William R. Sawyer
                          United States Bankruptcy Judge

c: James L. Day, attorney for debtor
  Von G. Memory, attorney for debtor
  Charlotte Williford, debtor
  Kenneth Williford, debtor
  William R. Murray
  Teresa Jacobs, Bankruptcy Administrator

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                           Case No. 03-81486-WRS
                                                Chapter 11
KENNETH WILLIFORD and
CHARLOTTE TERESA WILLIFORD,
                                                3:07CV105- WKW
            Debtors.

MEMORANDUM DECISION

This Chapter 11 case is before the Court on motions filed by Kenneth Williford, William

Murray, and Memory and Day. The initial motion which has in turn generated a number of

filings was Kenneth Williford's motion of July 25, 2006, seeking to vacate this Court's January

30, 2006 Order confirming the Debtors' Chapter 11 Plan. (Doc. 278–Motion to Vacate; Doc.

255–Order Confirming Plan). The Court will begin with a review of the history of this

bankruptcy case and, to the extend necessary, the litigation in state court to which Kenneth

Williford was a party. In addition, this Court will discuss the following motions filed by

William Murray: Motion to Intervene (Doc. 280); Motion to Correct Order for Status Hearing

(Doc. 285); and Motion to Correct Docket Entry (Doc. 299). The Court will also address the

following motions filed by Memory and Day: Motion to Dismiss (Doc. 279); and Motion to

Withdraw (Doc. 286). For the reasons set forth below, the Motion to Withdraw filed by Memory

and Day is GRANTED, and all other motions are DENIED.

I.  CASE HISTORY

On October 3, 2003, Kenneth Williford, together with his former spouse Charlotte

Williford, filed a joint petition in bankruptcy pursuant to Chapter 11 of the Bankruptcy Code.

(Doc. 1). At that time, the Willifords jointly owned five mobile home parks in Lee and

Chambers County, Alabama, which they valued in their bankruptcy schedules at $3,650,000.[1] (Doc. 191, p. 12). The property was encumbered by mortgages in favor of Peoples Bank for about $2,800,000. (Doc. 191, p. 13). There are three parallel story lines which must also be considered here. For purposes of convenience, they will be referred to as: (1) Kenneth Williford's criminal proceedings; (2) the Emerton civil action; and (3) the divorce proceedings.

Kenneth Williford was convicted of one count of rape and one count of sodomy in connection with a sequence of events which took place in an abandoned mobile home in one of Williford's trailer parks. Kenneth Williford was sentenced to 25 years on the rape conviction and 15 years on the sodomy conviction, with the sentences to run concurrently. Williford appealed his convictions, which were affirmed by the Alabama Supreme Court. See Ex parte Williford, 931 So.2d 10 (Ala. 2005). Williford has been in prison during the course of these bankruptcy proceedings.

In other proceedings, Scott and Kristi Emerton brought a civil action against Kenneth and Charlotte Williford. The Emertons purchased a mobile home from the Willifords. Kenneth Williford subsequently evicted the Emertons from the mobile home. The Emertons alleged in their civil action that the Willifords had wrongfully repossessed the mobile home. A jury in Chambers County awarded the Emertons $33,000 in compensatory damages and $350,000 in punitive damages. The trial court's judgment was appealed twice to the Alabama Supreme

---

[1] The Court has not had occasion to make a finding as to the value of the various mobile home parks, or for that matter, any of the Debtors' property. William Murray states in his most recent filing that the Bankruptcy Court should undertake to value the mobile home parks. (Doc. 313, p. 17). As this Court will not disturb the property division effected by the Divorce Court, it is not necessary to value the property here. Values stated in this Memorandum Decision are taken from filings made by the parties and are not the product a judicial finding.

Court.  In the first appeal, the Alabama Supreme Court remanded the case to the trial court to conduct <u>Hammond</u> proceedings.  <u>Williford v. Emerton</u>, 935 So.2d 1150, 1158 (Ala. 2004) (remanding for proceedings in accordance with <u>Hammond v. City of Gadsden</u>, 493 So.2d 1374 (Ala. 1986)).  In the second appeal, the Alabama Supreme Court affirmed the judgment of the trial court.  <u>Emerton v. Williford</u>, 902 So.2d 658 (Ala. 2004).[2]  The liability owed to the Emertons was later compromised and its payment structured in the Chapter 11 Plan, which was confirmed by this Court on January 30, 2006.  (Doc. 255).

On April 9, 2003, Charlotte Williford petitioned the Circuit Court in Lee County, Alabama for a divorce from Kenneth Williford.  <u>Williford v. Williford</u>, Civil No. DR-2003-175. Notwithstanding the fact that they had filed a joint petition in bankruptcy, Charlotte and Kenneth Williford were unable to agree on a resolution of their divorce case, and the trial was held on September 22-23, 2003.  (Doc. 306).  Judgment was entered on October 31, 2003.  It should be remembered that the Willifords filed their joint petition in bankruptcy on October 3, 2003.  Thus, the petition in bankruptcy was filed after the trial but before entry of judgment of divorce.  Both Charlotte and Kenneth Williford were represented by separate counsel at the September 22-23 trial in the divorce case.  The Circuit Court in Lee County awarded most of the marital assets to Charlotte Williford.  Kenneth Williford prosecuted an appeal to the Alabama Court of Civil Appeals, which affirmed the judgment of the trial court without an opinion by its order dated

---

[2] Proceedings occurred in State Court in the <u>Emerton</u> case in violation of the automatic stay.  By order dated August 26, 2004, this Court annulled the automatic stay to permit the <u>Emerton</u> case to proceed in the state court system.  (Doc. 102; <u>see also</u>, <u>Emerton v. Williford (In re Williford)</u>, Adv. Pro. No. 04-8003, Doc. 12).

-3-

April 29, 2005. <u>Williford v. Williford</u>, Case No. 2030320. Neither Charlotte nor Kenneth filed a

motion for relief from the automatic stay in this bankruptcy case.[3]

Returning to the bankruptcy case, after an exhaustive three-year effort to reorganize, a

Plan of Reorganization was confirmed, with all classes of creditors consenting, on January 30,

2006.[4] (Doc. 255). Kenneth Williford moved this Court to vacate the Order of Confirmation on

July 25, 2006.[5] (Doc. 278). Kenneth Williford has made a number of filings, now acting <u>pro se</u>.

On September 12, 2006, this Court conducted a hearing on all pending matters. Charlotte

Williford, William R. Murray, Von G. Memory, James L. Day, and Bankruptcy Administrator

Teresa Jacobs were present in person. Kenneth Williford appeared telephonically.[6]

---

[3] When a husband and wife file a joint petition in bankruptcy, it is generally thought that they will work together to deal with their common financial problems. The Bankruptcy Code does not require anything more than that the joint petitioners be husband and wife, which the Willifords technically were, as of the date of the petition. 11 U.S.C. § 302. However, it is unusual for a husband and wife to go to divorce court one day, engage in a knock down drag out fight over assets and before entry of judgment of divorce, walk arm-in-arm to bankruptcy court to face their creditors together. With the benefit of hindsight, it is apparent that the joint filing was not a good idea.

[4] In general terms, there are two routes to confirmation of a Chapter 11 Plan. If all of the classes of creditors accept the plan, confirmation may be had pursuant to 11 U.S.C. § 1129(a). On the other hand, if there are one or more classes of dissenting class members, a more arduous route to confirmation is available pursuant to 11 U.S.C. § 1129(b), which is sometimes referred to as a "cram down" because the Plan is essentially crammed down the throats of unwilling creditors. It is worth noting here that the Debtor's Plan of Reorganization was confirmed pursuant to § 1129(a), with all classes of creditors concurring in confirmation.

[5] Subsequent filings, as well as representations made by Kenneth Williford, suggest that he is no longer interested in vacating the Order of Confirmation. His attentions as of late appear to be centered on relitigating in bankruptcy court the state court's property division which was done in conjunction with the Judgment of Divorce.

[6] Kenneth Williford is presently in a state prison in Bessemer, Alabama. He filed a motion asking that he be transported to the Bankruptcy Court in Montgomery for the September 12, 2006 hearing. (Doc. 292). This Court determined that it could adequately determine all pending matters without Kenneth Williford's physical presence in Court. While there are a

## II. THE ORDER OF CONFIRMATION

The Court will first address the issue of whether the January 30, 2006 Order Confirming the Debtors' Chapter 11 Plan should be revoked. "On request of a party in interest at any time before 180 days after the date of the entry of the order of confirmation, and after notice and a hearing, the court may revoke such order if and only if such order was procured by fraud." 11 U.S.C. § 1144. On July 25, 2006, Kenneth Williford filed a timely motion to revoke the Order of Confirmation. (Doc. 278).

The elements of fraud are as follows:

1. A materially false statement;

2. The false statement must be known to be false by the person making the statement;

3. An intention to deceive and induce reliance;

4. Actual reliance; and

5. The order of confirmation must be entered as a consequence.

Tenn-Fla Partners v. First Union Nat'l Bank of Fla., (In re Tenn-Fla Partners), 226 F.3d 746, 750 (6th Cir. 2000); see also, Westchester Surplus Lines Ins. Co. v. Surfside Resort & Suites, Inc., (In re Surfside Resort & Suites, Inc.), 344 B.R. 179, 189-90 (Bankr. M.D. Fla. 2006).

Kenneth Williford alleges that a fraud was perpetrated on the Court and on the creditors in that the divorce proceedings were not disclosed in the bankruptcy case. Moreover, Kenneth

---

number of factual allegations in dispute, they are not material to the resolution of the matter at hand, which is a legal dispute. The Court heard an oral presentation from Kenneth Williford on September 12, and he was given the opportunity to supplement his views with a brief. In response, Kenneth Williford has filed a number of documents that this Court will accept as briefs. (Docs. 287, 288, 291, 296, 304, 307, 310). The Court finds that Kenneth Williford has been given an ample opportunity to represent himself in these proceedings.

Williford faults the lawyers for not advising the Circuit Court of Lee County about the filing of this bankruptcy petition while the divorce petition was still pending. On June 29, 2005, seven months before the Order of Confirmation was entered, the Debtors filed an Amended Disclosure Statement. (Doc. 191). At pages 6 and 7 of the Amended Disclosure Statement, the following is stated:

> **In September 2003 Charlotte Williford filed a petition for divorce against Kenneth Williford in the Circuit Court of Lee County, Alabama, Case Number DR 2003-175. Pursuant to a judgment of divorce rendered October 31, 2003 the court awarded to Charlotte Williford all property of the estate. This matter was appealed by Kenneth Williford to the Alabama Court of Civil Appeals, Case Number 2030320, and a rehearing was denied, June 17, 2005.[7]**

(Doc. 191, pp 6-7).

The motion to vacate the Order of Confirmation necessarily fails as no false statement was made. Because there was no false statement, Kenneth Williford's motion to revoke the Order of Confirmation is denied.

### III. THE AUTOMATIC STAY

Kenneth Williford also contends that the proceedings in his divorce case subsequent to October 3, 2003, the date the bankruptcy petition was filed, were taken in violation of the automatic stay and are therefore void. He further requests that the property division effected by the Circuit Court in the divorce proceedings be vacated and that this Court schedule a hearing and make a division of the parties' marital property. Kenneth Williford seeks a share of the real

---

[7] This representation in the Amended Disclosure Statement is in bold italics characters.

property upon which the mobile home parks sit, which have featured so prominently in these proceedings.

Upon the filing of a petition in bankruptcy, an automatic stay comes into effect. 11 U.S.C. § 362; see also, In re Briskey, 258 B.R. 473 (Bankr. M.D. Ala. 2001). Most proceedings against a debtor and property of the estate are stayed by operation of law. Id. Memory and Day argue in their brief that the automatic stay does not affect divorce proceedings of joint debtors. (Doc. 301, pp. 6-7). However, the fact that the Debtors filed a joint petition does not mean that their estates are consolidated unless the bankruptcy specifically orders consolidation. 11 U.S.C. § 302(b). That has not been done in this case. Therefore, Memory and Day's theory, that a divorce property division does not impinge upon the automatic stay as the division of property is internal, necessarily fails. A division of property by a divorce court of an individual in bankruptcy necessarily entails a transfer of property which by definition violates the automatic stay. See, Elrod v. Elrod (In re Elrod), 91 B.R. 187, 189 (Bankr. M.D. Ga. 1988) (holding that the automatic stay protected debtor's property, but bankruptcy court deferred to state divorce court to make determination as to division of property). In this case, the division of property effected by the Williford divorce decree was done in violation of the automatic stay.

Under the law of this Circuit, actions taken in violation of the automatic stay are void. Albany Partners, Ltd. v. Westbrook (In re Albany Partners, Ltd.), 749 F.2d 670, 675 (11th Cir. 1984); see also, Borg-Warner Acceptance Corp. v. Hall, 685 F.2d 1306, 1308-09 (11th Cir. 1982). It is clear that all proceedings affecting the Debtors' property which took place in the Williford divorce case subsequent to the filing of the bankruptcy petition are void as a matter of law.

At the September 12, 2006 hearing, this Court discussed with those present the available alternatives for dealing with the violation of the automatic stay. In this Court's view, there are three options. First, this Court may declare the divorce proceedings in Lee County void and proceed to hear the property division aspect of the divorce proceeding in Bankruptcy Court. Second, this Court could declare the Lee County proceedings void but grant relief from the automatic stay and remand to Lee County for further proceedings unencumbered by the automatic stay. Third, this Court could annul the automatic stay and thereby retroactively validate the proceedings in Lee County as well as those before the Alabama Court of Civil Appeals, making further proceedings here unnecessary. Kenneth Williford favored the first alternative and opposed the second and third alternatives. Charlotte Williford prefers the third alternative, leaving in place and validating the existing divorce decree.

The Bankruptcy Code gives bankruptcy courts discretion to "annul" the automatic stay. 11 U.S.C. § 362(d); see also, Albany Partners, 749 F.2d at 675 (noting that bankruptcy courts have the power to retroactively annul the automatic stay, validating actions taken in violation of the stay). Having considered the three alternatives described above, annulment of the automatic stay, retroactively giving effect to the Lee County divorce decree, is the best course of action here. The Court concludes that annulment is best for two reasons. First, Kenneth Williford voluntary proceeded with his divorce case knowing of his bankruptcy proceeding and presumably knowing that actions taken in state court were in violation of the automatic stay. Second, under the facts of this case, there is no prejudice to creditors.

As described above, Kenneth Williford, together with his then wife Charlotte, filed a voluntary petition in bankruptcy while their divorce petition was pending in Circuit Court. There

-8-

were three sets of lawyers involved. Kenneth and Charlotte each had their own lawyers in the divorce proceedings, and both of them were represented by Memory and Day in this bankruptcy case. None of the lawyers advised the Circuit Court of the bankruptcy filing until considerably later, and no one moved for relief from the automatic stay here to permit the divorce case to proceed. The Circuit Court entered judgment of divorce on October 31, 2003, whereupon Kenneth Williford, through counsel, prosecuted an appeal to the Alabama Court of Civil Appeals. It is plainly inconsistent for Kenneth Williford to argue here that the proceedings in state court are void as violative of the automatic stay, as he nevertheless prosecuted an appeal in the state court system. To give Kenneth Williford a federal court "do over" here would do violence to the principle of comity with the state court system and waste scarce judicial resources.

The bankruptcy courts were not created to give parties to divorce proceedings an alternate means of effecting a division of property. The overriding interest of the bankruptcy courts in such proceedings is to protect the interests of creditors who could be harmed by collusive or fraudulent activities in connection with the division of marital property. In a common fraudulent divorce scenario, the party with the majority of the debt, usually a husband in a failed business, gives up his property to his wife for the purpose of thwarting his creditors. Once denuded of his assets, the husband can file bankruptcy and discharge his debt, while his former spouse keeps the majority of the property.

Such is not the case here. The divorce decree gives Charlotte Williford the majority of the marital assets. Yet, the confirmed Chapter 11 Plan provides that Charlotte Williford will continue to operate the business and pay all of the business debts. No creditors have been

harmed. Indeed, the Court gave all parties in interest notice of the hearing on Kenneth Williford's motion, and not one creditor made an objection. The fact that no creditors are harmed is the overriding factor here. Combining the fact that Kenneth Williford continued to litigate in state court, to the extent of prosecuting an appeal, and the fact that creditors have not been harmed, weigh heavily in favor of annulling the automatic stay and leaving the existing division of property in place.

Annulment should be considered against the backdrop of deeply rooted policy concerns pertaining to the traditional reluctance of federal courts to intrude in domestic relations law, which is traditionally within the purview of the state courts. See Ankenbrandt v. Richards, 504 U.S. 689, 112 S.Ct. 2206, 119 L.Ed.2d 468 (1992) (explaining the domestic relations exception to Federal Court jurisdiction). When there are simultaneous bankruptcy and divorce proceedings pending, the bankruptcy court will usually give way and permit the state court to divide the property. Once the debtor's property interests are delineated, the bankruptcy court may take jurisdiction over the debtor's property and administer the bankruptcy proceedings. See Harrell v. Sharp (In re Harrell), 754 F.2d 902, 907 (11th Cir. 1985) (stating that a "bankruptcy court will not duplicate the functions of state domestic relations courts, and its rulings will impinge on state domestic relations issues in the most limited manner possible"). However, the bankruptcy courts may reexamine a distribution of property and make appropriate adjustments in the case of fraud, collusion, or the like. See Ingals v. Erlewine (In re Erlewine), 349 F.3d 205, 212-13 (5th Cir. 2003) (finding that the Bankruptcy Court had power to set aside the divorce decree as a fraudulent conveyance, and that it did not err in finding that debtor had received reasonably equivalent value, hence no fraudulent conveyance occurred). While this Court has jurisdiction to

-10-

vacate a property division effected by state court, it will not lightly intrude upon the workings of another court and would do so only for weighty reasons, which are not present here. For these reasons, the automatic stay is annulled, thereby validating the property division in the divorce decree.

## IV. WILLIAM MURRAY'S MOTIONS

William Murray has filed several motions which will be addressed. On July 30, 2006, Murray moved to intervene to protect his property interest in the contingent fee in the litigation against the Funderburk law firm. (Doc. 280). As Murray is already a party in interest, he need not intervene in order to be heard. For this reason, his motion to intervene is denied as moot.

Murray has also moved to "correct" this Court's Order of Status Hearing. (Doc. 285). Murray complains that this Court's order of July 31, 2006 is not sufficiently clear in its reference as to whom was defrauded. (Doc. 281). The purpose of the July 31, 2006 Order was to put interested parties on notice as to what the Court would hear at the September 12, 2006 hearing. For that purpose, the Order is clear enough. The motion is denied.

Murray has also moved to correct this Court's docket entry number 298. (Doc. 299). During the pendency of these proceedings, Murray had apparently filed a complaint with the Alabama Bar Association accusing Memory and Day of unethical conduct and sent a copy of the complaint to this Court. In his complaint to the Bar, Murray misrepresents the status of this Court's record. Specifically, Murray failed to advise the State Bar that the Willifords' divorce proceeding was disclosed in the Amended Statement of Financial Affairs. While one may reasonably argue that the matter should have been disclosed earlier, Murray's failure to advise the Bar that a disclosure was made seven months prior to confirmation of the Chapter 11 Plan is

both a material omission and highly misleading.  Murray argues that he did not "file" his

complaint with this Court.  (Doc. 299).  As Murray submitted his complaint to the undersigned,

it was clearly "filed" by him.  FED. R. BANKR. P. 5005(a).  Murray's motion to correct Docket

Entry 298 is denied.

