IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: KENNETH WILLIFORD  CASE NO: 03-81486-WRS
AND CHARLOTTE WILLIFORD  CHAPTER 11
DEBTORS  3:07CV105-WKW

## MOTION TO AMEND TO NOTICE OF APPEAL

COMES NOW THE APPELLANT KENNETH WILLIFORD, WHO FILES THIS TIMELY MOTION TO AMEND TO NOTICE OF APPEAL, AND STATES HIS VIEWS AS FOLLOWS:

KENNETH WILLIFORD WISHES TO AMEND THE ATTACHED TRANSCRIPT ORDER, AND REQUEST TO PROCEED IN FORMA PAUPERIS IN THIS CASE.

PETITIONER IS INDIGENT AND WITHOUT MEANS FOR FILING FEE'S AND SEEKS IN FORMA PAUPERS STATUS FOR THE PURPOSE OF APPELLATE REVIEW

DONE THIS DAY 26TH OF JANUARY, 2006

RESPECTFULLY SUBMITTED
_Kenneth Williford_
KENNETH WILLIFORD PRO-SE
AIS # 229597-B-38
100 WARRIOR LANE
BESSEMER, AL 35023-7299

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY THAT A COPY OF THIS MOTION HAS BEEN SERVED TO "RICHARD S. ODA, CLERK, U.S. BANKRUPTCY COURT P.O. BOX 1248 MONTGOMERY, ALA, 36102," BY PLACING SAME IN THE PRISON MAILBOX, FIRST CLASS POSTAGE PREPAID AND THUSLY ADDRESSED:

JANUARY, 26, 2007

RESPECTFULLY SUBMITTED
_Kenneth Williford_
KENNETH WILLIFORD

3:07CV105-WKW

| AO 435 (Rev. 1/90) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| Read Instructions on Back: | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME Kenneth Williford | 2. PHONE NUMBER | 3. DATE 1/26/07 |
|---|---|---|
| 4. MAILING ADDRESS 100 Warrior Lane #229597-B-38 | 5. CITY Bessemer | 6. STATE AL | 7. ZIP CODE 35023 |
| 8. CASE NUMBER 03-81486WRS | 9. JUDICIAL OFFICIAL W.R. Sawyer | DATES OF PROCEEDINGS 10. FROM Oct 7, 2003 | 11. TO Jan 23, 2007 |
| 12. CASE NAME Charlotte T. Williford and Kenneth Williford | LOCATION OF PROCEEDINGS 13. CITY Opelika | 14. STATE Alabama |

15. ORDER FOR
☑ APPEAL  ☐ CRIMINAL  ☐ CRIMINAL JUSTICE ACT  ☑ BANKRUPTCY
☐ NON-APPEAL  ☑ CIVIL  ☑ IN FORMA PAUPERIS  ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☑ OPINION OF COURT | 9-12-06 / 1-23-07 | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☑ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE Kenneth Williford
19. DATE 1/26/07

ESTIMATE TOTAL
PROCESSED BY
PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| DEPOSIT PAID | |
| TOTAL CHARGES | |
| LESS DEPOSIT | |
| TOTAL REFUNDED | |
| TOTAL DUE | |

(Previous editions of this form may still be used)
DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

AO 240 (REV. 10/03)

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

RECEIVED
2007 FEB -6 P 12:06

DEBRA P. HACK___
U.S. DISTRICT ___
MIDDLE DIST___

Plaintiff
__Kenneth Williford__

v.

__Charlotte Williford__

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: __3:07CV 105-WKW__

I, __Kenneth Williford__, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to part 2)
   If "Yes," state the place of your incarceration __Wiliam E. Donaldson__
   Are you employed at this institution? __Yes__   Do you receive any payment from the Institution? __No__
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your last employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __Feb 24, 2003, $2800 per month self employed at 3503 Marvyn Hoy Opelika, AL 36804__

3. In the past 12 twelve months have you received any money from any of the following sources?

   |   | Source | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☒ Yes | ☐ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

AO 240 Reverse (Rev. 10/03)

*money comes from my sister, nephew, son, daughters, and ex-wife some times I never know who or if at all, that, any money is coming. Some times I get anywhere from 50.00 to 200.00 dollars but I may not get it but once or ever three months*

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. *my son Matthew, 572.00 per month child support that I can not pay*

I declare under penalty of perjury that the above information is true and correct.

_____1/24/07_____          _____Kenneth Williams_____
        Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

3

IN FORMA PAUPERIS DECLARATION

# In the United States District Court
# For the Middle District of Alabama

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS**

_Kenneth H. Williford_
(Petitioner)

v.

_Charlotte Williford_
(Respondent(s))

I, _Kenneth Williford_, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ( )   No (X)

    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.  _Feb, 24, 2003, 2800⁰⁰ per month_

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or form of self-employment?   Yes ( )   No ( )
    b. Rent payments, interest or dividends?   Yes ( )   No ( )
    c. Pensions, annuities or life insurance payments?   Yes ( )   No ( )
    d. Gifts or inheritances?   Yes (X)   No ( )
    e. Any other sources?   Yes ( )   No ( )

    If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. _Some times I get any where from 50⁰⁰ to 100⁰⁰ from my sisters, nephew, son, daughters, except some times, nothing on a regular basis._

3. Do you own cash, or do you have money in a checking or savings account?

   Yes (X)   No ( )   (Include any funds in prison accounts.)

   If the answer is "Yes," state the total value of the items owned.
   ONE DOLLAR IN MY PRISON ACCOUNT

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ( )   No (X)

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   MATTHEW WILLIFORD MY SON, CHILD SUPPORT FOR $512°° PER MONTH. I DO NOT HAVE ANY MONEY TO PAY THIS WITH

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

   Executed on 1/24/07
                  (date)

   *Kenneth E. Williford*
   Signature of Petitioner

   ### CERTIFICATE

   I hereby certify that the petitioner herein has the sum of $ 1.01
   on account to his credit at the WM E Donaldson
   institution where he is confined.   I further certify that the petitioner likewise has the following securities to his credit according to the records of said _____ institution:

   COPY FOR COURT
   ATTACHED

   *Ebony Coleman, Account Clerk*
   Authorized Officer of Institution

   *Patricia H. Parsons*
   Notary

   My Commission Expires 5/31/2028

   -2-

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
W.E. DONALDSON CORR. FACILITY

AIS #: 229597       NAME: WILLIFORD, KENNETH HAROLD       AS OF: 01/25/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JAN | 6  | $403.59 | $0.00   |
| FEB | 28 | $194.69 | $200.00 |
| MAR | 31 | $241.87 | $600.00 |
| APR | 30 | $213.31 | $0.00   |
| MAY | 31 | $201.92 | $400.00 |
| JUN | 30 | $3.22   | $0.00   |
| JUL | 31 | $68.41  | $400.00 |
| AUG | 31 | $103.33 | $50.00  |
| SEP | 30 | $2.96   | $0.00   |
| OCT | 31 | $5.71   | $100.00 |
| NOV | 30 | $4.75   | $90.00  |
| DEC | 31 | $37.79  | $204.00 |
| JAN | 25 | $2.17   | $0.00   |

COURT COPY