IN THE UNITED STATES FEDERAL DISTRICT
COURT MIDDLE DISTRICT OF ALABAMA

IN RE: KENNETH WILLIFORD
AND CHARLOTTE WILLIFORD
DEBTORS

CASE NO: 03-81486 WRS
3:07CV105-WKW
CHAPTER 11

MOTION TO SUSPEND THE RULE, RULE 5.1(c) OF THE
FEDERAL RULES OF APPELLATE PROCEDURE

COMES NOW THE PETITIONER KENNETH WILLIFORD IN THE ABOVE STYLE CAUSE AND PURSUANT TO F.R.A.P. RULE 7, HUMBLY SEEKS AN ORDER TO SUSPEND THE F.R.A.P. 5.1(c), IN ORDER TO BE ALLOWED TO FILE ONLY ONE COPY AND IN SUPPORT AVERS THE FOLLOWING:

1). THE PETITIONER IS PROCEEDING IN FORMA PAUPERIS IN THIS MATTER, AND IS UNABLE TO AFFORD THE APPROPRIATE NUMBER OF COPIES REQUIRED BY THE RULE TO BE FILED IN THIS CASE.

2). THE PETITIONER SEEKS ONLY TO FILE ONE COPY TO THE COURT AND COPIES DEFERRED ON TO THE INTERESTED PARTIES AS OTHERWISE REQUIRED.

3). THE PETITIONER SEEK TO HAVE ANY SAID COPY RETURNED BACK TO PETITIONER STAMPED FILED BY THE COURTS.

PETITIONER IS AN INDIGENT INMATE ACTING PRO-SE IN THIS PROCEEDING AND IS UNABLE TO AFFORD THE COPIES. WHEREFORE, THE PREMISES CONSIDERED, PETITIONER PRAYS THE COURT WILL GRANT THIS REQUEST.

RESPECTFULLY SUBMITTED
_Kenneth Williford_
KENNETH WILLIFORD
AIS#229597-B-38
PRO-SE

100 WARRIOR LANE
BESSEMER, AL 35023
DONE THIS JANUARY, 26TH, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE ABOVE "MOTION TO SUSPEND THE RULE, RULE 5.1(c) OF THE F.R.A.P." TO "RICHARD S. ODA, CLERK, U.S. BANKRUPTCY COURT P.O. BOX 1248 MONTGOMERY, AL, 36102" BY PLACING THE SAME IN PRISON MAIL BOX, FIRST CLASS POSTAGE PREPAID AND THUSLY ADDRESSED, ON JANUARY, 26th, 2007.

RESPECTFULLY SUBMITTED
*Kenneth Williford*
KENNETH WILLIFORD
PRO-SE