# IN THE UNITED STATES FEDERAL DISTRICT COURT MIDDLE DISTRICT OF ALABAMA

IN RE: KENNETH WILLIFORD
AND CHARLOTTE WILLIFORD
DEBTORS

CASE NO: 03-81486-WRS

CHAPTER 11

3:07CV105-WKW

RECEIVED 2007 FEB -6 P 12:06
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## FEDERAL COURT OF CIVIL APPEALS DOCKETING STATEMENT

COMES NOW KENNETH WILLIFORD, TO SHOW NATURE OF THE CASE AND ISSUES ON APPEAL, AND THEREBY STATES HIS VIEW AS FOLLOWS:

(1) ON 9/22/03 KENNETH AND CHARLOTTE WILLIFORD ENTER INTO A DIVORCE PROCEEDING.

(2) ON 10/3/03 KENNETH AND CHARLOTTE WILLIFORD ENTERED INTO A JOINT BANKRUPTCY PROCEEDING.

(3) ON 10/31/03 DIVORCE COURT ENTERED FINAL JUDGMENT DECREE OF DIVORCE AND DIVISION OF BUSINESS AND MARITAL PROPERTY, IN VIOLATION OF THE AUTOMATIC STAY INVOKED IN THE BANKRUPTCY PROCEEDINGS.

(4) ON 11/18/03 KENNETH WILLIFORD (KW) "MOTION'S TO INTERVENE" WITH THE CIRCUIT COURT AND TO LET THE COURTS KNOW THAT THEIR JUDGEMENT OF DECREE WAS IN ERROR.

(5) ON 2/15/06 REQUEST WAS SENT TO JUDGE SAWYER TO MAKE PROPERTY DIVISION, NO REPLY WAS SENT BACK.

(6) ON 2/25/06 (KW) MOTIONS THE BANKRUPTCY COURT TO DIVIDE PROPERTY AND TO BE ABLE TO SHOW FRAUD COMMITTED AGAINST THE COURTS BY CHARLOTTE WILLIFORD, LAWERS MEMORY & DAY, BROWN AND BRADY.

ISSUES ON APPEAL {
(7) BANKRUPTCY COURT ABUSED ITS DISCRETION BY NOT VOIDING THE JUDGEMENT ENTERED INTO BY THE DIVORCE COURT THAT WAS IN VIOLATION OF THE AUTOMATIC STAY. BANKRUPTCY COURT ENTERED A RETROACTIVE ORDER TO ALLOW THE DIVORCE DECREE TO BE FINAL.
}

(1)

ISSUES(8) INSTEAD OF MAKING THE PROPERTY DIVISION.
ON  BANKRUPTCY COURT ALSO ABUSED ITS DISCRETION BY OVER LOOKING
APPEAL  A VALID CLAIM OF FRAUD COMMITTED BY CHARLOTTE WILLIFORD,
MEMORY & DAY, BROWN AND BRADY.

DONE THIS DAY THE 26TH OF JANUARY, 2007

RESPECTFULLY SUBMITTED
_Kenneth Williford_
KENNETH WILLIFORD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE ABOVE DOCKETING STATEMENT TO "RICHARD S. ODA, CLERK, U.S. BANKRUPTCY COURT P.O. BOX 1248 MONTGOMERY, AL, 36102" BY PLACING SAME IN THE PRISON MAILBOX, FIRST CLASS POSTAGE PREPAID AND THUSLY ADDRESSED, ON JANUARY, 26TH, 2007.

RESPECTFULLY SUBMITTED
_Kenneth Williford_
KENNETH WILLIFORD, PRO-SE