IN THE UNITED STATES FEDERAL DISTRICT
COURT MIDDLE DISTRICT OF ALABAMA

IN RE: KENNETH WILLIFORD       CASE NO: 03-81486-WRS
AND CHARLOTTE WILLIFORD        CHAPTER 11
DEBTORS

AMENDMENT TO FEDERAL COURT OF CIVIL
APPEALS DOCKETING STATEMENT

COMES NOW KENNETH WILLIFORD (KW), TO SHOW THE NATURE OF THIS DOCKETMENT TO BE AMENDED, AND HEREBY STATES THIS VIEWS AS FOLLOWS:

IT HAS JUST COME TO THE ATTENTION OF (KW) THAT THE DOCKETING STATEMENT THAT I SENT INTO THIS HON. COURT MIGHT NOT HAVE BEEN COMPLETED IN THE MANNER THAT THIS HON. COURT WOULD HAVE WANTED, BACK ON 1/26/07. SO I REQUEST TO THIS HON. COURT TO PLEASE LET (KW) AMEND THIS DOCKETING STATEMENT TO THE FIRST DOCKETING STATEMENT SENT IN ON 1/26/07.

(KW) ASK THIS HON. COURT TO SUPPLY ALONG WITH THE TRANSCRIPT RECORD, DOCKET TEXTS, "1, 2, 3, 4, 5, 6, 7, 8, 10, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 28, 29, 30, 31, 32, 35, 36, 43, 45, 46, 47, 48, 49, 50, 52, 54, 57, 58, 61, 62, 68, 69, 70, 71, 72, 74, 76, 77, 80, 82, 83, 85, 89, 90, 91, 94, 100, 101, 102, 107, 109, 111, 112, 113, 117, 120, 123, 126, 127, 129, 133, 134, 142, 144, 146, 147, 148, 152, 166, 173, 178, 179, 182, 191, 192, 193, 194, 195, 196, 206, 207, 211, 215, 219, 228, 230, 235, 240, 244, 246, 247, 255, 257, 259, 260, 261, 278, 279, 280, 281, 286, 287, 288, 291, 295, 296, 297, 301, 303, 304, 305, 306, 307, 308, 310, 311, 312, 313, 314, 315, 317, 324, 328, 330, 331, 332, AND ORDER DENYING MOTION FOR RECONSIDERATION AND ORDER OF FINAL DECREE, WHICH I DO NOT HAVE A DOCKET NUMBER FOR. (KW) ALSO REQUEST A TRANSCRIPT RECORD OF ALL COURT ROOM AND TELEPHONE HEARINGS DEALING THIS BANKRUPTCY CASE NO: 03-81486-WRS.

DONE THIS 2ND DAY OF FEBRUARY, 2007

RESPECTFULLY SUBMITTED
Kenneth Williford
KENNETH WILLIFORD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE ABOVE "AMENDMENT TO DOCKETING STATEMENT" IS SERVED TO "RICHARD S. ODA, CLERK, U.S. BANKRUPTCY COURT, P.O. BOX 1248 MONTGOMERY, AL, 36102" BY PLACING SAME IN THE PRISON MAILBOX, FIRST CLASS POSTAGE PREPAID AND THUSLY ADDRESSED ON FEBRUARY, 2ND, 2007.

RESPECTFULLY SUBMITTED
KENNETH WILLIFORD
KENNETH WILLIFORD/PRO-SE

-Kenneth Williford
AIS #229597-0-01-11A
100 Warrior Lane
Bessemer, AL 35023

BIRMINGHAM AL 352
05 FEB 2007 PM 2 T

To: Richard S. Oda (Clerk)
U.S. Bankruptcy Court
P.O. Box 1248
Montgomery, AL 36102

36102+1248