IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENNETH WILLIFORD, | ) |
|     Appellant, | ) |
| | ) CASE NO. 3:07-cv-105-WKW |
| v. | ) [wo] |
| BANKRUPTCY ADMINISTRATOR, | ) |
|     Appellee. | ) |

**ORDER**

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Susan Russ Walker for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

Done this 8th day of February, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE