IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENNETH WILLIFORD, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07CV105-WKW |
| ) | (WO) |
| CHARLOTTE WILLIFORD, ) | |
| ) | |
| Appellee. ) | |

**ORDER ON MOTION**

Upon consideration of appellant's motion to amend notice of appeal (Doc. # 2), it is

ORDERED that the motion is GRANTED, to the extent that it seeks to amend the appeal to include appellant's transcript request and motion for leave to appeal *in forma pauperis*.[1]

DONE, this 13th day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] The motion to proceed *in forma pauperis* will be granted as set forth in a separate order entered on this date.