IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH WILLIFORD, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07CV105-WKW |
| | ) | (WO) |
| CHARLOTTE WILLIFORD, | ) | |
| | ) | |
| Appellee. | ) | |

**ORDER ON MOTION**

This action is presently before the court on appellant's motion to suspend the rule (Doc. # 3). Plaintiff seeks an order suspending F.R.A.P. 5.1(c), which specifies the number of copies that must be filed in a permissive appeal to the court of appeals from a decision of the district court. The present matter is governed by the bankruptcy rules pertaining to appeals to the district court, not by the Federal Rules of Appellate Procedure. Accordingly, it is

ORDERED that the motion is DENIED.

It is further ORDERED that appellant's motion for leave to amend his "Federal Court of Civil Appeals Docketing Statement" (Doc. # 5), which the court construes in part as a motion for leave to amend the record to include the designation of the record on appeal, is GRANTED to the extent that the court will treat the motion (Doc. # 5) as the designation of the record on appeal required by Bankruptcy Rule 8006. To the extent the motion seeks an order directing the preparation of a transcript for all courtroom and telephone hearings conducted during the entire bankruptcy proceeding, the motion is DENIED. If the court later

determines that a transcript of a particular hearing is necessary to resolve the issues on appeal, the court will at that time order the preparation of a transcript.

DONE, this 13th day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE