IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENNETH WILLIFORD, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07CV105-WKW |
| ) | (WO) |
| CHARLOTTE WILLIFORD, ) | |
| ) | |
| Appellee. ) | |

**ORDER**

For good cause, it is

ORDERED that the present appeal is STAYED pending a ruling by the Bankruptcy Judge on appellant's pending motion for leave to appeal *in forma pauperis*. See 28 U.S.C. § 1915(a)(3); In re Nick Charles Arnold, 166 Fed. Appx. 424, 2006 WL 197333(11th Cir. Jan. 26, 2006)(unpublished opinion).  The Clerk is DIRECTED to provide a copy of this order, the motion for leave to appeal *in forma pauperis*, and the declaration in support of the motion to the Clerk of the bankruptcy court for docketing in the underlying bankruptcy case (Case No. 03-81486-WRS).[1]  Upon resolution of the motion, the Clerk of the bankruptcy court is DIRECTED to forward a copy of the Bankruptcy Judge's order to this court.

DONE, this 21st day of February, 2007.

---

[1] The motion was submitted to the bankruptcy court (see Transmittal of Appeal), but was not docketed in the bankruptcy action (see Bankruptcy docket sheet, Atch 6 to Transmittal of Appeal).

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE