IN THE UNITED STATES FEDERAL DISTRICT
COURT MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KENNETH WILLIFORD
    APPELLANT

V.

CHARLOTTE WILLIFORD
    APPELLEE

CASE ACTION NO. 3:07 CV 105-WKW
(WO)

## MOTION TO AMEND TO FEDERAL COURT OF CIVIL APPEALS DOCKETING STATEMENT

COMES NOW KENNETH WILLIFORD'S "MOTION TO AMEND TO FEDERAL COURT OF CIVIL APPEALS DOCKETING STATEMENT" AND ADD TO ISSUES ON APPEAL, AND HEREBY STATES HIS VIEWS AS FOLLOWS:

KENNETH WILLIFORD REQUEST TO AMEND TO THE ISSUES ON APPEAL, THAT, IN THE LOWER COURTS WILLIFORD'S ALLEGATION AND ISSUES WERE NOT REFUTED, NOR DID CHARLOTTE WILLIFORD REFUTE ANY OF THE ALLEGATIONS AND ISSUES, AND NOR DID ATTORNEY'S VON MEMORY, OR JAMES DAY REFUTE ANY OF KENNETH WILLIFORD'S ALLEGATIONS AND ISSUES PRESENTED BEFORE THE LOWER COURTS. DUE TO THE ADJUDICATION OF THE MERITS OF THE ALLEGATIONS AND ISSUES SET BEFORE THE LOWER COURTS.

RESPECTFULLY SUBMITTED

KENNETH WILLIFORD
PRO-SE

DONE THIS DAY 21ST OF FEBRUARY, 2007

## CERTIFICATE OF SERVICE

I, KENNETH WILLIFORD, HEREBY CERTIFY THAT I HAVE SERVED A TRUE AND CORRECT COPY OF SAID "MOTION TO AMEND" TO THE PARTIES BELOW, BY PLACING SAME IN THE U.S. MAIL AT DONALDSON CORRECTIONAL FACILITY, POSTAGE PREPAID AND PROPERLY ADDRESSED THIS THE 21st DAY OF FEBRUARY 2007.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
P.O. BOX 711
MONTGOMERY, ALA. 36101-0711

CHARLOTTE WILLIFORD
OAK-HAVEN H.H.R. OFFICE
3503 MARILYN RWY
OPELIKA, AL, 36804

VON MEMORY & JAMES DAY
MEMORY & DAY
ATTORNEYS AT LAW
469 S. McDONOUGH STREET (36104)
P.O. BOX 4054 (36103-4054)
MONTGOMERY, AL

RESPECTFULLY SUBMITTED
_Kenneth Williford_
KENNETH WILLIFORD-PROSE
100 WARRIOR LANE
BESSEMER, AL 35023
AIS# 229599-0-01-H4

KENNETH WILLIFORD
AIS #221 9599-0-01-11A
100 WARRIOR LANE
BESSEMER, AL 35023

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICES OF THE CLERK
P.O. BOX 711
MONTGOMERY, AL 36101-0711