The Court will also address the matter of the obligation of Charlotte Williford to continue

to pay Murray's expenses.  This matter was discussed at the September 12, 2006 hearing and has

been raised only obliquely in the pleadings and papers on file.   Murray represents both Charlotte

and Kenneth Williford in the Adversary Proceeding 04-8015, wherein it is alleged that the

Defendants are liable for malpractice in connection with the Emerton suit.  The undersigned

dismissed the complaint in that Adversary Proceeding on September 1, 2005.  The Plaintiffs

prosecuted an appeal to the District Court which affirmed the decision of this Court on

September 7, 2006.  Williford v. Funderburk, Civil No. 3:05-CV-857-MHT, United States

District Court for the Middle District of Alabama.  Kenneth Williford and William Murray want

to appeal to the Eleventh Circuit, but Charlotte Williford does not.  This does not pose a problem

in and of itself, but Murray wants Charlotte Williford to pay his expenses.  Charlotte Williford

complained that Murray had demanded that she pay him an hourly fee if she did not agree to

fund the appeal.  There is nothing in the application for employment, or order approving

employment, which would obligate her to continue to fund an appeal which she did not wish to

join. Nor is she obligated to pay him an hourly fee.  The Court finds that Charlotte Williford is

not required to fund an appeal that she does not wish to pursue and that she is not liable to

Murray for attorney's fees.

-12-

Murray has accused Memory and Day of unethical conduct in their handling of these bankruptcy proceedings. Specifically, Murray states the following in his complaint filed with the State Bar:

> ATTORNEY [Murray] submits that a "fraud" has been committed against:
>
> * * *
>
> b.    A Bankruptcy Court, by the BANKRUPTCY ATTORNEYS' [Memory and Day] failure to advise that Court that the Joint Debtor's assets were being, or had been, divided or altered in violation of the "Automatic Stay" of 11 U.S.C. § 362.

(Doc. 298, pp. 22, which is Page 4 of 6 of Murray's letter of June 30, 2006, to Anthony McLain). As has been discussed above, the divorce proceedings were disclosed in the Amended Disclosure Statement which was filed June 29, 2005. (Doc. 191). To be sure, the divorce proceedings should have been disclosed earlier. Moreover, someone should have timely sought relief from the automatic stay to permit the division of the Willifords' property to proceed. However, not every error and omission in the filing of documents with the Court it tantamount to a fraud. Such is the case here. There is no evidence to show that the earlier omissions in the bankruptcy filings were intentionally false, and there is no evidence of reliance on the part of anyone upon any false statements. Any harm that might have resulted from the incomplete disclosures has been cured by the annulment of the automatic stay. While Memory and Day's conduct here has not been letter perfect, it should be judged in the context of a mass of rapidly moving litigation which, if unabated, would have swamped the Debtors' efforts to reorganize.

## V.  MEMORY AND DAY'S MOTIONS

On July 27, 2006, a Motion to Dismiss was filed by Memory and Day on behalf of the Willifords.  (Doc. 279).  As it appears that the motion was filed based upon a misunderstanding of Kenneth Williford's wishes, that motion is denied.

On August 8, 2006, Memory and Day moved to withdraw their appearance on behalf of the Willifords.  (Doc. 286).  Given the present posture of the Willifords, it does not appear that one could represent them both at the same time without an actual conflict of interest.  For this reason, the motion to withdraw is granted.


Done this the 8th day of December, 2006.


/s/ William R. Sawyer
United States Bankruptcy Judge


-14-

IN THE UNITED STATES BANKRUPTCY
COURT FOR MIDDLE DISTRICT OF
ALABAMA EASTERN DIVISION

FILED
DEC 20 2006
U.S. BANKRUPTCY COURT
MONTGOMERY, ALABAMA

IN RE:
KENNETH WILLIFORD AND
CHARLOTTE WILLIFORD
DEBTORS

CASE NO: 03-81486-WRS

CHAPTER 11

3:07CV105-WKW

KENNETH WILLIFORD MOTIONS THIS HONORABLE
COURT FOR RECONSIDERATION, AND A REHEARING; AND
A MOTION FOR A EVIDENTIARY HEARING

COMES NOW KENNETH WILLIFORD (KW) IN THE ABOVE STYLE CAUSE,
AND MATTER, AND MOVES THIS HONORABLE COURT TO RECONSIDER ITS
MEMORANDUM DECISION, AND ASK FOR A REHEARING, AND ALSO ASK
FOR A EVIDENTIARY HEARING, TO PROVE FRAUD AGAINST THIS COURT
AND TO DIVIDE UP MARITAL AND BUSINESS PROPERTY, AND THEREBY
STATES HIS VIEWS AS FOLLOWS:

ON PAGE 2 OF THIS COURT'S "MEMORANDUM DECISION" THE COURT
STATES, "THERE ARE THREE PARALLEL STORY LINES WHICH MUST BE
CONSIDERED HERE."

(1) (HIS) CRIMINAL CASE PROCEEDINGS. WHICH IS NOT RELEVANT
TO THIS CASE. UNLESS THIS HON. COURT IS JUST WANTING TO PROSECUTE
(KW) FOR THE THIRD TIME, AS THE DIVORCE COURT HAS ALREADY DONE
FOR THE SECOND TIME.

(2) THE EMERTON CIVIL ACTION IS NOT RELEVANT IN THIS
CASE. IT HAS ALREADY BEEN SETTLED.

(1)

(3) THE DIVORCE PROCEEDING IS THE ONLY CASE RELEVANT TO THIS CASE.

(RW) RESPECTFULLY SUBMITS, THAT, THIS COURT IS IN ERROR ON 2 OF THESE 3 ISSUES.

ON PAGE 2 "NOTE 1" SAYS "(1) THE COURT HAS NOT HAD OCCASION TO MAKE A FINDING AS TO THE VALUE OF THE VARIOUS MOBILE HOME PARKS, OR FOR THAT MATTER, ANY OF THE DEBTOR'S PROPERTY. . (2). (3) AS THIS COURT WILL NOT DISTURB THE PROPERTY DIVISION EFFECTED BY THE DIVORCE COURT, IT IS NOT NECESSARY TO VALUE THE PROPERTY HERE. (4) VALUES STATED IN THIS MEMORANDUM DECISION ARE TAKEN FROM FILINGS MADE BY THE PARTIES AND ARE NOT THE PRODUCT OF A JUDICIAL FINDING."

IF THE COURTS WOULD LOOK FOR THE TRUE VALUE OF THE MOBILE HOME PARKS AND DEBTOR'S PROPERTY, WHICH WOULD BE EASY ENOUGH TO DO, BY SUBPOENING THE "BROWN AGENCY" IN OPELIKA TO SUPPLY THEM WITH IT, THE COURT WOULD FIND THE LIES OR THE FRAUD THAT HAD AND STILL BEING PUT BEFORE THIS HON. COURT. IN THE 3RD SENTENCE, (RW) HAS SHOWN TO THIS HON. COURT, THAT, (RW) WAS THE MAIN DEBTOR, AND THAT, THIS HON. COURT IS SUPPOST TO BE PROTECTING (RW) FROM THE CREDITORS AND THE STATE ALSO. AS SHOWN ON PAGE 9 OF (RW'S) MEMORANDUM ON OCT, 6TH, 2006, TO THIS HON. COURT. LOOK ON PAGE 9 OF (RW) MEMORANDUM ON OCT, 6TH, 2006, FOR

(6) BANKRUPTCY KEY 2546; IN RE ROBERDS; IN RE BECKER; ROBERDS V. RUIS; IN RE ABMA; QUOTING IN RE COLE; IN RE VANN; IN RE PALMER; PERLOW V. PERLOW; IN RE GREENWALD; COURT IS IN ERROR.

ON PAGES 3 & 4 OF THIS COURTS "MEMORANDUM DECISION" SECOND PARAGRAPH, LAST SENTENCE. (RW) DID TRY TO GET A MOTION FOR RELIEF. (RW) EVEN SENT A COPY TO CHARLOTTE WILLIFORD (CW) AND MEMORY & DAY (M&D) LETTING THEM KNOW, THAT, THIS WAS FIXING HAPPEN, BACK ON MAY, 5TH, 2005, BUT ON THE ADVICE OF (M&D), TELLING (RW) NOT TO ASK FOR THIS RELIEF UNTIL AFTER THE COMFIRMATION. IN THIS SAME SENTENCE, IT SAYS, THAT, "THE CIRCUIT COURT OF LEE COUNTY AWARDED MOST OF THE MARITAL ASSETS TO (CW)." WHEN IN FACT THEY AWARDED 100% PERCENT OF ALL THE ASSETS TO (CW). (RW) WAITED UNTIL THE PLAN CONFIRMED, LIKE (M&D) SAID. ON FEB, 5, 2006, A LETTER ASKING FOR RELIEF WAS SENT TO THIS

(2)

TION. COURT. BUT, I RECEIVED NO REPLY BACK, AFTER TWO AND HALF MONTHS. THEN DECIDED TO GO TO THE FEDERAL DISTRICT COURT, AND WAS ADVISED TO START OVER BACK IN THIS TION. COURT, WHICH PUT ME ON JULY, 25, 2006.

(RW) RESPECTFULLY SUBMITS THAT THIS COURT IS IN ERROR HERE. ON PAGE 5 OF THIS COURTS "MEMORANDUM DECISION", SAYS, YOU NEED FIVE ELEMENTS FOR FRAUD.

1) (MSD) HAVE ADMITTED TO NOT NOTIFYING EITHER ONE OF THE COURTS ABOUT THE BANKRUPTCY, OR THE PROPERTY DIVISION.

2) (RW) HAS LETTERS SHOWING THAT (MSD) KNEW, THAT THEIR STATEMENTS WERE AND ARE STILL FALSE.

3) (RW) HAS LETTERS SHOWING THAT (MSD) WERE DECEIVING THE COURTS AND INDUCE (RW)'S RELIANCE ON THEM.

4) (RW) ACTUAL RELIANCE, WAS FOR HIS ATTORNEY'S TO TELL HIM THE TRUTH AND TO PROTECT HIM.

5) THIS ORDER WAS ENTERED UNDER FALSE STATMENTS.

IF ALL OF THIS IS NOT FRAUD ON THIS TION. COURT, THEN (RW) ASK, JUST WHAT IS CONSIDERED FRAUD? COURT IS IN ERROR HERE.

ON PAGE 6 OF THIS COURTS "MEMORANDUM DECISION" SHOWS THAT (MSD) NOTIFIED THIS TION. COURT OF THE PROPERTY DIVISION AND NOT THE CIRCUIT COURT OF THE BANKRUPTCY, ON (DOC. 191, PPG-7). IF IT WAS SAID, IT WAS SAID ALMOST THREE YEAR AFTER THE FACT, AND ONLY AFTER (RW) HAD RAISED SO MUCH FUESS ABOUT IT, AND (MSD) STILL DIDN'T RAISE THE ISSUE 11 U.S.C. § 362 (d), AS ASK OF (RW). THIS ONLY GOES TO SHOW THAT (MSD) DID IN FACT KNOW ABOUT THE DIVISION OF PROPERTY AND DID NOTHING TO STOP THE ILLEGAL DIVISION. BY (MSD) AMENDING THIS DOCUMENT ON JUNE, 17, 2005, SHOWS THAT (MSD) WERE TRYING TO COVER THEIR TRACK'S OF DEFRAUDING THIS TION. COURT EARLIER. WHICH, (RW) HAD WARNED THEM ABOUT BACK ON MAY, 5TH, 2005, AND SEVERAL OTHER LETTERS A YEAR OR TWO EARLIER.

(RW) RESPECTFULLY SUBMITS THAT THIS COURT IS IN ERROR HERE.

(3)

ON PAGE 7 OF THIS "MEMORANDUM DECISION", THIS HON. COURT AGREES THAT CIRCUIT COURT WAS IN VIOLATION OF THE AUTOMATIC STAY AND THEIR ACTIONS ARE VOID, AS A MATTER OF LAW. WHICH IS EXACTLY WHAT (KW) HAS BEEN SHOWING THIS HON. COURT ALL THROUGH HIS BRIEFS. THEN ON PAGE 8 OF THIS "MEMORANDUM DECISION" THIS HON. COURT QUOTES "ALBANY PARTNERS, 749 F.2d at 675," THAT, THE BANKRUPTCY COURTS HAVE THE POWER TO RETROACTIVELY ANNUL THE AUTOMATIC STAY. SO (KW) REFERRES THIS COURT TO "IN RE EDEN ASSOCIATES, SUPA," "WE ACKNOWLEDGE THAT THE IMPORTANT CONGRESSIONAL POLICY BEHIND THE AUTOMATIC STAY DEMANDS COURTS BE ESPECIALLY HESITANT TO VALIDATE ACTS COMMITTED DURING THE PENDENCY OF THE STAY, 13 B.R. at 588."

THE WILLIFORD'S CASE IS NOT AT ALL LIKE THE ALBANY PARTNERS CASE. IN THE ALBANY PARTNERS CASE, THERE WAS AN OUTSIDE CREDITOR WHO WAS FORECLOSING ON THE ALBANY PARTNERS PROPERTY. UNLIKE IN THE WILLIFORD CASE THERE HAD BEEN AN UNEQUITABLE DIVISION AND ILLEGAL DIVISION OF THE PROPERTY. IN ALL THE STATE LAWS AND FEDERAL LAWS IT STATES THAT THERE SHALL BE AN EQUITABLE DIVISION OF PROPERTY, AS SHOWN BY MANY CASE LAW'S OF THIS NATION, WHICH WERE SHOWN TO THIS HON. COURT ALL THROUGH (KW) BRIEFS.

(KW) RESPECTFULLY SUBMITS THAT THIS COURT IS IN ERROR HERE. AS SHOWN ABOVE, IF THE CIRCUIT COURTS ACTIONS ARE VOID, BY A MATTER OF LAW. THEN THIS HON. COURT SHOULD CORRECT THIS VIOLATION BY A MATTER OF LAW, AND DIVIDE THIS PROPERTY EQUITABLY, JUSTLY AND FAIRLY, JUST LIKE IT HAS BEEN DONE WITH ALL THE OTHER CASE LAW THAT HAS BEEN SHOWN TO THIS HON. COURT.

ON PAGE 9 OF THIS "MEMORANDUM DECISION", THIS HON. COURT SAYS, " (KW) THROUGH COUNSEL, PROSECUTED AN APPEAL TO THE ALABAMA COURT OF CIVIL APPEALS." (KW), FIRST STATES THIS ISN'T TRUE, IN FACT ITS TRUE (KW) DID APPEAL THROUGH CIVIL APPEALS COURT, BUT, NOT WITH COUNSEL, (KW) HAD TO DO THIS PRO-SE. BECAUSE OF THE LACK OF FUNDS THAT (KW) HELD BACK FROM (KW). (KW) FURTHER SUBMITS; THAT, HE HAS NOT ASK FOR A FEDERAL COURT TO DO A QUOTE "DO OVER" UNQUOTE.

(4)

ALL (RW) IS ASKING THIS HON. COURT TO DO IS, TO MAKE RIGHT THAT, THAT HAS BEEN WRONGLY DONE TO (RW). (RW) HAS SHOWN BACK TO BACK CASE LAW ON THE SAME CIRCUMSTANCES AS IN THIS CASE, THAT, THE FEDERAL COURTS REVERSED AND MADE THOSE CASES RIGHT AS A MATTER OF LAW. UNLIKE THIS HON. COURT THAT FELL LIKE IT WOULD BE A QUOTE "WASTE OF SCARCE JUDICIAL RESOURCES" UNQUOTE, AS IN HUNTER V. HUNTER, 700 SO. 2d 753 (ALA. CIV. APP. 1997) 2) BANKRUPTCY KEY 2062, 2401 ON PAGE 8 OF (RW) MEMORANDUM ON OCT, 6TH, 2006, - HERE THE COURTS SAY THE PROPERTY DIVISION IS QUOTE "INEQUITABLY DIVIDED AND THE WIFE SOUGHT ENLARGEMENT OF HER PROPERTY RIGHTS," UNLIKE IN THE WILLIFORD CASE, (RW) RECEIVED ZERO PROPERTY AND IS ONLY ASK FOR A FAIR SHARE. THIS COURT SEEMS TO HAVE BECOME IS BIASE TOWARD (RW) AS THE CIRCUIT COURT WAS. THE COURTS REVERSED THE CASE IN HUNTER BECAUSE OF THE BANKRUPTCY, AND DELIES (RW) IN THIS CASE. THIS COURT HAS BECOME EXTREMELY BIASE AND IS IN ERROR IN THIS CASE.

ON PAGE 10 OF THIS "MEMORANDUM DECISION", THE COURT REFERS TO (MARKENBRANDT V. RICHARDS, 504 U.S. 689, 112 S. Ct. 2206, 119 L. Ed. 2d 468 (1992), SAYS THAT WHEN THE FEDERAL COURT AND DIVORCE COURT PROCEEDINGS ARE SIMULTANEOUS PENDING, THE BANKRUPTCY COURT WILL USUALLY GIVE WAY AND PERMIT THE STATE COURT TO DIVIDE THE PROPERTY." ... WHICH IN THE WILLIFORD CASE, THIS COURT DID NOT DO THIS, AND FURTHER MORE THE CIRCUIT COURT DID NOT DIVIDE ANYTHING. THE DEFINITION OF "DIVIDE" IS TO "DISTRIBUTE, APPORTION; TO POSSESS OR MAKE USE OF IN COMMON; SHARE IN." (THE MERRIAM-WEBSTER DICTIONARY PAGE 207). IN THIS, THE WILLIFORD'S CASE, (RW) WASN'T DISTRIBUTED ANYTHING, NOR DID (RW) RECEIVE APPORTION OF ANYTHING, NOR DID (RW) RECEIVE A SHARE IN ANYTHING. IN FACT THE BANKRUPTCY COURT IS SUPPOST TO PROTECT (RW) AND (CW) INTEREST FROM CREITORS, THE STATE, AND IN THIS CASE, EACH OTHER FROM BEING ABLE TO TAKE OR STEAL, EACH OTHERS PROPERTY. (RW) RESPECT- FULLY SUBMITS THAT THIS COURT IS IN ERROR BY PERMITTING THIS TO HAPPEN TO (RW).

(5)

ALSO ON PAGE 10 OF THIS "MEMORANDUM DECISION," SHOWS "~~TARRELL~~ V. SHARP (IN RE TARRELL), 754 F. 2d 902, 907 (11TH CIR. 1985); THE LAST SENTENCE "However, THE BANKRUPTCY COURTS MAY RECEXAMINE A DISTRIBUTION OF PROPERTY AND MAKE APPROPRIATE ADJUSTMENTS IN THE CASE OF FRAUD, COLLUSION, OR THE LIKE."

(RW) WAS TOLD BY THIS HON. COURT, TO SHOW THIS HON. COURT THEIR JURIS-DICTION AND AUTHORITY TO BE ABLE TO MAKE A PROPERTY DIVISION, WHICH IS EXACTLY WHAT (RW) DID IN HIS BRIEFS TO THIS HON. COURT. PRIOR TO THIS HEARING ON SEPT, 19TH, 2006, (RW) WAS TOLD THAT THIS HEARING WAS NOT AN EVIDENTIARY HEARING, THAT, IT WAS A HEARING TO JUST HEAR THE ARGUMENTS AND NOT BRING EVIDENCE TO THE HEARING. (RW) NOT BEING AN ATTORNEY, NOR HAVING THE EXPERIENCE IN THIS LEGAL FIELD, THOUGHT, THAT, HIS MEMORANDUM BRIEFS WAS THE ARGU-MENTS FOR HIM TO BE ABLE TO SHOW THIS EVIDENCE OF FRAUD IN A EVIDENTIARY HEARING, TO COME. NOW IT SEEMS THAT EITHER THIS COURT, OR (MW) HAS BROUGHT IN SOME EVIDENCE ON PAGE 6 OF THIS MEMORANDUM DECISION, THERE HAS BEEN EVIDENCE PRODUCED THROUGH (DOC. 191, PP 6-7), THAT (MW) HAVE DONE THINGS THAT (RW) CAN PROVE FRAUD AGAINST, AND IS NOT BEING GIVEN A CHANCE TO DO. (RW) ASK THIS HON. COURT, DOES IT WANT TO KNOW ABOUT THE FRAUD COMMITTED AGAINST OR NOT? IF THIS COURT DOES, THEN GRANT (RW) MOTIONS HERE AND GIVE US AN EVIDENTIARY HEARING. IF THIS HON COURT DOES NOT WANT TO KNOW ABOUT THE FRAUD AGAINST IT, AS IT APPEARS TO BE FROM THE DECISION THAT HAS BEEN MADE IN THIS MEMORANDUM THEN THIS COURT IS IN GREAT ERROR HERE.

FURTHERMORE, THIS HON. COURT SAYS, SEE INGALLS V. ERLEWINE, (IN RE ERLEWINE), 349 F. 3d 205, 212-13 (5TH CIR. 2003) (FINDING THAT THE BANKRUPTCY COURT HAD POWER TO SET ASIDE THE DIVORCE DECREE AS A FRAUDULENT CONVEYANCE, AND THAT IT DID NOT ERR IN FINDING THAT DEBTOR HAD RECEIVED REASONABLY EQUIVALENT VALUE, HENCE NO FRAUDULENT CONVEYANCE OCCURRED). THIS HON. COURT SEEMS TO BE ADDING "INSULT TO INJURY" HERE. LETS DEFINE "EQUIVALENT VALUE" ACCORDING TO THE MERRIAM-WEBSTER DICTIONARY ON PAGE 258, THIS SIMPLY MEANS "EQUAL; VIRTUALLY IDENTICAL."

(6.)

SUCH WAS NOT DONE IN THIS CASE, THIS HON. COURT NEEDS TO REMEMBER, THAT, (CRW) RECEIVED 100% PERCENT OF ALL THE BUSINESS AND MARITAL PROPERTY, NOT THE MAJORITY AS STATED ON PAGE 9 LAST PARAGRAPH OF ITS MEMORANDUM DECISION. (RLW) RECEIVED ZERO, 0% PERCENT OF THE PROPERTY DIVISION. THERE IS NOTHING ABOUT THIS CASE, THAT, COULD BE CONSIDERED "EQUIVALENT VALUE". MOREOVER, THERE WAS FRAUDULENT CONVEYANCE MADE, WHEN THE DIVISION OF PROPERTY WAS MADE, WHILE UNDER AN AUTOMATIC STAY. FURTHERMORE, THIS HON. COURT GOES ON TO SAY IN THIS SAME PARAGRAPH ON PAGES 10 & 11, THAT, "WHILE THIS COURT HAS JURISDICTION TO VACATE A PROPERTY DIVISION EFFECTED BY STATE COURT, IT WILL NOT LIGHTLY INTRUDE UPON THE WORKINGS OF ANOTHER COURT, AND WOULD DO SO ONLY FOR WEIGHTY REASONS, WHICH ARE NOT PRESENT HERE. FOR THESE REASONS, THE AUTOMATIC STAY IS ANNULLED, THEREBY VALIDATING THE PROPERTY DIVISION IN THE DIVORCE DECREE."

(RLW) IN HIS MEMORANDUM TO THIS HON. COURT ON OCT. 6TH, 2006, HAS SHOWN A CONSIDERABLE AMOUNT OF SIMILAR CIRCUMSTANCE'S IN CASE LAW TO THIS HON. COURT, AND THESE CASE'S WERE ALL REVERSED ON THE SIMPLE FACT, OF NOT BEING EQUITABLE, FAIR AND JUST. NOW THIS HON. COURT TELLS (RLW) NO, HE CAN HAVE NOTHING, ZERO, OF THIS MARITAL PROPERTY AND BUSINESS.

IF THIS HON. COURT, COULD OR WOULD PROSECUTE THIS CASE ON THE FACTS AND LAW'S PRESENTED BEFORE THIS HON. COURT, INSTEAD OF ITS EMOTION'S AND OPINION'S OF (RLW)'S INCARCERATION. THERE WOULD BE NO QUESTION'S ABOUT THIS PROPERTY DIVISION, OR ANY QUESTION'S ABOUT THE FRAUD THAT WAS AND STILL IS BEING PUT TOWARD THIS HON. COURT. THIS HON. COURT MIGHT HAD AS WELL, KNOCKED (RLW) TO THE GROUND, AND RUBBED COW MANURE IN HIS FACE, AND SPIT ON HIM, AND CALLED HIM A NO GOOD DOE, A SUB-HUMAN. (RLW) WOULD LIKE TO ASK THIS HON. COURT JUST ONE QUESTION AND THIS HON. COURT ANSWER IT TRUSTFULLY. IF (RLW) WASN'T INCARCERATED, WOULD THIS COURT STILL BE MAKING THE SAME DECISION IN THEIR MEMORANDUM DECISION. (RLW) THINK'S NOT, THAT, THIS HON. COURT IS MAKING ITS DECISION NOT BASED ON LAW, BUT, BASED ON THE FACT THAT (RLW) IS INCARCERATED AT THE SAME TIME HE IS ASKING FOR THIS RELIEF.

(7)

THIS IS THE ONLY CONSIDERABLE REASONING THAT THIS HON. COURT COULD CONSIDER, NOT, TO ABIDE BY THE LAWS AND FACTS PLACED BEFORE IT. WHICH MAKES THIS HON. COURT BIAS AGAINST (KW) AND MAKES THIS HON. COURT'S MEMORANDUM DECISION INERROR.

(KW) IS ASKING THIS HON. COURT FOR RECONSIDERATION, AND A REHEARING. (KW) IS ALSO IS ASKING FOR A EVIDENTIARY HEARING, SO (KW) CAN PRODUCE THE EVIDENCE NEEDED TO BE SHOWN TO THIS HON. COURT, TO BE ABLE TO SEE THE FRAUD THAT HAS BEEN LAID UPON THIS HON. COURT.

—DONE THIS THE 16TH DAY OF DECEMBER, 2006

RESPECTFULLY SUBMITTED

KENITH WILLIFORD

KENITH WILLIFORD

(8)

# CERTIFICATE OF SERVICE

I, KENNETH WILLIFORD, HEREBY CERTIFY THAT I HAVE SERVED A TRUE AND CORRECT COPY OF SAID MOTIONS TO THE HON. JUDGE WILLIAM R. SAWYER, OFFICE OF THE CLERK P.O. BOX 1248, MONTGOMERY, AL, 36102-1248, AND THE PARTIES BELOW, BY PLACING SAME IN THE U.S. MAIL AT DONALDSON CORRECTIONAL FACILITY POSTAGE PREPAID AND PROPERLY ADDRESSED THIS THE 16TH DAY OF DECEMBER, 2006.

CHARLOTTE T. WILLIFORD
OAK-HAVEN OFFICE
3503 MARVYN PWY
OPELIKA, AL, 36804

KENNETH WILLIFORD
KENNETH WILLIFORD

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re                                    Case No. 03-81486-WRS
                                         Chapter 11
CHARLOTTE TERESA WILLIFORD
KENNETH WILLIFORD,

            Debtors

**ORDER DENYING MOTION FOR RECONSIDERATION**

For the reasons set forth on the record on January 23, 2007, on the motion for

reconsideration filed by Kenneth Williford (Doc. 317), it is

ORDERED that the motion is DENIED.

Done this 24th day of January, 2007.

                                    /s/ William R. Sawyer
                                    United States Bankruptcy Judge

c: Charlotte Williford
   Kenneth Williford
   Teresa R. Jacobs, BA
   William Murray, Esq.

**APPEAL**

# U.S. Bankruptcy Court
# Middle District of Alabama (Opelika)
# Bankruptcy Petition #: 03-81486
### Internal Use Only

| | |
|---|---|
| *Assigned to:* William R. Sawyer<br>Chapter 11<br>Voluntary<br>Asset | *Date Filed:* 10/03/2003 |

*Debtor*
**Charlotte Teresa Williford**
815 Crawford Road
Opelika, AL 36804
SSN: 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
*aka*
**Charlotte Teresa Dawkins-Williford**

represented by **James L. Day**
Memory & Day
P.O. Box 4054
Montgomery, AL 36103-4054
334 834-8000
Fax : 334 834-8001
Email:
jlday@memorylegal.com

**Von G. Memory**
Memory & Day
P. O. Box 4054
469 S.McDonough St.
Montgomery, AL 36101
334-834-8000
Fax : 334-834-8001
Email:
vgmemory@memorylegal.com

**William Robert Murray**
William R. Murray, Attorney
At Law
Murray Lane
Northport, AL 35475-4235
205-339-7080
Email: bill@dbtech.net

*Joint Debtor*
**Kenneth Williford**
229597 - B - 38
100 Warrior Lane
Bessemer, AL 35023
SSN: 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

represented by **James L. Day**
(See above for address)

**Von G. Memory**
(See above for address)

**William Robert Murray**

(See above for address)

**Bankruptcy Admin.**
**Bankruptcy Administrator**
U. S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104

| Filing Date | # | Docket Text |
|---|---|---|
| 10/03/2003 | 1 | Chapter 11 Voluntary Petition. Receipt Number CC 03-08080, Fee Amount $830. Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. Disclosure Statement due by 1/30/2004. Chapter 11 Plan due by 1/30/2004. Inventory of Property due 10/20/2003. Schedule A due 10/20/2003. Schedule B due 10/20/2003. Schedule C due 10/20/2003. Schedule D due 10/20/2003. Schedule E due 10/20/2003. Schedule F due 10/20/2003. Schedule G due 10/20/2003. Schedule H due 10/20/2003. Schedule I due 10/20/2003. Schedule J due 10/20/2003. Statement of Financial Affairs due 10/20/2003. Summary of schedules due 10/20/2003. (Memory, Von) Modified receipt on 10/6/2003 (EW, ). (Entered: 10/03/2003) |
| 10/03/2003 | 2 | Meeting of Creditors Scheduled by BA Filed by Teresa R. Jacobs, BA. 341(a) meeting to be held on 11/24/2003 at 01:00 PM at U.S. Bankruptcy Court, Federal Courthouse, Opelika, AL. (Jacobs, Teresa-SW) (Entered: 10/03/2003) |
| 10/03/2003 | 3 | Amendment to List of Creditors. The following creditors were added: Charles G. Reynolds. *For Scott Emerton, Et Al,*. Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 10/03/2003) |
| 10/03/2003 | 4 | 20 Largest Unsecured Creditors *(Amended)* Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 10/03/2003) |
| 10/03/2003 | 5 | Notice of Appearance and Request for Notice by Charles G. Reynolds Jr. Filed by Charles G. Reynolds Jr. on behalf of Scott & Kristi Emerton Mr.. (Reynolds, Charles) (Entered: 10/03/2003) |
| 10/06/2003 | | Judge William R. Sawyer added to case. (DY, ) (Entered: 10/06/2003) |
| 10/06/2003 | | New Case Received and Reviewed for Accuracy. (CO, ) (Entered: 10/06/2003) |

| 10/06/2003 | | Flags Set-Reset. (Removed AwCAact16 flag) (CO, ) (Entered: 10/06/2003) |
|---|---|---|
| 10/07/2003 | 6 | Notice of Commencement of Chapter 11 Case. Meeting of Creditors set on 11/24/2003 at 13:30 p.m.,at the United States Bankruptcy Court, United States Courthouse, Opelika, AL. Entered On 10/7/2003. Proofs of Claims due by 1/26/2004. (CO, ) (Entered: 10/07/2003) |
| 10/07/2003 | 7 | Order on Filing a Disclosure Statement and Plan, Notice Requirements, and Cooperation with the Bankruptcy Administrator due by 01/26/2004 and Plan due by 01/26/2004. Entered On 10/7/2003. (CO, ) (Entered: 10/07/2003) |
| 10/07/2003 | 8 | Debtor's Declaration re: Electronic Filing Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford (related document(s)1, 3, 4). (Memory, Von) (Entered: 10/07/2003) |
| 10/07/2003 | 9 | Certificate of Service *(Notice of Commencement)* Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford (related document(s)6). (Attachments: # 1 Supplement Address List) (Memory, Von) (Entered: 10/07/2003) |
| 10/08/2003 | 10 | Debtor's Application to Employ Professional Person(s) Memory & Day as Chapter 11 Counsel Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. Responses due by 10/30/2003. (Memory, Von) (Entered: 10/08/2003) |
| 10/14/2003 | 11 | Bankruptcy Administrator Response to Application to Employ Professional Person(s) *Memory and Day* Filed by Teresa R. Jacobs, BA (related document(s)10). (Fritz,Sr., Aty for BA, Michael) (Entered: 10/14/2003) |
| 10/15/2003 | 12 | Order Setting Hearing On Debtor's Application to Employ Professional Person Entered On 10/15/2003 (related document(s)10). Hearing scheduled for 11/4/2003 at 10:00 AM at Courtroom 4D, U.S. Bankruptcy Court, One Church Street, Montgomery, AL. (CO, ) (Entered: 10/15/2003) |
| 10/20/2003 | 13 | Schedule A Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 10/20/2003) |
| 10/20/2003 | 14 | Schedule B Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 10/20/2003) |
| 10/20/2003 | 15 | Schedule C Filed by Von G. Memory on behalf of Charlotte Teresa |

| | | Williford, Kenneth Williford. (Memory, Von) (Entered: 10/20/2003) |
|---|---|---|
| 10/20/2003 | 🌐16 | Schedule D Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 10/20/2003) |
| 10/20/2003 | 🌐17 | Schedule E Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 10/20/2003) |
| 10/20/2003 | 🌐18 | Schedule F Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 10/20/2003) |
| 10/20/2003 | 🌐19 | Schedule G Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 10/20/2003) |
| 10/20/2003 | 🌐20 | Schedule H Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 10/20/2003) |
| 10/20/2003 | 🌐21 | Schedule I Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 10/20/2003) |
| 10/20/2003 | 🌐22 | Schedule J Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 10/20/2003) |
| 10/20/2003 | 🌐23 | Summary of Schedules Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 10/20/2003) |
| 10/20/2003 | 🌐24 | Declaration re: *Schedules A-J* Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford (related document(s)18, 19, 13, 20, 14, 21, 15, 22, 16, 23, 17). (Memory, Von) (Entered: 10/20/2003) |
| 10/20/2003 | 🌐25 | Statement of Financial Affairs Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 10/20/2003) |
| 10/20/2003 | 🌐26 | Submission of Documents: *Exhibit to Schedule B - List of Weapons* Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford (related document(s)14). (Memory, Von) (Entered: 10/20/2003) |
| 10/23/2003 | 🌐27 | Expedited Motion for Relief from Stay. Receipt Number cc03-8732, Fee Amount $75. Filed by Charles G. Reynolds Jr. on behalf of Scott & Kristi Emerton Mr.. (Reynolds, Charles) Modified receipt on 10/24/2003 (LB, ). (Entered: 10/23/2003) |

| 10/27/2003 | ○28 | Order for Hearing On Motion for Relief from Automatic Sty filed by Scott Emerton and Kristi Emerton Entered On 10/27/2003 (related document(s)27). Hearing scheduled for 11/4/2003 at 09:00 AM at Telephone Hearings. (CO, ) (Entered: 10/27/2003) |
| 10/28/2003 | ○29 | Debtor's Motion *for 341 Meeting of Creditors by Interrogatory for Kenneth Williford* Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Attachments: # 1 Exhibit Exhibit A 341 Interrogatories) (Memory, Von) (Entered: 10/28/2003) |
| 10/28/2003 | ○30 | Debtor's Motion *to Approve Adequate Protection Agreement with Peoples Bank & Trust* Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Attachments: # 1 Supplement Exhibit A - Adequate Protection Agreement with Peoples Bank & Trust) (Memory, Von) (Entered: 10/28/2003) |
| 10/31/2003 | ○31 | Order Setting Hearing On Motion to file Interrogatories in Lieu of Creditors' Meeting Entered On 10/31/2003 (related document(s)29). Hearing scheduled for 11/18/2003 at 09:00 AM at Telephone Hearings. (CO, ) (Entered: 10/31/2003) |
| 11/04/2003 | ○32 | Order Setting Hearing On Motion to Approve Adequate Protection Agreement with Peoples Bank & Trust Entered On 11/4/2003 (related document(s)30). Hearing scheduled for 11/18/2003 at 09:00 AM at Telephone Hearings. (CO, ) (Entered: 11/04/2003) |
| 11/04/2003 | ○33 | Notice of Submission Error *Claim No. 1 filed in error* (Non-Image Entry) Filed by Charles G. Reynolds Jr. on behalf of Scott & Kristi Emerton Mr.. (Reynolds, Charles) (Entered: 11/04/2003) |
| 11/06/2003 | ○34 | Order Authorizing Employment of Attorney (Memory & Day) (Related Doc # 10) Entered On 11/6/2003. (CO, ) (Entered: 11/07/2003) |
| 11/06/2003 | ○35 | Order Denying Motion For Relief From Stay (Related Doc # 27) Entered On 11/6/2003. (CO, ) (Entered: 11/07/2003) |
| 11/20/2003 | ○36 | Debtor-In-Possession Monthly Operating Report for Filing Period October 3, 2003 through October 31, 2003 Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Attachments: # 1 Supplement Bank Statements for DIP Account) (Memory, Von) (Entered: 11/20/2003) |
| 11/21/2003 | ○37 | Notice of Submission Error *(incorrect document filed)* (Non-Image Entry) Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford (related document(s)36). (Memory, Von) (Entered: 11/21/2003) |

| 11/21/2003 | 🌐38 | Debtor-In-Possession Monthly Operating Report for Filing Period October 3, 2003 through October 31, 2003 Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Attachments: # 1 Supplement Bank Statements for DIP Account) (Memory, Von) (Entered: 11/21/2003) |
|---|---|---|
| 11/24/2003 | 🌐39 | Order Compelling Examination of Debtor by Interrogatories (GRANTED) (Related Doc # 29) Entered On 11/24/2003. (CO, ) (Entered: 11/24/2003) |
| 11/25/2003 | 🌐40 | Proceeding Memo - Hearing Held (Non-Image Entry) Filed by Bankruptcy Admin. Teresa R. Jacobs, BA. (Fritz,Sr., Aty for BA, Michael) (Entered: 11/25/2003) |
| 11/25/2003 | 🌐41 | Order Granting Motion to approve Adequate Protection Agreement with Peoples Bank (Related Doc # 30) Entered On 11/25/2003. (Sawyer, William) (Entered: 11/25/2003) |
| 11/26/2003 | 🌐42 | Certificate of Service Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford (RE: related document(s)41 Order). (Attachments: # 1 Supplement Address List) (Memory, Von) (Entered: 11/26/2003) |
| 12/22/2003 | 🌐43 | Debtor-In-Possession Monthly Operating Report for Filing Period November 1, 2003 through November 30, 2003 Filed by Von G. Memory, James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford. (Attachments: # 1 Supplement Notice of No Bank Staments Filed) (Day, James) (Entered: 12/22/2003) |
| 12/22/2003 | 🌐44 | Notice of Submission Error *(Error on signature line)* (Non-Image Entry) Filed by Von G. Memory, James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford (RE: related document(s)43 Report of Debtor, filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). (Day, James) (Entered: 12/22/2003) |
| 12/22/2003 | 🌐45 | Amended Debtor-In-Possession Monthly Operating Report for Filing Period November 1, 2003 through November 30, 2003 *(corrected signature line)* Filed by Von G. Memory, James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford. (Attachments: # 1 Supplement Notice of No Checking Statement) (Day, James) (Entered: 12/22/2003) |
| 01/20/2004 | 🌐46 | Debtor-In-Possession Monthly Operating Report for Filing Period December 1, 2003 through December 31, 2003 Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 01/20/2004) |

| 01/22/2004 | ●47 | Application to Employ Professional Person(s) Phillips & Phillips, CPAs as Certified Public Accountants Filed by James L. Day, Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. Responses due by 2/17/2004. (Attachments: # 1 Exhibit A - Rule 2014 Verification) (Memory, Von) (Entered: 01/22/2004) |
|---|---|---|
| 01/23/2004 | ●48 | Bankruptcy Administrator Response to Application to Employ Professional Person(s) *Stewart Phillips* Filed by Bankruptcy Admin. Teresa R. Jacobs, BA (RE: related document(s)47 Application to Employ Professional Person(s), Application to Employ Professional Person(s) filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). (Fritz,Sr., Aty for BA, Michael) (Entered: 01/23/2004) |
| 01/28/2004 | ●49 | Motion for Relief from Stay , *Or In The Alternative Request For Order To Proceed*. Receipt Number 04-000741, Fee Amount $150. Filed by Charles R. Johanson III on behalf of The Standard Fire Insurance Company, The Travelers Indemnity Company of America. (JC, )(Untermed motion to enter new order) Modified on 4/2/2004 (CO, ). (Entered: 01/28/2004) |
| 01/28/2004 | ●51 | Order Setting Hearing Entered On 1/28/2004 (RE: related document(s)49 Motion for Relief From Stay, filed by Creditor The Travelers Indemnity Company of America, Creditor The Standard Fire Insurance Company). Hearing scheduled for 2/18/2004 at 10:30 AM at U.S. Bankruptcy Court, Federal Courthouse, Opelika, AL. (DW, ) (Entered: 01/29/2004) |
| 01/29/2004 | ●50 | Notice *of Response to 341 by Interrogatory (Debtor Kenneth Williford)* Filed by James L. Day, Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Attachments: # 1 Supplement Interrogatories# 2 Affidavit of Kenneth Williford) (Memory, Von) (Entered: 01/29/2004) |
| 01/30/2004 | ●52 | Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Filed by James L. Day, Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. Responses due by 2/23/2004. (Memory, Von) (Entered: 01/30/2004) |
| 01/31/2004 | ●53 | BNC Certificate of Service - See Image Attached - No. of Notices: 2. Service Date 01/31/2004. (Related Doc # 51) (Admin.) (Entered: 02/01/2004) |
| 02/04/2004 | ●54 | Notice of Telephone Hearing Set (RE: related document(s)52 Motion to Extend Exclusivity Period, 47 Application to Employ Professional Person, Phillips & Phillips, CPA). Hearing scheduled for 3/9/2004 at |

| | | 09:00 AM at Telephone Hearing. (JPC, ) (Entered: 02/04/2004) |
|---|---|---|
| 02/06/2004 | ●55 | BNC Certificate of Service - Telephone Hearing - No. of Notices: 22. Service Date 02/06/2004. (Related Doc # 54) (Admin.) (Entered: 02/07/2004) |
| 02/09/2004 | ●56 | Certificate of Service Filed by Charles R. Johanson III on behalf of The Standard Fire Insurance Company, The Travelers Indemnity Company of America (RE: related document(s)51 Order on Motion To Set Hearing,, 49 Motion for Relief From Stay, filed by Creditor The Travelers Indemnity Company of America, Creditor The Standard Fire Insurance Company). (CO, ) (Entered: 02/10/2004) |
| 02/10/2004 | ●57 | Quarterly Fee Statement Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford (Receipt #04-1283, Amount paid $750.00). (CO, ) (Entered: 02/11/2004) |
| 02/17/2004 | ●58 | Objection to *the Motion of the Travelers Indemnity Company of America and the Standard Fire Insurance Company for Relief from the Automatic Stay, or in the Alternative Request to Proceed* Filed by James L. Day, Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford (RE: related document(s)49 Motion for Relief From Stay, filed by Creditor The Travelers Indemnity Company of America, Creditor The Standard Fire Insurance Company). (Memory, Von) (Entered: 02/17/2004) |
| 02/18/2004 | ●59 | Notice of Appearance and Request for Notice Filed by Charles-LH Parnell on behalf of SouthTrust Bank. (Parnell, Charles-LH) (Entered: 02/18/2004) |
| 02/18/2004 | | Matter Under Advisement Re: Motion for Relief from Stay (to proceed with Motion for Reconsideration on District Court declaratory judgment re: insurance coverage)(RE: related document(s)49 Motion for Relief From Stay, ). Matter Under Advisement Due by 2/18/2004. (AF, ) (Entered: 02/19/2004) |
| 02/19/2004 | ●60 | Returned Mail. Notice on Hearing - Application to Employ Professional Persons Phillips & Phillips CPA's as Certified Public Accounts--Motion to EXtend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement (DH, ) (Entered: 02/19/2004) |
| 02/20/2004 | ●61 | Debtor-In-Possession Monthly Operating Report for Filing Period January 1, 2004 through January 31, 2004 Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Attachments: # 1 Supplement Service Address List) (Memory, Von) (Entered: 02/20/2004) |

| 03/05/2004 | 🔵62 | Order Granting Motion For Relief From the Automatic Stay to the Standard Fire Insurance Company (Related Doc # 49) Entered On 3/5/2004. (CO, ) (Entered: 03/05/2004) |
| 03/07/2004 | 🔵63 | BNC Certificate of Service - See Image Attached - No. of Notices: 2. Service Date 03/07/2004. (Related Doc # 62) (Admin.) (Entered: 03/09/2004) |
| 03/10/2004 | 🔵64 | Order Authorizing Employment of Accountant (Phillips & Phillips) (Related Doc # 47) Entered On 3/10/2004. (CO, ) (Entered: 03/11/2004) |
| 03/10/2004 | 🔵65 | Order Increasing Time to File Disclosure Statement and Plan (MAY 15, 2004, is fixed as the last day for the debtors to file a disclosure statement and plan under U.S.C. Section 1121) (Related Doc # 52) Entered On 3/10/2004. (CO, ) (Entered: 03/11/2004) |
| 03/13/2004 | 🔵66 | BNC Certificate of Service - See Image Attached - No. of Notices: 5. Service Date 03/13/2004. (Related Doc # 64) (Admin.) (Entered: 03/14/2004) |
| 03/13/2004 | 🔵67 | BNC Certificate of Service - See Image Attached - No. of Notices: 3. Service Date 03/13/2004. (Related Doc # 65) (Admin.) (Entered: 03/14/2004) |
| 03/17/2004 | 🔵68 | Motion *for Post Petition Financing* Filed by James L. Day, Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 03/17/2004) |
| 03/22/2004 | 🔵69 | Debtor-In-Possession Monthly Operating Report for Filing Period February 1, 2004 through February 29, 2004 Filed by James L. Day, Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Attachments: # 1 Supplement Address List) (Memory, Von) (Entered: 03/22/2004) |
| 03/22/2004 | 🔵70 | Order Setting Hearing Entered On 3/22/2004 (RE: related document(s)68 Motion filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). Hearing scheduled for 4/20/2004 at 10:00 AM at Courtroom 4D, U.S. Bankruptcy Court, One Church Street, Montgomery, AL. Objections filed in court on or before Tuesday, APRIL 15, 2004). (CO, ) Modified text on 3/22/2004 (CO, ). (Entered: 03/22/2004) |
| 03/23/2004 | 🔵71 | Certificate of Service *(Order Setting Hearing - Motion for Postpetition Financing)* Filed by Von G. Memory, James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford (RE: related document(s)70 Order on Motion To Set Hearing, ). (Attachments: # 1 |

2/6/2007 11:49 AM

|  |  | Supplement Address List) (Day, James) (Entered: 03/23/2004) |
|---|---|---|
| 03/24/2004 | ⬤72 | Submission of Documents: *Debtor, Kenneth Williford's Responses to Follow Up Interrogatories* Filed by James L. Day, Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford (RE: related document(s)50 Notice, filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). (Attachments: # 1 Exhibit Responses of Kenneth Williford) (Memory, Von) (Entered: 03/24/2004) |
| 03/24/2004 | ⬤73 | BNC Certificate of Service - See Image Attached - No. of Notices: 1. Service Date 03/24/2004. (Related Doc # 70) (Admin.) (Entered: 03/25/2004) |
| 04/02/2004 | ⬤74 | Order Granting Motion For Relief From The Automatic Stay to The Standard Fire Insurance Company (Related Doc # 49) Entered On 4/2/2004. (CO, ) (Entered: 04/02/2004) |
| 04/04/2004 | ⬤75 | BNC Certificate of Service - See Image Attached - No. of Notices: 2. Service Date 04/04/2004. (Related Doc # 74) (Admin.) (Entered: 04/05/2004) |
| 04/14/2004 | ⬤76 | 459 (Application For Removal): Complaint against Charlotte Teresa Williford, Kenneth Williford. Fee Amount $150. Filed by Charles G. Reynolds Jr. on behalf of Scott & Kristi Emerton Mr.. (Attachments: # 1 Supplement Pleadings, process, orders, and other filings, per 28 U.S.C. sec 1446(a)) (Memory, Von) (Entered: 04/14/2004) |
| 04/20/2004 | ⬤77 | Monthly Operating Report for Filing Period March 1, 2004 through March 31, 2004 Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 04/20/2004) |
| 04/22/2004 | ⬤78 | Order Granting Motion for Postpetition Financing (Related Doc # 68) Entered On 4/22/2004. (CO, ) (Entered: 04/22/2004) |
| 04/24/2004 | ⬤79 | BNC Certificate of Service - See Image Attached - (RE: related document(s)78 Order). No. of Notices: 3. Service Date 04/24/2004. (Admin.) (Entered: 04/26/2004) |
| 05/10/2004 | ⬤80 | Quarterly Fee Statement Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (HN, ) (Entered: 05/10/2004) |
| 05/11/2004 | ⬤81 | Motion for Remand *& Abstention* Filed by Charles G. Reynolds Jr. on behalf of Scott & Kristi Emerton. (Attachments: # 1 Exhibit "A" Supreme Court Ruling# 2 Exhibit "B" Trial Judge's Order) (Reynolds, |

Charles) (Entered: 05/11/2004)

| 05/13/2004 | ◕82 | Second Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Filed by James L. Day, Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. Responses due by 6/7/2004. (Memory, Von) (Entered: 05/13/2004) |
| --- | --- | --- |
| 05/14/2004 | ◕83 | Set Hearing Entered On 5/14/2004 (RE: related document(s)82 Motion to Extend Exclusivity Period filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). Hearing scheduled for 6/15/2004 at 09:00 AM at Telephone Hearing. (YP, ) (Entered: 05/14/2004) |
| 05/16/2004 | ◕84 | BNC Certificate of Service - See Image Attached - (RE: related document(s)83 Order on Motion To Set Hearing). No. of Notices: 1. Service Date 05/16/2004. (Admin.) (Entered: 05/17/2004) |
| 05/20/2004 | ◕85 | Monthly Operating Report for Filing Period April 1, 2004 through April 30, 2004 Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 05/20/2004) |
| 06/09/2004 | ◕86 | Submission of Documents: *(Information and Documents Incident to State Court Proceedings)* Filed by James L. Day, Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Attachments: # 1 Exhibit - A# 2 Exhibit - B# 3 Exhibit - C# 4 Exhibit - D# 5 Exhibit - E# 6 Exhibit - F# 7 Exhibit - G# 8 Exhibit - H# 9 Exhibit - I) (Memory, Von) (Entered: 06/09/2004) |
| 06/16/2004 | ◕87 | Order Increasing Time to File Disclosure Statement and Plan (SEPTEMBER 15, 2004 is fixed as the last day for the debtor to file a disclosure statement and plan under 11 U.S.C. Section 1121)Granting Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement (Related Doc # 82) Entered On 6/16/2004. (CO, ) (Entered: 06/16/2004) |
| 06/17/2004 | ◕ | Plan or Disclosure Statement Deadline Updated (Non-Image Entry) (RE: related document(s)87 Order on Motion to Extend Exclusivity Period, ). Chapter 11 Plan due by 9/15/2004. Disclosure Statement due by 9/15/2004. (CO, ) (Entered: 06/17/2004) |
| 06/18/2004 | ◕88 | BNC Certificate of Service - See Image Attached - (RE: related document(s)87 Order on Motion to Extend Exclusivity Period, ). No. of Notices: 1. Service Date 06/18/2004. (Admin.) (Entered: 06/19/2004) |
| 06/21/2004 | ◕89 | Monthly Operating Report for Filing Period May 1, 2004 through May 31, 2004 Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 06/21/2004) |

| 06/21/2004 | 90 | Submission of Documents: *Address List for Monthly Financial Report* Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford (RE: related document(s)89 Report of Debtor filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). (Memory, Von) (Entered: 06/21/2004) |
|---|---|---|
| 07/06/2004 | 91 | Emergency Motion for Relief from Stay. Fee Amount $150. Filed by Charles G. Reynolds Jr. on behalf of Scott & Kristi Emerton. Responses due by 7/29/2004. (Attachments: # 1 Exhibit "A" Supreme Ct Order) (Reynolds, Charles) Modified on 7/8/2004 (YP, ). (Entered: 07/06/2004) |
| 07/06/2004 | 92 | Receipt of Motion for Relief From Stay(03-81486) [motion,mrlfst13] ( 150.00) filing fee. Receipt number 1127B985038, amount $ 150.00. (U.S. Treasury) (Entered: 07/06/2004) |
| 07/07/2004 | 93 | Debtor's Response to *"Emergency Motion From Relief of Stay"* Filed by James L. Day, Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford (RE: related document(s)91 Motion for Relief From Stay filed by Creditor Scott & Kristi Emerton). (Memory, Von) (Entered: 07/07/2004) |
| 07/20/2004 | 94 | Debtor's Monthly Operating Report for Filing Period June 1, 2004 through June 30, 2004 Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 07/20/2004) |
| 07/20/2004 | 95 | Quarterly Fee Statement (For Quarter Ending 6/30/04) Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (RK, ) (Entered: 07/21/2004) |
| 07/21/2004 | 96 | Order Setting Hearing Entered On 7/21/2004 (RE: related document(s)91 Motion for Relief From Stay, filed by Creditor Scott & Kristi Emerton). Hearing scheduled for 8/3/2004 at 09:00 AM at Telephone Hearing. (RK, ) (Entered: 07/21/2004) |
| 07/21/2004 | 97 | Debtor's Certificate of Service Filed by Charles G. Reynolds Jr. on behalf of Scott & Kristi Emerton (RE: related document(s)[92] Autodocket of Credit Card Receipt, 96 Order on Motion To Set Hearing). (Reynolds, Charles) (Entered: 07/21/2004) |
| 07/23/2004 | 98 | Submission of Documents: Supplied Telephone Number for hrg. Filed by Charles G. Reynolds Jr. on behalf of Scott & Kristi Emerton (RE: related document(s)96 Order on Motion To Set Hearing). (RK, ) (Entered: 07/23/2004) |

| 07/23/2004 | ●99 | BNC Certificate of Service - See Image Attached - (RE: related document(s)96 Order on Motion To Set Hearing). No. of Notices: 4. Service Date 07/23/2004. (Admin.) (Entered: 07/24/2004) |
|---|---|---|
| 07/30/2004 | | Deadline terminated. In Re: # 91. (BL, ) (Entered: 07/30/2004) |
| 08/23/2004 | ●100 | Monthly Operating Report for Filing Period July 1, 2004 through July 31, 2004 Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 08/23/2004) |
| 08/23/2004 | ●101 | Submission of Documents: *(Addressees for Monthly Financial Report)* Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford (RE: related document(s)100 Report of Debtor (Ch 11/12) filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). (Memory, Von) (Entered: 08/23/2004) |
| 08/27/2004 | ●102 | Order Granting in part and Denying in part Motion For Relief From the Automatic Filed by Scott Emerton and Kristi Emerton (Related Doc # 91) Entered On 8/27/2004. (CO, ) (Entered: 08/27/2004) |
| 08/27/2004 | | Motion terminated. (RE: related document(s)91 Motion for Relief From Stay, ). (CO, ) (Entered: 08/27/2004) |
| 08/27/2004 | | Motion terminated. (RE: related document(s)81 Motion for Remand). (CO, ) (Entered: 08/27/2004) |
| 08/29/2004 | ●103 | BNC Certificate of Service - See Image Attached - (RE: related document(s)102 Order on Motion For Relief From Stay). No. of Notices: 3. Service Date 08/29/2004. (Admin.) (Entered: 08/30/2004) |
| 08/30/2004 | ●104 | Motion for Relief from Stay. Receipt Number 04003512, Fee Amount $150. Filed by Will O. (Trip) Walton III on behalf of Billy and Viola Styes. (CO, ) (Entered: 09/08/2004) |
| 09/10/2004 | ●105 | Motion *for Expedited Order to Allow Teleconference with Inmate Debtor at Donaldson Correctional Facility* Filed by James L. Day, Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 09/10/2004) |
| 09/10/2004 | ●106 | Order Granting Motion (Related Doc # 105) Entered On 9/10/2004. (Sawyer, William) (Entered: 09/10/2004) |
| 09/13/2004 | ●107 | 498 (Other Action): Complaint against Kenneth L Funderburk , Thomas F Worthy , Funderburk, Day & Lane P.C. . Receipt Number 04003574, Fee Amount $150. Filed by William R Murray on behalf of Charlotte |

| | | Teresa Williford , Kenneth Williford . (DH, ) Modified receipt on 9/13/2004 (DH, ). (Entered: 09/13/2004) |
| --- | --- | --- |
| 09/13/2004 | ●108 | Order Setting Hearing Entered On 9/13/2004 (RE: related document(s)104 Motion for Relief From Stay filed by Creditor Billy and Viola Styes). Hearing scheduled for 9/28/2004 at 09:00 AM at Telephone Hearing. (CO, ) Additional attachment(s) added on 9/13/2004 (CO, ). (Entered: 09/13/2004) |
| 09/15/2004 | ●109 | Third Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 09/15/2004) |
| 09/16/2004 | ●110 | BNC Certificate of Service - See Image Attached - (RE: related document(s)108 Order on Motion To Set Hearing, ). No. of Notices: 2. Service Date 09/16/2004. (Admin.) (Entered: 09/17/2004) |
| 09/20/2004 | | Deadlines terminated (Disclosure and Plan due 9/15/04; Third Motion to Extend for filing Chapter 11 Plan and Disclosure Statement filed 9/15/2004 Re: (Related document(s) 109. (CO, ) Modified text on 9/20/2004 (CO, ). (Entered: 09/20/2004) |
| 09/20/2004 | ●111 | Monthly Operating Report for Filing Period August 1, 2004 through August 31, 2004 Filed by James L. Day, Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 09/20/2004) |
| 09/22/2004 | ●112 | Order Setting Hearing Entered On 9/22/2004 (RE: related document(s)109 Motion to Extend Exclusivity Period filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). Hearing scheduled for 10/26/2004 at 10:00 AM at Courtroom 4D, U.S. Bankruptcy Court, One Church Street, Montgomery, AL. Objections due on or before OCTOBER 19, 2004). (CO, ) (Entered: 09/22/2004) |
| 09/22/2004 | ●113 | Certificate of Service Filed by James L. Day, Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford (RE: related document(s)112 Order on Motion To Set Hearing, ). (Attachments: # 1 Supplement Address List for Mailing) (Memory, Von) (Entered: 09/22/2004) |
| 09/24/2004 | ●114 | Certificate of Service Filed by Will O. (Trip) Walton III on behalf of Billy and Viola Styes (RE: related document(s)108 104 Order on Motion To Set Hearing, Motion for Relief from Stay). (CO, ) Modified text on 9/24/2004 (CO, ). (Entered: 09/24/2004) |

| 09/24/2004 | ●115 | BNC Certificate of Service - See Image Attached - (RE: related document(s)112 Order on Motion To Set Hearing, ). No. of Notices: 1. Service Date 09/24/2004. (Admin.) (Entered: 09/25/2004) |
| 09/29/2004 | ●116 | Order Granting Motion For Relief From Stay (Billy and Viola Styes) (Related Doc # 104) Entered On 9/29/2004. (YP, ) (Entered: 09/29/2004) |
| 10/01/2004 | ●117 | Application to Employ Professional Person(s) William R. Murray as Special Counsel Filed by James L. Day, Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Attachments: # 1 Affidavit 2014 Verification) (Memory, Von) (Entered: 10/01/2004) |
| 10/01/2004 | ●118 | BNC Certificate of Service - See Image Attached - (RE: related document(s)116 Order on Motion For Relief From Stay). No. of Notices: 2. Service Date 10/01/2004. (Admin.) (Entered: 10/02/2004) |
| 10/05/2004 | ●119 | Returned Mail. Order Setting Hearing (DH, ) (Entered: 10/05/2004) |
| 10/05/2004 | ●120 | Bankruptcy Administrator Response to Application to Employ Professional Person(s) *William Murray* Filed by Bankruptcy Admin. Teresa R. Jacobs (RE: related document(s)117 Application to Employ Professional Person(s) filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). (Fritz,Sr., Aty for BA, Michael) (Entered: 10/05/2004) |
| 10/13/2004 | ●121 | Notice of Telephone Hearing Set (RE: related document(s)117 Application to Employ Professional Person, William R. Murray, as Debtor's Special Counsel). Hearing scheduled for 11/2/2004 at 09:00 AM at Telephone Hearing. (JPC, ) (Entered: 10/13/2004) |
| 10/15/2004 | ●122 | BNC Certificate of Service - Telephone Hearing - (RE: related document(s)121 Telephone Hearing). No. of Notices: 2. Service Date 10/15/2004. (Admin.) (Entered: 10/16/2004) |
| 10/19/2004 | | Deadlines terminated (Re: Entry #1 & 2). (CO, ) (Entered: 10/19/2004) |
| 10/20/2004 | ●123 | Monthly Operating Report for Filing Period September 1, 2004 through September 30, 2004 Filed by James L. Day, Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 10/20/2004) |
| 10/28/2004 | ●124 | Order Increasing Time to File Disclosure Statement and Plan (Granting Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement) (Chapter 11 Plan due by 1/31/2005. Disclosure |

|  |  |  |
|---|---|---|
|  |  | Statement due by 1/31/2005) (Related Doc # 109) Entered On 10/28/2004. (CO, ) Modified text on 10/28/2004 (CO, ). (Entered: 10/28/2004) |
| 10/28/2004 | ☉ | Plan or Disclosure Statement Deadline Updated (Non-Image Entry) (RE: related document(s)109 Motion to Extend Exclusivity Period). Chapter 11 Plan due by 1/31/2005. Disclosure Statement due by 1/31/2005. (CO, ) (Entered: 10/28/2004) |
| 10/29/2004 | ☉126 | Quarterly Fee Statement Ending September 30, 2004 (July thru September 2004) Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford (Receipt #04004049; Fee paid $750.00). (CO, ) Modified teston 11/1/2004 (CO, ). (Entered: 11/01/2004) |
| 10/30/2004 | ☉125 | BNC Certificate of Service - See Image Attached - (RE: related document(s)124 Order on Motion to Extend Exclusivity Period, ). No. of Notices: 1. Service Date 10/30/2004. (Admin.) (Entered: 10/31/2004) |
| 11/02/2004 | ☉127 | Order Authorizing Employment of Attorney (William R. Murray) (Related Doc # 117) Entered On 11/2/2004. (CO, ) (Entered: 11/02/2004) |
| 11/04/2004 | ☉128 | BNC Certificate of Service - See Image Attached - (RE: related document(s)127 Order on Application to Employ Professional Person(s)). No. of Notices: 2. Service Date 11/04/2004. (Admin.) (Entered: 11/05/2004) |
| 11/22/2004 | ☉129 | Monthly Operating Report for Filing Period October 1, 2004 through October 31, 2004 Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 11/22/2004) |
| 12/20/2004 | ☉130 | Monthly Operating Report for Filing Period November 1, 2004 through November 30, 2004 Filed by James L. Day, Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 12/20/2004) |
| 01/07/2005 | ☉131 | ENTERED IN ERROR - DOCKETED IN WRONG CASE. Notice of Commencement of Chapter 11 Case, Meeting of Creditors and Fixing of Dates. Meeting of Creditors set on Thursday, 3/3/2005 at 1:00 p.m., at the United States Bankruptcy Court, United States Courthouse, Dothan, AL Entered On 1/7/2005. Proof of Claims due by 5/3/2005. (CO, ) Modified text on 1/7/2005 (CO, ). (Entered: 01/07/2005) |

| 01/07/2005 | 132 | Administrative Error (Non-Image Entry) (RE: related document(s)131 Notice of Commencement of Chapter 11 Case, ). (CO, ) (Entered: 01/07/2005) |
|---|---|---|
| 01/20/2005 | 133 | Debtor's Monthly Operating Report for Filing Period December 1, 2004 through December 31, 2004 Filed by James L. Day, Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 01/20/2005) |
| 01/27/2005 | 134 | Interim Application to Approve Professional Fees *Expenses* for William R Murray, Debtor's Attorney, Period: 8/16/2004 to 12/31/2004, Fee: $0.00, Expenses: $3,030.52. Filed by William R Murray. (Murray, William) (Entered: 01/27/2005) |
| 01/31/2005 | 135 | Fourth Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Filed by Von G. Memory, James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford. Responses due by 2/23/2005. (Day, James) (Entered: 01/31/2005) |
| 02/01/2005 | | Deadlines terminated For Plan & Disclosure Statement due. Motion Filed To Extend Time For Filing See DKe 135 (JT, ) (Entered: 02/01/2005) |
| 02/01/2005 | 136 | Order Setting Hearing Entered On 2/1/2005 (RE: related document(s)134 Application to Approve Professional Fees filed by Interested Party William R. Murray, Spec. Counsel William R. Murray, 135 Motion to Extend Exclusivity Period filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). Hearing scheduled for 3/1/2005 at 10:00 AM at Courtroom 4D, Judge Sawyer Presiding, U.S. Bankruptcy Court, Montgomery, AL. (JT, ) (Entered: 02/01/2005) |
| 02/01/2005 | 137 | Certificate of Service Filed by Von G. Memory, James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford (RE: related document(s)135 Motion to Extend Exclusivity Period filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford, 136 Order on Motion To Set Hearing, ). (Attachments: # 1 Supplement Address List for Cert of Service) (Day, James) (Entered: 02/01/2005) |
| 02/02/2005 | 138 | Quarterly Fee Statement Filed by James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford (Fee paid $750.00/Receipt #05000324). (CO, ) (Entered: 02/02/2005) |
| 02/03/2005 | 139 | BNC Certificate of Service - See Image Attached - (RE: related document(s)136 Order on Motion To Set Hearing, ). No. of Notices: 1. Service Date 02/03/2005. (Admin.) (Entered: 02/04/2005) |

| 02/04/2005 | ●140 | Bankruptcy Administrator Response on Application to Approve Professional Fees *William Murray* Filed by Bankruptcy Admin. Teresa R. Jacobs (RE: related document(s)134 Application to Approve Professional Fees filed by Interested Party William R. Murray, Spec. Counsel William R. Murray). (Fritz,Sr., Aty for BA, Michael) (Entered: 02/04/2005) |
|---|---|---|
| 02/06/2005 | ●141 | Interim Objection to *Bankruptcy Administrator's Attorney's (FRITZ's) Response to AP attorney MURRAY's applicaton for Interim Expenses* Filed by William R Murray on behalf of William R. Murray (RE: related document(s)134 Application to Approve Professional Fees filed by Interested Party William R. Murray, Spec. Counsel William R. Murray). (Murray, William) (Entered: 02/06/2005) |
| 02/22/2005 | ●142 | Monthly Operating Report for Filing Period January 1, 2005 through January 31, 2005 Filed by James L. Day, Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 02/22/2005) |
| 02/24/2005 | | Deadline terminated. In Re: #135. (BL, ) (Entered: 02/24/2005) |
| 02/26/2005 | ●143 | 498 (Other Action): Complaint against Kenneth L Funderburk. Fee Amount $0.0. Filed by William Robert Murray, William R Murray on behalf of Kenneth Williford. (Attachments: # 1 Summons# 2 AP Cover Sheet) (Murray, William) (Entered: 02/26/2005) |
| 03/04/2005 | ●144 | Order Increasing Time to File Disclosure Statement and Plan (June 1, 2005, is fixed as the last day for the debtors to file a disclosure statement and plan) (Related Doc # 135) Entered On 3/4/2005. (CO, ) (Entered: 03/04/2005) |
| 03/04/2005 | ● | Plan or Disclosure Statement Deadline Updated (Non-Image Entry). Chapter 11 Plan due by 6/1/2005. Disclosure Statement due by 6/1/2005. (CO, ) (Entered: 03/04/2005) |
| 03/06/2005 | ●145 | BNC Certificate of Service - See Image Attached - (RE: related document(s)144 Order on Motion to Extend Exclusivity Period). No. of Notices: 1. Service Date 03/06/2005. (Admin.) (Entered: 03/07/2005) |
| 03/09/2005 | ●146 | Second Motion to Incur Debt *(Peoples Bank & Trust Company)* Filed by James L. Day, Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 03/09/2005) |
| 03/14/2005 | ●147 | Order Setting Hearing Entered On 3/14/2005 (RE: related document(s)146 Motion to Incur Debt filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). Hearing scheduled for |

| | | |
|---|---|---|
| | | 4/12/2005 at 10:00 AM at Courtroom 4D, Judge Sawyer Presiding, U.S. Bankruptcy Court, Montgomery, AL.(Objections to the motion must be made in writing stating the reason for the objection and filed in court on or before APRIL 8, 2005). (CO, ) Modified text on 3/14/2005 (CO, ). (Entered: 03/14/2005) |
| 03/14/2005 | 🔵148 | Certificate of Service *Order Setting Hearing and Second Motion for Post Petition Financing* Filed by James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford (RE: related document(s)147 Order on Motion to Set Hearing. (Attachments: # 1 Supplement Address List for Cert of Service) (Day, James) (Entered: 03/14/2005) |
| 03/16/2005 | 🔵149 | BNC Certificate of Service - See Image Attached - (RE: related document(s)147 Order on Motion To Set Hearing, ). No. of Notices: 1. Service Date 03/16/2005. (Admin.) (Entered: 03/17/2005) |
| 03/22/2005 | 🔵150 | Amended Application *amended initial submission of interim expenses for period 08-16-04 through 12-31-04 inclusive* Filed by William Robert Murray on behalf of William R. Murray (RE: related document(s)134 Application to Approve Professional Fees filed by Interested Party William R. Murray, Spec. Counsel William R. Murray). (Murray, William) (Entered: 03/22/2005) |
| 03/22/2005 | 🔵151 | Interim Application to Approve Professional Fees *interin expenses for months of January and February, 2005 in AP-04-08015* for William Robert Murray, Debtor's Attorney, Period: 1/1/2005 to 2/28/2005, Fee: $0.00, Expenses: $1,067.92. Filed by William Robert Murray. (Murray, William) (Entered: 03/22/2005) |
| 03/22/2005 | 🔵152 | Debtor's Monthly Operating Report for Filing Period February 1, 2005 through February 28, 2005 Filed by James L. Day, Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 03/22/2005) |
| 03/23/2005 | 🔵153 | NOTICE SUBMISSION ERROR - INCORRECT PDF ATTACHMENT - FILER NOTIFIED. Debtor's Application to Employ Professional Person(s) William R. Murray as Counsel for a Specified Special Purpose Filed by Von G. Memory, James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford. (Attachments: # 1 Affidavit 2014 Verification) (Day, James) Modified text on 3/24/2005 (CO, ). (Entered: 03/23/2005) |
| 03/23/2005 | 🔵154 | Certificate of Service Filed by Von G. Memory, James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford (RE: related document(s)156 Application to Employ Professional Person(s), Application to Employ Professional Person(s) filed by Debtor Charlotte |

|   |   | Teresa Williford, Joint Debtor Kenneth Williford). (Day, James) Modified text to correct related entry on 3/25/2005 (CO, ). (Entered: 03/23/2005) |
|---|---|---|
| 03/24/2005 | ●155 | Notice of Submission Error requiring refiling (INCORRECT PDF ATTACHMENT AND AFFIDAVIT). Please refile using the correct ECF docket event or corrected document within 7 days or your pleading may be dismissed. (RE: related document(s)153 Application to Employ Professional Person(s), Application to Employ Professional Person(s)). Incomplete Filings due by 3/31/2005. (CO, ) (Entered: 03/24/2005) |
| 03/24/2005 | ●156 | Debtor's Application to Employ Professional Person(s) William R. Murray as Counsel for a Specified Special Purpose Filed by Von G. Memory, James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford. (Attachments: # 1 Affidavit A - 2014 Verification) (Day, James) (Entered: 03/24/2005) |
| 03/25/2005 | ●157 | Bankruptcy Administrator Response on Application to Approve Professional Fees Filed by Bankruptcy Admin. Teresa R. Jacobs (RE: related document(s)150 Amended Application, filed by Interested Party William R. Murray, Spec. Counsel William R. Murray). (Fritz, Michael) (Entered: 03/25/2005) |
| 03/25/2005 | ●158 | Bankruptcy Administrator Response on Application to Approve Professional Fees *Recommends* Filed by Bankruptcy Admin. Teresa R. Jacobs (RE: related document(s)151 Application to Approve Professional Fees, filed by Interested Party William R. Murray, Spec. Counsel William R. Murray). (Fritz, Michael) (Entered: 03/25/2005) |
| 03/25/2005 |  | Deadlines terminated., Motion terminated. (RE: related document(s)153 Application to Employ Professional Person(s), Application to Employ Professional Person(s)).(RE: related document(s) [155] Notice of Submission Error. (CO, ) (Entered: 03/25/2005) |
| 03/25/2005 | ●159 | Bankruptcy Administrator Response to Application to Employ Professional Person(s) *Willian Murray* Filed by Bankruptcy Admin. Teresa R. Jacobs (RE: related document(s)156 Application to Employ Professional Person(s), Application to Employ Professional Person(s)) filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). (Fritz, Michael) (Entered: 03/25/2005) |
| 04/08/2005 | ●160 | Notice of Hearing Set (RE: related document(s)156 Second Application to Employ Professional Person, William R. Murray, as Special Counsel). Hearing scheduled for 5/10/2005 at 10:00 AM at Courtroom 4D, Judge Sawyer Presiding, U.S. Bankruptcy Court, Montgomery, AL. (JPC, ) (Entered: 04/08/2005) |

Case 3:07-cv-00105-WKW-SRW    Document 1-7    Filed 02/06/2007    Page 21 of 43

| 04/08/2005 | ◉161 | Order Setting Hearing Entered On 4/8/2005 (RE: related document(s)151 Interim Application to Approve Professional Fees interin expenses for months of January and February, 2005 in AP-04-08015 for William Robert Murray, Debtor's Attorney, Period: 1/1/2005 to 2/28/2005, Fee: $0.00, Expenses: $1,067.92. filed by Interested Party William R. Murray, Spec. Counsel William R. Murray). Hearing scheduled for 5/10/2005 at 10:00 AM at Courtroom 4D, Judge Sawyer Presiding, U.S. Bankruptcy Court, Montgomery, AL. (YP, ) (Entered: 04/08/2005) |
|---|---|---|
| 04/10/2005 | ◉162 | BNC Certificate of Service - Hearing - (RE: related document(s)160 Hearing (Bk), Hearing (Bk)). No. of Notices: 1. Service Date 04/10/2005. (Admin.) (Entered: 04/11/2005) |
| 04/10/2005 | ◉163 | BNC Certificate of Service - See Image Attached - (RE: related document(s)161 Order on Motion To Set Hearing, , ). No. of Notices: 2. Service Date 04/10/2005. (Admin.) (Entered: 04/11/2005) |
| 04/14/2005 | ◉164 | Order Granting Debtor's Motion To Incur Debt (Related Doc # 146) Entered On 4/14/2005. (CO, ) (Entered: 04/14/2005) |
| 04/16/2005 | ◉165 | BNC Certificate of Service - See Image Attached - (RE: related document(s)164 Order on Motion to Incur Debt). No. of Notices: 3. Service Date 04/16/2005. (Admin.) (Entered: 04/17/2005) |
| 04/20/2005 | ◉ | Adversary Case Closed (AP# 04-8003) (Non-Image Entry). (CO, ) (Entered: 04/20/2005) |
| 04/22/2005 | ◉166 | Debtor's Monthly Operating Report for Filing Period March 1, 2005 through March 31, 2005 Filed by Von G. Memory, James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford. (Day, James) (Entered: 04/22/2005) |
| 04/25/2005 | ◉167 | Application to Approve Professional Fees *Interim Expenses for March 2005* for William Robert Murray, Creditor's Attorney, Period: 3/1/2005 to 3/31/2005, Fee: $, Expenses: $919.59. Filed by William Robert Murray. (Murray, William) (Entered: 04/25/2005) |
| 04/25/2005 | ◉168 | Notice *of Service of Documents to All Interested Persons* Filed by William Robert Murray on behalf of William R. Murray. (Murray, William) (Entered: 04/25/2005) |
| 04/27/2005 | ◉169 | Order Setting Hearing Entered On 4/27/2005 (RE: related document(s)167 Application to Approve Professional Fees filed by Interested Party William R. Murray, Spec. Counsel William R. Murray). Hearing scheduled for 5/10/2005 at 10:00 AM at Courtroom 4D, Judge |

| | | Sawyer Presiding, U.S. Bankruptcy Court, Montgomery, AL. (CO, ) (Entered: 04/27/2005) |
|---|---|---|
| 04/28/2005 | 170 | Bankruptcy Administrator Response on Application to Approve Professional Fees *Recommens - Murray* Filed by Bankruptcy Admin. Teresa R. Jacobs (RE: related document(s)167 Application to Approve Professional Fees filed by Interested Party William R. Murray, Spec. Counsel William R. Murray). (Fritz, Michael) (Entered: 04/28/2005) |
| 04/29/2005 | 171 | BNC Certificate of Service - See Image Attached - (RE: related document(s)169 Order on Motion To Set Hearing, ). No. of Notices: 2. Service Date 04/29/2005. (Admin.) (Entered: 04/30/2005) |
| 04/30/2005 | 172 | Motion *by Special Counsel Murray for Estate to set up $10,000 "Trust Fund" for employment of expert witness(es)* Filed by William Robert Murray on behalf of Charlotte Teresa Williford, Kenneth Williford (RE: related document(s)169 Order on Motion To Set Hearing, ). (Murray, William) (Entered: 04/30/2005) |
| 05/02/2005 | 173 | Quarterly Fee Statement (Fee paid $750.00/Receipt #05001045) Filed by James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford. (CO, ) Modified to correct file date on 5/3/2005 (CO, ). (Entered: 05/03/2005) |
| 05/17/2005 | 174 | Order Denying Debtor's Application to Employ William Robert Murrary (Related Doc # 156) Entered On 5/17/2005. (CO, ) (Entered: 05/17/2005) |
| 05/17/2005 | 175 | ORDER (Denying Application to Approve Professional Fees - DENIED AS MOOT) (Related Doc # 134) Denying for William Robert Murray, Granting Motion To Amend Application (Related Doc # 150), Granting Application to Approve Professional Fees (Related Doc # 151) Granting for William Robert Murray, fees awarded: $0.0, expenses awarded: $1067.92, Granting Application to Approve Professional Fees (Related Doc # 167) Granting for William Robert Murray, fees awarded: $0.0, expenses awarded: $919.59 Entered On 5/17/2005. (CO, ) (Entered: 05/17/2005) |
| 05/19/2005 | 176 | BNC Certificate of Service - See Image Attached - (RE: related document(s)174 Order on Application to Employ Professional Person(s)). No. of Notices: 2. Service Date 05/19/2005. (Admin.) (Entered: 05/20/2005) |
| 05/19/2005 | 177 | BNC Certificate of Service - See Image Attached - (RE: related document(s)175 Order on Application to Approve Professional Fees, , , Order on Motion to Amend Application, , , , , , , , ). No. of Notices: 2. |

Case 3:07-cv-00105-WKW-SRW    Document 1-7    Filed 02/06/2007    Page 23 of 43

| | | Service Date 05/19/2005. (Admin.) (Entered: 05/20/2005) |
|---|---|---|
| 05/20/2005 | ◉178 | Debtor's Monthly Operating Report for Filing Period April 1, 2005 through April 30, 2005 Filed by Von G. Memory, James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford. (Day, James) (Entered: 05/20/2005) |
| 05/20/2005 | ◉179 | Submission of Documents: *(Amended Balance Sheet for April 1, 2005 through April 30, 2005 Report of Debtor)* Filed by James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford (RE: related document(s)178 Report of Debtor (Ch 11/12) filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). (Day, James) (Entered: 05/20/2005) |
| 05/24/2005 | ◉180 | Notice of Telephone Hearing Set (RE: related document(s)172 Special Counsel's Motion That $10,000 "Trust Fund" be set aside for Payment of Expert Witness Fees and Expenses). Hearing scheduled for 6/14/2005 at 09:00 AM at Telephone Hearing. (JPC, ) (Entered: 05/24/2005) |
| 05/26/2005 | ◉181 | BNC Certificate of Service - Telephone Hearing - (RE: related document(s)180 Telephone Hearing, ). No. of Notices: 32. Service Date 05/26/2005. (Admin.) (Entered: 05/27/2005) |
| 05/31/2005 | ◉182 | Fifth Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement *Ten (10) days* Filed by Von G. Memory, James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford. Responses due by 6/23/2005. (Day, James) (Entered: 05/31/2005) |
| 06/02/2005 | | Deadlines terminated (Updated Plan & Disclosure Deadline - Motion to Extend Plan and Disclosure filed 5/31/2005). (CO, ) (Entered: 06/02/2005) |
| 06/03/2005 | | Matter Under Advisement Re:. Matter Under Advisement Due by 7/8/2005. (Sawyer, William) (Entered: 06/04/2005) |
| 06/10/2005 | ◉183 | Disclosure Statement Filed by James L. Day, Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 06/10/2005) |
| 06/10/2005 | ◉184 | Chapter 11 Plan of Reorganization Filed by James L. Day, Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 06/10/2005) |
| 06/13/2005 | ◉185 | Order Denying Motion to Extend Exclusivity Period for Filing a Chapter |

| | | 11 Plan and Disclosure Statement (Related Doc # 182) Entered On 6/13/2005. (CO, ) (Entered: 06/13/2005) |
|---|---|---|
| 06/14/2005 | 186 | Hearing Continued from 6/14/05 on matter filed by William Robert Murray of William R. Murray, Attorney At Law (RE: related document(s)172 Motion, ). Hearing scheduled for 7/12/2005 at 11:00 AM at Telephone Hearing. (BL, ) (Entered: 06/14/2005) |
| 06/15/2005 | 187 | BNC Certificate of Service - See Image Attached - (RE: related document(s)185 Order on Motion to Extend Exclusivity Period). No. of Notices: 1. Service Date 06/15/2005. (Admin.) (Entered: 06/16/2005) |
| 06/20/2005 | 188 | Monthly Operating Report for Filing Period May 1, 2005 through May 31, 2005 Filed by Von G. Memory, James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford. (Day, James) (Entered: 06/20/2005) |
| 06/20/2005 | 189 | Order Setting Hearing Entered On 6/20/2005 (RE: related document(s)172 Motion, filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). Hearing scheduled for 7/12/2005 at 11:00 AM at Telephone Hearing. (CO, ) (Entered: 06/20/2005) |
| 06/22/2005 | 190 | BNC Certificate of Service - See Image Attached - (RE: related document(s)189 Order on Motion To Set Hearing). No. of Notices: 2. Service Date 06/22/2005. (Admin.) (Entered: 06/23/2005) |
| 06/29/2005 | 191 | Amended Disclosure Statement Filed by James L. Day, Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford (RE: related document(s)183 Disclosure Statement filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). (Memory, Von) (Entered: 06/29/2005) |
| 06/29/2005 | 192 | Report of the Bankruptcy Administrator Regarding the Debtor's Disclosure Statement. Filed by Bankruptcy Admin. Bankruptcy Administrator. (Fritz, Michael) (Entered: 06/29/2005) |
| 06/29/2005 | 193 | Order Approving Disclosure Statement and Fixing Last Date for Voting on Plan, Last date for Objecting to Plan, and Setting Hearing on Confirmation of Plan. Certificate of service shall be filed with the court prior to the last date for filing objections (Refer to AL,M Website for copy of Ballot). Entered On 6/29/2005. Last day to Object to Confirmation 7/27/2005.Chapter 11 Ballots due by 7/27/2005. Confirmation hearing to be held on 8/2/2005 at 10:00 AM at Courtroom 4D, Judge Sawyer Presiding, U.S. Bankruptcy Court, Montgomery, AL. (CO, ) (Entered: 06/29/2005) |

| 07/01/2005 | ●194 | BNC Certificate of Service - See Image Attached - (RE: related document(s)193 Order Conditionally Approving Disclosure, Setting Objection Ddls and Hearing Date, , ). No. of Notices: 3. Service Date 07/01/2005. (Admin.) (Entered: 07/02/2005) |
| --- | --- | --- |
| 07/05/2005 | ●195 | Certificate of Service Filed by James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford (RE: related document(s)191 Amended Disclosure Statement, filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford, 193 Order Conditionally Approving Disclosure, Setting Objection Ddls and Hearing Date,,, 184 Chapter 11 Plan filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). (Attachments: # 1 Supplement Address List for Cert of Service) (Day, James) (Entered: 07/05/2005) |
| 07/14/2005 | ●196 | Debtor's Monthly Operating Report for Filing Period June 1, 2005 through June 30, 2005 Filed by Von G. Memory, James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford. (Day, James) (Entered: 07/14/2005) |
| 07/20/2005 | ●197 | Order Denying Motion to Set Up $10,000 Trust Fund (Related Doc # 172) Entered On 7/20/2005. (CO, ) (Entered: 07/20/2005) |
| 07/22/2005 | ●198 | BNC Certificate of Service - See Image Attached - (RE: related document(s)197 Order). No. of Notices: 2. Service Date 07/22/2005. (Admin.) (Entered: 07/23/2005) |
| 07/27/2005 | ●199 | Objection to Confirmation of Plan *Objection to Plan of Reorganization* Filed by Charles-AM Parnell on behalf of SouthTrust Bank. (Parnell, Charles-AM) (Entered: 07/27/2005) |
| 07/27/2005 | ●200 | Chapter 11 Ballot: REJECT Plan *Secured Class* Filed by Charles G. Reynolds Jr. on behalf of Scott & Kristi Emerton. (Reynolds, Charles) (Entered: 07/27/2005) |
| 07/27/2005 | ●201 | Chapter 11 Ballot: REJECT Plan *Unsecured Class* Filed by Charles G. Reynolds Jr. on behalf of Scott & Kristi Emerton. (Reynolds, Charles) (Entered: 07/27/2005) |
| 07/27/2005 | ●202 | Objection to *Debtors' Disclosure Statement* Filed by Charles G. Reynolds Jr. on behalf of Scott & Kristi Emerton (RE: related document(s)193 Order Conditionally Approving Disclosure, Setting Objection Ddls and Hearing Date,,, 191 Amended Disclosure Statement, filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). (Reynolds, Charles) (Entered: 07/27/2005) |

| 07/27/2005 | 🌐203 | Objection to *Debtors' Plan of Reorganization* Filed by Charles G. Reynolds Jr. on behalf of Scott & Kristi Emerton (RE: related document(s)184 Chapter 11 Plan filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). (Reynolds, Charles) (Entered: 07/27/2005) |
| --- | --- | --- |
| 07/28/2005 | 🌐204 | Bankruptcy Administrator's Report and Recommendation of Debtor's Plan of Reorganization and Balloting by Creditors (Ch 11) Filed by Bankruptcy Admin. Bankruptcy Administrator. (Attachments: # 1 Exhibit 1# 2 Exhibit 2) (Fritz, Michael) (Entered: 07/28/2005) |
| 07/28/2005 | 🌐205 | Receipt of CH 11 Quarterly Fee - $750.00 by JI. Receipt Number 05001736. (admin) (Entered: 07/28/2005) |
| 07/28/2005 | 🌐206 | Quarterly Fee Statement (Fee paid $750.00/Receipt #05001736) Filed by James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford. (LO, ) (Entered: 07/29/2005) |
| 07/29/2005 | 🌐207 | Debtor's Objection to Claim *1 and Secured Status of Claim 2* Filed by James L. Day, Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. Responses due by 8/29/2005. (Memory, Von) (Entered: 07/29/2005) |
| 07/29/2005 | 🌐208 | Debtor's Amended/Modified Chapter 11 Plan Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford (RE: related document(s)184 Chapter 11 Plan filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). (Memory, Von) (Entered: 07/29/2005) |
| 08/02/2005 | | Matter Under Advisement Re: (RE: related document(s)207 Objection to Claim, Set Matter Under Advisement Deadline). Matter Under Advisement Due by 10/17/2005. (Sawyer, William) (Entered: 08/02/2005) |
| 08/02/2005 | 🌐209 | Bankruptcy Administrator's Motion to Dismiss Case and Notice of Hearing *Motion to Convert* Filed by Bankruptcy Admin. Bankruptcy Administrator. Hearing scheduled for 9/20/2005 at 10:00 AM at Courtroom 4D, Judge Sawyer Presiding, U.S. Bankruptcy Court, Montgomery, AL. (Attachments: # 1 Exhibit 1# 2 Exhibit 2) (Fritz, Michael) (Entered: 08/02/2005) |
| 08/03/2005 | | Deadlines terminated (Re: Entry # 193 - Ballots Due). (CO, ) (Entered: 08/03/2005) |
| 08/04/2005 | 🌐210 | BNC Certificate of Service - See Image Attached - (RE: related document(s)209 BA Motion to Dismiss Case and Notice of Hearing, ). |

|  |  | No. of Notices: 26. Service Date 08/04/2005. (Admin.) (Entered: 08/05/2005) |
|---|---|---|
| 08/05/2005 |  | Deadline terminated. In Re: #207 (matter under advisement) (BL, ) (Entered: 08/05/2005) |
| 08/09/2005 | ●211 | Amended Objection to Confirmation of Plan *Amended and Restated Objection to Confirmation* Filed by Charles-AM Parnell on behalf of SouthTrust Bank (RE: related document(s)199 Objection to Confirmation of the Plan filed by Creditor SouthTrust Bank, 184 Chapter 11 Plan filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). (Attachments: # 1 Exhibit)(Parnell, Charles-AM) (Entered: 08/09/2005) |
| 08/15/2005 | ●212 | Briefing Schedule (Debtor's brief shall be filed no later than September 2, 2005) (Creditors' response shall be filed no later than October 3, 2005) (Any reply shall be filed no later than October 18, 2005). Re: related document(s) 207 Entered On 8/15/2005. (CO, ) (Entered: 08/15/2005) |
| 08/17/2005 | ●213 | BNC Certificate of Service - See Image Attached - (RE: related document(s)212 Scheduling Order, ). No. of Notices: 2. Service Date 08/17/2005. (Admin.) (Entered: 08/18/2005) |
| 08/18/2005 | ●214 | Returned Mail. Motion to Convert & Notice of hearing sent to SouthTrust Bank, P.O. Box 871, Auburn, AL 36831-0871 (EW, ) (Entered: 08/18/2005) |
| 08/22/2005 | ●215 | Debtor's Monthly Operating Report for Filing Period July 1, 2005 through July 31, 2005 Filed by James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford. (Day, James) (Entered: 08/22/2005) |
| 09/02/2005 | ●216 | Agreed Motion to Extend Briefing Deadlines Filed by James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford and Counsel for Scott and Kristi Emerton (Charles G. Reynolds, Jr.). (CO, ) Modified text on 9/2/2005 (CO, ). (Entered: 09/02/2005) |
| 09/08/2005 | ●217 | Order Granting Consent Motion to Extend Briefing Schedule (Related Doc # 216) Entered On 9/8/2005. (Sawyer, William) (Entered: 09/08/2005) |
| 09/08/2005 | ●218 | Brief *on Status of Secured Claim of Scott and Kristi Emerton* Filed by Von G. Memory, James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford (RE: related document(s)[217] Order on Consent Motion, 212 Scheduling Order, ). (Day, James) (Entered: 09/08/2005) |

| 09/14/2005 | 🌐 | Adversary Case Closed (AP #8005) (Non-Image Entry). (CO, ) (Entered: 09/14/2005) |
|---|---|---|
| 09/20/2005 | 🌐219 | Debtor's Monthly Operating Report for Filing Period August 1, 2005 through August 31, 2005 Filed by James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford. (Day, James) (Entered: 09/20/2005) |
| 09/20/2005 | 🌐220 | Hearing Continued from 9/20/05 on MTD filed by Bankruptcy Administrator (RE: related document(s)209 BA Motion to Dismiss Case and Notice of Hearing, ). Hearing scheduled for 10/4/2005 at 10:00 AM at Courtroom 4D, Judge Sawyer Presiding, U.S. Bankruptcy Court, Montgomery, AL. (BL, ) (Entered: 09/20/2005) |
| 10/04/2005 | 🌐221 | Hearing Continued from 10/4/05 on MTD filed by Bankruptcy Administrator (RE: related document(s)209 BA Motion to Dismiss Case and Notice of Hearing, ). Hearing scheduled for 10/12/2005 at 11:30 AM at Opelika Federal Courthouse, U.S. Bankruptcy Court. (BL, ) (Entered: 10/04/2005) |
| 10/05/2005 | 🌐222 | Interim Application to Approve Professional Fees *expenses* for William Robert Murray, Special Counsel, Period: 3/1/2005 to 8/31/2005, Fee: $0.00, Expenses: $2,028.41. Filed by William Robert Murray. (Murray, William) (Entered: 10/05/2005) |
| 10/07/2005 | 🌐223 | Order Setting Hearing Entered On 10/7/2005 (RE: related document(s)222 Application to Approve Professional Fees filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford, Interested Party William R. Murray, Spec. Counsel William R. Murray). Hearing scheduled for 11/8/2005 at 09:00 AM at Telephone Hearing. (Objections to the application must be made in writing stating the reason for the objection and filed in court on or before November 1, 2005. A copy of the application is on file with the court. (CO, ) (Entered: 10/07/2005) |
| 10/10/2005 | 🌐224 | Notice *of Service of "Order Setting Hearing" on "Plaintiffs' Attorney's Submission of Interim Expenses for Period March Through August, 2005" to all Parties of Interest* Filed by William Robert Murray on behalf of William R. Murray. (Murray, William) (Entered: 10/10/2005) |
| 10/10/2005 | 🌐225 | Brief Filed by Charles G. Reynolds Jr. on behalf of Scott & Kristi Emerton (RE: related document(s)218 Brief, filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). (Attachments: # 1 Exhibit Supreme Court's Order dated 12-3-04# 2 Exhibit Judge Young's Order dated 1-14-05) (Reynolds, Charles) (Entered: 10/10/2005) |

| 10/12/2005 | ●226 | Status Conference continued from 10/12/05 on MTD filed by the Bankruptcy Administrator (RE: related document(s)209 BA Motion to Dismiss Case and Notice of Hearing, ). Hearing scheduled for 11/8/2005 at 9:00 AM at Telephone Hearing. (BL, ) (Entered: 10/13/2005) |
| --- | --- | --- |
| 10/18/2005 | ●227 | Bankruptcy Administrator Response on Application to Approve Professional Fees *Recommends - Murray* Filed by Bankruptcy Admin. Bankruptcy Administrator (RE: related document(s)222 Application to Approve Professional Fees filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford, Interested Party William R. Murray, Spec. Counsel William R. Murray). (Fritz, Michael) (Entered: 10/18/2005) |
| 10/19/2005 | | Matter Under Advisement Complete (RE: related document(s) Set Matter Under Advisement Deadline). (Sawyer, William) (Entered: 10/19/2005) |
| 10/21/2005 | ●228 | Debtor's Monthly Operating Report for Filing Period September 1, 2005 through September 30, 2005 Filed by James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford. (Day, James) (Entered: 10/21/2005) |
| 11/07/2005 | ●229 | Receipt of CH 11 Quarterly Fee - $750.00 by JI. Receipt Number 05002647. (admin) (Entered: 11/07/2005) |
| 11/07/2005 | ●230 | Quarterly Fee Statement Ending 9/30/2005 (Receipt #5002647) Filed by James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford. (CO, ) Modified text to add receipt number on 11/7/2005 (CO, ). (Entered: 11/07/2005) |
| 11/10/2005 | ●231 | Order Awarding Fee (Granting Application to Approve Professional Fees (Related Doc # 222) Granting for William Robert Murray, fees awarded: $2028.41, expenses awarded: $) Entered On 11/10/2005. (JC, ) (Entered: 11/10/2005) |
| 11/10/2005 | ●232 | Order Resetting Confirmation Hearing Entered On 11/10/2005 (RE: related document(s)209 BA Motion to Dismiss Case and Notice of Hearing, filed by Bankruptcy Admin. Bankruptcy Administrator). Confirmation hearing to be held on 12/14/2005 at 11:00 AM at Courtroom 4D, Judge Sawyer Presiding, U.S. Bankruptcy Court, Montgomery, AL. (JC, ) (Entered: 11/10/2005) |
| 11/12/2005 | ●233 | BNC Certificate of Service - See Image Attached - (RE: related document(s)232 Order to Continue/Reschedule Hearing, ). No. of Notices: 26. Service Date 11/12/2005. (Admin.) (Entered: 11/13/2005) |

| 11/12/2005 | ●234 | BNC Certificate of Service - See Image Attached - (RE: related document(s)231 Order on Application to Approve Professional Fees). No. of Notices: 2. Service Date 11/12/2005. (Admin.) (Entered: 11/13/2005) |
| 11/22/2005 | ●235 | Debtor's Monthly Operating Report for Filing Period October 1, 2005 through October 31, 2005 Filed by James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford. (Day, James) (Entered: 11/22/2005) |
| 12/04/2005 | ●236 | Subpoena Filed by Charles G. Reynolds Jr. on behalf of Scott & Kristi Emerton. (Reynolds, Charles) (Entered: 12/04/2005) |
| 12/08/2005 | ●237 | Certificate of Service *Proof of Service of Subpoena* Filed by Charles G. Reynolds Jr. on behalf of Scott & Kristi Emerton (RE: related document(s)236 Subpoena filed by Creditor Scott & Kristi Emerton). (Reynolds, Charles) (Entered: 12/08/2005) |
| 12/15/2005 | ●238 | ORDER - (Sustains the Objection filed by the Emertons and DENIES confirmation of the Plan filed June 10, 2005) Entered On 12/15/2005 (RE: related document(s)202 Objection, filed by Creditor Scott & Kristi Emerton, 184 Chapter 11 Plan filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). (CO, ) (Entered: 12/15/2005) |
| 12/20/2005 | ●239 | Debtor's Monthly Operating Report for Filing Period November 1, 2005 through November 30, 2005 Filed by James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford. (Day, James) (Entered: 12/20/2005) |
| 12/30/2005 | ●240 | Second Amended/Modified Chapter 11 Plan Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford (RE: related document(s)208 Amended/Modified Chapter 11 Plan, filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford, 238 Order on Objection, ). (Memory, Von) (Entered: 12/30/2005) |
| 12/30/2005 | ●241 | Certificate of Service Filed by James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford (RE: related document(s)240 Amended/Modified Chapter 11 Plan, filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). (Attachments: # 1 Supplement Address List for Cert of Service) (Day, James) (Entered: 12/30/2005) |
| 12/30/2005 | ●242 | Debtor's Motion to Extend Time Filed by James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford (RE: related document(s)240 Amended/Modified Chapter 11 Plan, filed by Debtor |

| | | Charlotte Teresa Williford, Joint Debtor Kenneth Williford, 238 Order on Objection, ). (Day, James) (Entered: 12/30/2005) |
|---|---|---|
| 01/05/2006 | 243 | NOTICE SUBMISSON ERROR - ENTERED IN ERROR - SEE ENTRY # 245 - Bankruptcy Administrator's Motion to Incur Debt (Post Petition) Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) Modified text to add text on 1/6/2006 (CO, ). (Entered: 01/05/2006) |
| 01/05/2006 | 244 | Notice of Submission Error *(wrong party entered)* (Non-Image Entry) Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford (RE: related document(s)243 Motion to Incur Debt filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). (Memory, Von) (Entered: 01/05/2006) |
| 01/05/2006 | 245 | Debtor's Motion to Expedite Hearing *on Motion to Incur Debt*, Debtor's Motion to Incur Debt *Post Petition* Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 01/05/2006) |
| 01/13/2006 | | Matter Under Advisement Re:. Matter Under Advisement Due by 1/23/2006. (Sawyer, William) (Entered: 01/13/2006) |
| 01/13/2006 | 246 | Order on Debtors' Motion for Post Petition Financing (Related Doc # 245), Entered On 1/13/2006. (CO, ) (Entered: 01/13/2006) |
| 01/13/2006 | 247 | Debtor's Certificate of Service Filed by James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford (RE: related document(s)246 Order on Motion to Expedite Hearing, Order on Motion to Incur Debt, 245 Motion to Expedite Hearing, Motion to Incur Debt filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). (Attachments: # 1 Supplement Address List for Cert of Service) (Day, James) (Entered: 01/13/2006) |
| 01/15/2006 | 248 | BNC Certificate of Service - See Image Attached - (RE: related document(s)246 Order on Motion to Expedite Hearing, Order on Motion to Incur Debt). No. of Notices: 2. Service Date 01/15/2006. (Admin.) (Entered: 01/16/2006) |
| 01/17/2006 | 249 | Response to *Response of Wachovia Bank to Debtors' Motion to Incur Debt* Filed by Charles-AM Parnell on behalf of Wachovia Bank, successor in interest to SouthTrust Bank, N.A. (RE: related document(s)245 Motion to Expedite Hearing, Motion to Incur Debt filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). (Parnell, Charles-AM) (Entered: 01/17/2006) |

| 01/17/2006 | 250 | Response to *Response of NC Two, LLC, as assignee of SouthTrust Bank to Debtors' Motion to Incur Debt* Filed by Charles-AM Parnell on behalf of NC Two, LLC, as assignee of SouthTrust Bank, N.A. (RE: related document(s)245 Motion to Expedite Hearing, Motion to Incur Debt filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). (Parnell, Charles-AM) (Entered: 01/17/2006) |
|------------|-----|---|
| 01/24/2006 | 251 | Order Granting Motion to Incur Debt Entered On 1/24/2006 (RE: related document(s)245 Motion to Expedite Hearing, Motion to Incur Debt filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). (Sawyer, William) (Entered: 01/24/2006) |
| 01/24/2006 | | Matter Under Advisement Complete (RE: related document(s) Set Matter Under Advisement Deadline). (Sawyer, William) (Entered: 01/24/2006) |
| 01/26/2006 | 252 | Order Setting Evidentiary Hearing - Entered On 1/26/2006 (RE: related document(s)184 Chapter 11 Plan filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). Hearing scheduled for 1/30/2006 at 01:30 PM at Courtroom 4D, Judge Sawyer Presiding, U.S. Bankruptcy Court, Montgomery, AL. (CO, ) (Entered: 01/26/2006) |
| 01/26/2006 | 253 | BNC Certificate of Service - See Image Attached - (RE: related document(s)251 Order). No. of Notices: 18. Service Date 01/26/2006. (Admin.) (Entered: 01/27/2006) |
| 01/28/2006 | 254 | BNC Certificate of Service - See Image Attached - (RE: related document(s)252 Order on Motion To Set Hearing, ). No. of Notices: 28. Service Date 01/28/2006. (Admin.) (Entered: 01/29/2006) |
| 01/30/2006 | 255 | FINAL Order Approving Disclosure Statement and Confirming Chapter 11 Plan - Entered On 1/30/2006 (RE: related document(s)240 Amended/Modified Chapter 11 Plan, filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford, 191 Amended Disclosure Statement, filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). (CO, ) (Entered: 01/30/2006) |
| 01/31/2006 | 256 | Debtor's Certificate of Service Filed by James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford (RE: related document(s)255 Order Approving Disclosure Statement,, Order Confirming Chapter 11 Plan, ). (Attachments: # 1 Supplement Address List for Cert of Service) (Day, James) (Entered: 01/31/2006) |
| 01/31/2006 | 257 | Plan Implementation Order - Entered On 1/31/2006. (CO, ) (Entered: 01/31/2006) |

| 01/31/2006 | 258 | DUPLICATE ENTRY OF # 257 - ENTERED IN ERROR - Plan Implementation Order - Entered On 1/31/2006. (CO, ) Modified text on 1/31/2006 (CO, ). (Entered: 01/31/2006) |
|---|---|---|
| 01/31/2006 | 259 | Administrative Error (Non-Image Entry) (RE: related document(s)258 Order). (CO, ) (Entered: 01/31/2006) |
| 02/07/2006 | 260 | Joint Motion to Expedite Hearing, Joint Motion *to Allow Grant of Mortgage in Debtors' Homestead to Scott and Christie Emerton* Filed by Charles G. Reynolds Jr., Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 02/07/2006) |
| 02/08/2006 | 261 | Quarterly Fee Statement (Receipt #6000298 - $750.00) Filed by James L. Day on behalf of Charlotte Teresa Williford, Kenneth Williford. (CO, ) (Entered: 02/08/2006) |
| 02/08/2006 | 262 | Receipt of CH 11 Quarterly Fee - $750.00 by CM. Receipt Number 06000298. (admin) (Entered: 02/08/2006) |
| 02/10/2006 | 263 | Notice of Telephone Hearing Set (RE: related document(s)260 Joint Motion to Allow Grant of Mortgage in Debtors' Homestead to Scott and Christie Emerton. Hearing scheduled for 2/14/2006 at 09:00 AM at Telephone Hearing. (JPC, ) (Entered: 02/10/2006) |
| 03/14/2006 | 264 | ORDER On Joint Motion to Allow Grant of Mortgage in Debtors' Homestead to Scott and Christie Emerton (Related Doc # 260 Entered On 3/14/2006. (YP, ) (Entered: 03/14/2006) |
| 03/16/2006 | 265 | Amended and Supplemental Order Approving Debtor's Post-Petition Financing Requests Entered On 3/16/2006 (RE: related document(s)264 Order on Motion to Expedite Hearing, ). (CO, ) (Entered: 03/16/2006) |
| 03/16/2006 | 266 | BNC Certificate of Service - See Image Attached - (RE: related document(s)264 Order on Motion to Expedite Hearing, ). No. of Notices: 28. Service Date 03/16/2006. (Admin.) (Entered: 03/17/2006) |
| 03/18/2006 | 267 | BNC Certificate of Service - See Image Attached - (RE: related document(s)265 Amended Order). No. of Notices: 18. Service Date 03/18/2006. (Admin.) (Entered: 03/19/2006) |
| 03/27/2006 | | Motion terminated. (RE: related document(s)243 Motion to Incur Debt, ). (CO, ) (Entered in Error) (Entered: 03/27/2006) |
| 03/28/2006 | | Motion terminated. (FINAL Order Entered 1/30/2006 Re: 255) & (RE: related document(s)242 Motion to Extend Time, ). (CO, ) (Entered: |

|  |  | 03/28/2006) |
|---|---|---|
| 04/03/2006 |  | Deadlines terminated (Re: Order Entered 1/30/2006 Re: # 255). (CO, ) (Entered: 04/03/2006) |
| 04/07/2006 | ●268 | Application to Approve Professional Fees *of $0 but interim expenses of $1,742.71* for William Robert Murray, Special Counsel, Period: 9/1/2005 to 3/31/2006, Fee: $0.00, Expenses: $1,742.71. Filed by William Robert Murray. (Murray, William) (Entered: 04/07/2006) |
| 04/13/2006 | ●269 | Order Setting Hearing - Entered On 4/13/2006 (RE: related document(s)268 Application to Approve Professional Fees, filed by William R. Murray, Special Counsel. Hearing scheduled for 6/6/2006 at 10:00 AM at Courtroom 4D, Judge Sawyer Presiding, U.S. Bankruptcy Court, Montgomery, AL. (CO, ) (Objections to the application must be made in writing stating the reason for the objection and filed in court on or before June 2, 2006. A Copy of the application is on file with the court). (Entered: 04/13/2006) |
| 04/15/2006 | ●270 | BNC Certificate of Service - See Image Attached - (RE: related document(s)269 Order on Motion To Set Hearing, ). No. of Notices: 1. Service Date 04/15/2006. (Admin.) (Entered: 04/15/2006) |
| 04/18/2006 | ●271 | Notice *of service of ORDER (Doc. 269) dated April 13, 2006* Filed by William Robert Murray on behalf of William R. Murray. (Murray, William) (Entered: 04/18/2006) |
| 05/19/2006 | ●272 | NOTED SUBMISSION ERROR - REPLACED WITH DE #273 - Bankruptcy Administrator Response on Application to Approve Professional Fees */Expenses, Murray* Filed by Bankruptcy Admin. Bankruptcy Administrator (RE: related document(s)268 Application to Approve Professional Fees, filed by Interested Party William R. Murray, Spec. Counsel William R. Murray). (Jacobs, Teresa) Modified on 5/19/2006 (YP, ). (Entered: 05/19/2006) |
| 05/19/2006 | ●273 | Bankruptcy Administrator Response on Application to Approve Professional Fees */Expenses, Murray (amended to reflect address on certificate of service)* Filed by Bankruptcy Admin. Bankruptcy Administrator (RE: related document(s)268 Application to Approve Professional Fees, filed by Interested Party William R. Murray, Spec. Counsel William R. Murray). (Bankruptcy Administrator, ) (Entered: 05/19/2006) |
| 05/19/2006 | ●274 | Notice of Electronic Submission Error (Non-Image Entry) (RE: related document(s)272 BA Response on Application to Approve Professional Fees, ). (YP, ) (Entered: 05/19/2006) |

| 05/21/2006 | ◐275 | Response to *and Opposition to Bankruptcy Administrator's Response (273) to Murray's Application to Approve Professional Expenses (268)* Filed by William Robert Murray on behalf of William R. Murray (RE: related document(s)268 Application to Approve Professional Fees, filed by Interested Party William R. Murray, Spec. Counsel William R. Murray). (Murray, William) (Entered: 05/21/2006) |
| --- | --- | --- |
| 06/09/2006 | | Matter Under Advisement Re: (RE: related document(s)268 Application to Approve Professional Fees, ). Matter Under Advisement Due by 6/9/2006. (Sawyer, William) (Entered: 06/09/2006) |
| 06/15/2006 | ◐276 | Order Denying Application to Approve Interim Expenses (Related Doc # 268) (Denying for William R. Murray) Entered On 6/15/2006. (CO, ) (Entered: 06/15/2006) |
| 06/15/2006 | | Matter Under Advisement Complete (RE: related document(s) Set Matter Under Advisement Deadline). (Sawyer, William) (Entered: 06/15/2006) |
| 06/17/2006 | ◐277 | BNC Certificate of Service - See Image Attached - (RE: related document(s)276 Order on Application to Approve Professional Fees). No. of Notices: 3. Service Date 06/17/2006. (Admin.) (Entered: 06/18/2006) |
| 07/25/2006 | | Matter Under Advisement Re:. Matter Under Advisement Due by 7/25/2006. (Sawyer, William) (Entered: 07/25/2006) |
| 07/25/2006 | ◐278 | Motion to Vacate Confirmation of Plan Because of Fraud on Court and Request for Relief from Unlawful Division of Estates Assets Filed by Kenneth Williford (RE: related document(s)255 Order Approving Disclosure Statement,, Order Confirming Chapter 11 Plan, ). (CO, ) Modified text to correct file date on 7/27/2006 (CO, ). (Entered: 07/27/2006) |
| 07/27/2006 | ◐279 | Motion to Dismiss Case Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. (Memory, Von) (Entered: 07/27/2006) |
| 07/30/2006 | ◐280 | Motion *by Special Counsel Murray to Intervene to Protect Potential Contingent Fee in AP-04-08015-WRS* Filed by William Robert Murray on behalf of William R. Murray (RE: related document(s)279 Motion to Dismiss Case filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford, 278 Motion to Vacate, filed by Joint Debtor Kenneth Williford). (Murray, William) (Entered: 07/30/2006) |

Case 3:07-cv-00105-WKW-SRW     Document 1-7     Filed 02/06/2007     Page 36 of 43

| | | |
|---|---|---|
| 07/31/2006 | ●281 | Order for Status Hearing Entered On 7/31/2006 (RE: related document(s)279 Motion to Dismiss Case filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford, 280 Motion, filed by Interested Party William R. Murray, Spec. Counsel William R. Murray, 278 Motion to Vacate, filed by Joint Debtor Kenneth Williford). **Status hearing to be held on 9/12/2006 at 01:30 PM at Courtroom 4D, Judge Sawyer Presiding, U.S. Bankruptcy Court, Montgomery, AL. (CO, ) Additional attachment(s) added on 7/31/2006 (JGC, ). (Entered: 07/31/2006)** |
| 07/31/2006 | ●282 | Regenerate Form - utility event- (Pdfall should have been used instead of pdfsome) (JGC, ) (Entered: 07/31/2006) |
| 07/31/2006 | | Matter Under Advisement Re: (RE: related document(s)281 Order on Motion To Set Hearing,,, Set Matter Under Advisement Deadline). Matter Under Advisement Due by 9/12/2006. (Sawyer, William) (Entered: 07/31/2006) |
| 08/02/2006 | ●283 | BNC Certificate of Service - See Image Attached - (RE: related document(s)282 Regenerate Form - utility event.). No. of Notices: 28. Service Date 08/02/2006. (Admin.) (Entered: 08/03/2006) |
| 08/04/2006 | ●284 | Response to Order for Status Hearing Filed by Bankruptcy Administrator (RE: related document(s)281 Order on Motion To Set Hearing,, ). (Jacobs, Teresa) (Entered: 08/04/2006) |
| 08/06/2006 | ●285 | Motion *by Special Counsel Murray for Correction of This Court's "ORDER FOR STATUS HEARING" (DOC. 281)* Filed by William Robert Murray on behalf of William R. Murray (RE: related document(s)281 Order on Motion To Set Hearing,, ). (Murray, William) (Entered: 08/06/2006) |
| 08/08/2006 | ●286 | Motion to Withdraw as Attorney Filed by Von G. Memory on behalf of Von G. Memory, James L. Day, Memory & Day. (Memory, Von) (Entered: 08/08/2006) |
| 08/09/2006 | ●287 | Response to Motion to Vacate Confirmation of Plan and Request for Evidentiary Hearing Filed by Kenneth Williford (RE: related document(s)279 Motion to Dismiss Case filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford, 278 Motion to Vacate, filed by Joint Debtor Kenneth Williford). (CO, ) Modified text on 8/9/2006 (CO, ). (Entered: 08/09/2006) |
| 08/09/2006 | ●288 | Response to *Motion to Vacate Confirmation of Plan and Motion to Dismiss Case* Filed by Kenneth Williford (RE: related document(s)279 Motion to Dismiss Case filed by Debtor Charlotte Teresa Williford, |

| | | Joint Debtor Kenneth Williford, 278 Motion to Vacate, filed by Joint Debtor Kenneth Williford). (CO, ) (Entered: 08/09/2006) |
|---|---|---|
| 08/09/2006 | 🌑289 | Quarterly Fee Statement (Receipt #6001342 - $750.00) Filed by James L. Day, on behalf of Charlotte Teresa Williford, Kenneth Williford. (CO, ) (Entered: 08/09/2006) |
| 08/09/2006 | 🌑290 | Receipt of CH 11 Quarterly Fee - $750.00 by EW. Receipt Number 06001342. (admin) (Entered: 08/09/2006) |
| 08/10/2006 | 🌑291 | Response to *Motion to Dismiss Case* Filed by Kenneth Williford (RE: related document(s)279 Motion to Dismiss Case filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). (DH, ) (Entered: 08/10/2006) |
| 08/10/2006 | 🌑292 | Motion *For Transport* Filed by Kenneth Williford (RE: related document(s)291 Response filed by Joint Debtor Kenneth Williford). (DH, ) (Entered: 08/10/2006) |
| 08/17/2006 | 🌑293 | Objection to *Motion to Dismiss (Doc. 279) filed by Attorney Von G. Memory* Filed by William Robert Murray on behalf of William R. Murray (RE: related document(s)279 Motion to Dismiss Case filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford). (Murray, William) (Entered: 08/17/2006) |
| 08/22/2006 | 🌑294 | Motion *to be Heard at Status Hearing with Suggestions Concerning Issues and Procedures to be followed* Filed by William Robert Murray on behalf of William R. Murray (RE: related document(s)269 Order on Motion To Set Hearing,, 281 Order on Motion To Set Hearing,, ). (Murray, William) (Entered: 08/22/2006) |
| 08/23/2006 | 🌑295 | Response to Status Hearing schedule for 9/12/2006 @1:30 p.m., Courtroom 4D Filed by Kenneth Williford (RE: related document(s)281 Order on Motion To Set Hearing,, ). (YP, ) (Entered: 08/23/2006) |
| 08/25/2006 | 🌑296 | Response Motion to Amend Memorandum Filed by Kenneth Williford. (CO, ) Modified text to correct file date on 8/28/2006 (CO, ). **Re: 285 Motion by Special Counsel Murray for Correction of This Court's "ORDER FOR STATUS HEARING" (DOC. 281), Re: 286 Motion to Withdraw as Attorney Filed by Von G. Memory on behalf of Von G. Memory, James L. Day, Memory & Day. Re: 279 Motion to Dismiss Case Filed by Von G. Memory on behalf of Charlotte Teresa Williford, Kenneth Williford. Re: 281 Order for Status Hearing,Status hearing to be held on 9/12/2006 at 01:30 PM at Courtroom 4D, Judge Sawyer Presiding, U.S. Bankruptcy Court, Montgomery, AL. (CO, ) Re: 292, Motion For Transport Filed by** |

**Kenneth Williford (RE: related document(s)291 Response filed by Joint Debtor Kenneth Williford) Modified text on 8/29/2006 to add relatede documents (CO, ). (Entered: 08/28/2006)**

| | | |
|---|---|---|
| 09/05/2006 | ○297 | Order On Status Conference Entered On 9/5/2006 (RE: related document(s)295 Response filed by Joint Debtor Kenneth Williford, 280 Motion, 279 Motion to Dismiss Case 278 Motion to Vacate, 292 Motion, 293 Objection, 296. **Status hearing to be held on 9/12/2006 at 01:30 PM at Courtroom 4D, Judge Sawyer Presiding, U.S. Bankruptcy Court, Montgomery, AL. Related document #292 Motion requesting transportation to Court is DENIED. Kenneth Williford may be heard by telephone. He shall telephone Courtroom Deputy William Livingston at 334-954-3846 and provide him with a telephone number at which he may be reached. Mr. Livingston is directed to contact the authorities at the State Prison in Bessemer and attempt to facilitate this process.** (DS, ) (Entered: 09/05/2006) |
| 09/05/2006 | ○298 | Submission of Documents: Attorney's Complaint and Report To Courts with exhibits. Filed by William R. Murray. (DS, ) (Entered: 09/05/2006) |
| 09/06/2006 | ○299 | Motion *Special Counsel Murray's Motion to Correct Docket Entry for Doc. 298 to Show that it was Not Filed by Attorney Murray* Filed by William Robert Murray on behalf of William R. Murray (RE: related document(s)298 Submission of Documents filed by Interested Party William R. Murray, Spec. Counsel William R. Murray). (Murray, William) (Entered: 09/06/2006) |
| 09/07/2006 | ○300 | BNC Certificate of Service - See Image Attached - (RE: related document(s)297 Order on Motion To Set Hearing, , , ). No. of Notices: 3. Service Date 09/07/2006. (Admin.) (Entered: 09/08/2006) |
| 09/11/2006 | ○301 | Response to *Motions and Documents, ECF#s 278, 280, 285, 287, 288, 291, 293, 294, and 296* Filed by Von G. Memory on behalf of Memory & Day (RE: related document(s)280 Motion, filed by Interested Party William R. Murray, Spec. Counsel William R. Murray, 291 Response filed by Joint Debtor Kenneth Williford, 294 Motion, filed by Interested Party William R. Murray, Spec. Counsel William R. Murray, 285 Motion, filed by Interested Party William R. Murray, Spec. Counsel William R. Murray, 288 Response, filed by Joint Debtor Kenneth Williford, 278 Motion to Vacate, filed by Joint Debtor Kenneth Williford, 293 Objection, filed by Interested Party William R. Murray, Spec. Counsel William R. Murray, 287 Response, filed by Joint Debtor Kenneth Williford, 296 Response,,, filed by Joint Debtor Kenneth Williford). (Memory, Von) (Entered: 09/11/2006) |
| 09/19/2006 | | Matter Under Advisement Re: (RE: related document(s) Set Matter |

Under Advisement Deadline). Matter Under Advisement Due by 11/13/2006. (Sawyer, William) (Entered: 09/19/2006)

| 09/20/2006 | 302 | ORDER Entered On 9/20/2006 (RE: related document(s)292 Motion filed by Joint Debtor Kenneth Williford, 293 Objection, filed by Interested Party William R. Murray, Spec. Counsel William R. Murray, 295 Response filed by Joint Debtor Kenneth Williford, 280 Motion, filed by Interested Party William R. Murray, Spec. Counsel William R. Murray, 296 Response,,, filed by Joint Debtor Kenneth Williford, 279 Motion to Dismiss Case filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford, 278 Motion to Vacate, filed by Joint Debtor Kenneth Williford). (CO, ) **It is ORDERED, that Kenneth Williford may file a memorandum not later than October 12, 2006. Charlotte Williford may file a response not later than November 13, 2006. The Court will take all pending motions and filings under advisement on November 13, 2006. Modified text to docket text in order on 9/20/2006 (CO, ). (Entered: 09/20/2006)** |
|---|---|---|
| 09/22/2006 | 303 | BNC Certificate of Service - See Image Attached - (RE: related document(s)302 Order, , , ). No. of Notices: 2. Service Date 09/22/2006. (Admin.) (Entered: 09/23/2006) |
| 10/10/2006 | 304 | Reply Response to, Response by Memory & Day to Certain Documents filed by Debtor, Kenneth Williford, and William Murray and Accusation Contain Therein. (CO, ) Modified text to correct file date on 10/17/2006 (CO, ). Additional attachment(s) added on 10/17/2006 (CO, ). (Entered: 10/17/2006) |
| 10/17/2006 |  | NOTED SUBMISSION ERROR - INCORRECT DOCKET EVENT USED - REPLACED WITH DE #307 - Kenneth Williford's MEMORANDUM and Motion to Show the Honorable Judge Sawyer, Jurisdiction and Authority too Make Property Division in this Case - filed by Kennth Williford. Entered On 10/17/2006. (CO, ) Modified on 10/17/2006 (YP, ). (Entered: 10/17/2006) |
| 10/17/2006 | 306 | Submission of Documents: Divorce Decree, Settlement - Filed by William Robert Murray on behalf of Kenneth Williford. (CO, ) (Entered: 10/17/2006) |
| 10/17/2006 | 307 | Submission of Documents: Kenneth Williford's MEMORANDUM and Motion to Show the Honorable Judge Sawyer, Jurisdiction and Authority too Make Property Division in this Case. Filed by Kenneth Williford. (YP, ) (Entered: 10/17/2006) |
| 10/17/2006 | 308 | Administrative Error (Non-Image Entry) (RE: related document(s)[305] Opinion, ). (RESUBMITTED IN DE #307)(YP, ) (Entered: 10/17/2006) |

| 10/19/2006 | 309 | BNC Certificate of Service - See Image Attached - (RE: related document(s)[305] Opinion, ). No. of Notices: 3. Service Date 10/19/2006. (Admin.) (CO, ). Modified to remove incorrect date on 10/31/2006 (CO, ). (Entered: 10/20/2006) |
| 10/24/2006 | 310 | Submission of Documents: Letter Documents Filed by Kenneth Williford (RE: related document(s)307 Submission of Documents filed by Joint Debtor Kenneth Williford). (CO, ) Modified to correct file date on 10/31/2006 (CO, ). (Entered: 10/31/2006) |
| 11/09/2006 | 311 | Submission of Documents: MEMORANDUM in reference to property settlement Filed by Charlotte Teresa Williford. (CO, ) (Entered: 11/09/2006) |
| 11/28/2006 | 312 | Submission of Documents: Letter/Response Filed by Kenneth Williford (RE: related document(s)311 MEMORANDUM in reference to property settlement Filed by Charlotte Teresa Williford. (CO, ) (Entered: 11/28/2006) |
| 11/28/2006 | 313 | Response to *or Rebuttal to Memory & Day's Doc. 301* Filed by William Robert Murray on behalf of William R. Murray (RE: related document(s)301 Response,,, filed by Other Prof. Memory & Day). (Attachments: # 1 Exhibit M&D's Doc. 301: Response to Motions and Documents) (Murray, William) (Entered: 11/28/2006) |
| 12/06/2006 | | Motion terminated. (RE: related document(s)292 - Motion For Transport Filed by Kenneth Williford (RE: related document(s) 291 Motion - Response to Motion to Dismiss). 292 - Motion for Transportation to Court is DENIED. (CO, ) Modified text to add related docket number on 12/6/2006 (CO, ). (Entered: 12/06/2006) |
| 12/08/2006 | 314 | Order on Entered On 12/8/2006 (RE: related document(s)292 Motion filed by Joint Debtor Kenneth Williford, 280 Motion, filed by Interested Party William R. Murray, Spec. Counsel William R. Murray, 294 Motion, filed by Interested Party William R. Murray, Spec. Counsel William R. Murray, 285 Motion, filed by Interested Party William R. Murray, Spec. Counsel William R. Murray, 299 Motion, filed by Interested Party William R. Murray, Spec. Counsel William R. Murray, 279 Motion to Dismiss Case filed by Debtor Charlotte Teresa Williford, Joint Debtor Kenneth Williford, 278 Motion to Vacate, filed by Joint Debtor Kenneth Williford). (Sawyer, William) (Entered: 12/08/2006) |
| 12/08/2006 | 315 | MEMORANDUM DECISION/OPINION - Authored by Judge William Sawyer. Entered On 12/8/2006 (RE: related document(s)314 Order,, ). (Sawyer, William) (Entered: 12/08/2006) |

| 12/08/2006 | | Matter Under Advisement Complete (RE: related document(s) Set Matter Under Advisement Deadline). (Sawyer, William) (Entered: 12/08/2006) |
| 12/11/2006 | 316 | Certificate of Service Filed by Douglas F. Young (RE: related document(s)314 Order, 315 Opinion). (Young, Douglas) (Entered: 12/11/2006) |
| 12/20/2006 | 317 | Submission of Documents: Letter/Motion for Reconsideration, and a Rehearing, and A Motion for a Evidentiary Hearing Filed by Kenneth Williford (RE: related document(s)315 - MEMORANDUM DECISION/OPINION). (CO, ) Modified text to correct filed date on 12/22/2006 (CO, ). (Entered: 12/22/2006) |
| 12/22/2006 | 318 | Notice of Telephone Hearing Set (RE: related document(s)317 Kenneth Williford Motion for Reconsideration and Rehearing). Hearing scheduled for 1/23/2007 at 02:30 PM at Telephone Hearing. (JPC, ) (Entered: 12/22/2006) |
| 12/22/2006 | 319 | Quarterly Fee Statement (Receipt # 6002468/$750.00) Filed by Charlotte Teresa Williford. (CO, ) (Entered: 12/22/2006) |
| 12/22/2006 | 320 | Quarterly Fee Statement (Receipt #6002476/$750.00) Filed by Charlotte Teresa Williford. (CO, ) (Entered: 12/22/2006) |
| 12/22/2006 | 321 | Receipt of CH 11 Quarterly Fee - $750.00 by DW. Receipt Number 06002468. (admin) (Entered: 12/23/2006) |
| 12/22/2006 | 322 | Receipt of CH 11 Quarterly Fee - $750.00 by DW. Receipt Number 06002476. (admin) (Entered: 12/23/2006) |
| 12/24/2006 | 323 | BNC Certificate of Service - Hearing - (RE: related document(s)318 Telephone Hearing). No. of Notices: 4. Service Date 12/24/2006. (Admin.) (Entered: 12/24/2006) |
| 12/29/2006 | 324 | Motion for Final Decree Filed by Bankruptcy Administrator. (Jacobs, Teresa) (Entered: 12/29/2006) |
| 01/05/2007 | 325 | Submission of Documents: Motion to have Kenneth Williford at the Telephone Hearing to be held on 1/23/07 at 2:30 P.M. Filed by Kenneth Williford (RE: related document(s)318 Telephone Hearing). (CO, ) (Entered: 01/05/2007) |
| 01/05/2007 | 326 | Notice of Telephone Hearing Set (RE: related document(s)324 Bankruptcy Administrator's Motion for Final Decree). Hearing |

| | | scheduled for 1/23/2007 at 02:30 PM at Telephone Hearing. (JPC, ) (Entered: 01/05/2007) |
|---|---|---|
| 01/07/2007 | ●327 | BNC Certificate of Service - Hearing - (RE: related document(s)326 Telephone Hearing). No. of Notices: 2. Service Date 01/07/2007. (Admin.) (Entered: 01/07/2007) |
| 01/09/2007 | ●328 | Response - Motion Not To Enter Final Decree Filed by Kenneth Williford (RE: related document(s)324 Final Decree filed by Bankruptcy Administrator). (JI, ) Modified text on 1/19/2007 (DS, ). (Entered: 01/11/2007) |
| 01/16/2007 | ●337 | Submission of Documents: Letter/Motion to Amend Motion for Reconsideration, and a Rehearing, and A Motion for a Evidentiary Hearing Filed by Kenneth Williford (RE: related document(s)317 Submission of Documents, filed by Joint Debtor Kenneth Williford). (YP, ) (Entered: 01/25/2007) |
| 01/18/2007 | ●329 | Notice of Appeal . Receipt Number Fee Due, Fee Amount $255. Filed by Kenneth Williford (RE: related document(s)314 Order,,, 315 Opinion). Appellant Designation due by 2/8/2007. Transmission of Designation Due by 2/19/2007. (Attachments: # 1 Exhibit Letter by Kenneth Williford) (MANUALLY MAILED CHARLOTTE T WILLIFORD A COPY OF THE NOTICE OF APPEAL)(YP, ) . Modified (appellant designation deadline from 1/29/07 to 2/8/07 and transmission of designation from 2/7/07 to 2/19/07 - additional 10 days because order denying motion for reconsideration entered on 1/25/07, de 335) on 1/25/2007 (YP, ). (Entered: 01/18/2007) |
| 01/18/2007 | ●330 | Notice *Of Deficiency and Deadline to File Designation of Record (rel doc 329 Notice of Appeal)* Filed by. (MANUALLY MAILED KENNETH WILLIFORD COPY OF THE NOTICE OF DEFICIENCY AND DEADLINE FOR DESIGNATION OF RECORD)(YP, ).. (Entered: 01/18/2007) |
| 01/18/2007 | ●331 | Notice of Service of Notice of Appeal. (RE: related document(s)329 Notice of Appeal, ). (Attachments: # 1 Instruction for Appellant) (MANUALLY MAILED KENNETH WILLIFORD COPY OF THE NOTICE OF SERVICE OF NOTICE OF APPEAL) (YP, ). (Entered: 01/18/2007) |
| 01/19/2007 | ●332 | Quarterly Fee Statement (Receipt #6002687 - $750.00) Filed by Charlotte Teresa Williford. (CO, ) (Entered: 01/19/2007) |
| 01/19/2007 | ●333 | Receipt of CH 11 Quarterly Fee - $750.00 by LO. Receipt Number 06002687. (admin) (Entered: 01/20/2007) |

| 01/23/2007 | 334 | Letter Of Response Filed by Charlotte Teresa Williford (RE: related document(s)317 Submission of Documents, Letter/Motion For Reconsideration And Rehearing And A Motion For Evidentiary Hearing filed by Joint Debtor Kenneth Williford). (JT, ) (Entered: 01/23/2007) |
| --- | --- | --- |
| 01/25/2007 | 335 | Order Denying Motion for Reconsideration Entered On 1/25/2007 (RE: related document(s)317 Submission of Documents, Letter/Motion for Reconsideration, and a Rehearing, and A Motion for a Evidentiary Hearing; 337 Submission of Documents: Letter/Motion to Amend Motion for Reconsideration, and a Rehearing, and A Motion for a Evidentiary Hearing filed by Joint Debtor Kenneth Williford). (CO, ) Modified to add related doc #337 on 1/25/2007 (YP, ). (Entered: 01/25/2007) |
| 01/25/2007 | 336 | Final Decree Entered On 1/25/2007. (CO, ) (Entered: 01/25/2007) |
| 01/25/2007 | | Case could not be closed because Case on Appeal - **(FINAL DECREE ENTERED ON 1/25/2007 RE: ORDER - DE # 336). Close Case Follow Up Review due on 2/26/2007. (CO, ) Modified text on 1/25/2007 (CO, ). (Entered: 01/25/2007)** |
| 01/27/2007 | 338 | BNC Certificate of Service - See Image Attached - (RE: related document(s)335 Order, ). No. of Notices: 2. Service Date 01/27/2007. (Admin.) (Entered: 01/27/2007) |
| 01/27/2007 | 339 | BNC Certificate of Service - See Image Attached - (RE: related document(s)336 Final Decree). No. of Notices: 2. Service Date 01/27/2007. (Admin.) (Entered: 01/27/2007) |