**IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **KENNETH WILLIFORD,**<br><br>    Appellant,<br><br>v.<br><br>**CHARLOTTE WILLIFORD,**<br><br>    Appellee. | **CASE NO. 07-CV-00105-WKW-SRW** |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

COMES NOW, the law firm of Memory & Day, and files this Notice of Appearance as attorneys of record for **MEMORY & DAY**, and hereby requests that, without limitation, all notices given or required to be given in this case and any cases consolidated herewith, and all other documents served or required to be served in this case and any cases consolidated herewith, be given to and served upon the following:

> Von G. Memory
> James L. Day
> Memory & Day
> P.O. Box 4054
> Montgomery, AL 36103

This request encompasses, but is not limited to, all notices, copies, documents, pleadings, notices of any orders, motions, demands, complaints, petitions, papers, requests, applications, or any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise which affect or seek to affect the above case.

Respectfully submitted on March 20, 2007.

                    Memory & Day

            By: /S/James L. Day
               James L. Day
               ASB-1256-A55J

               Von G. Memory
               ASB-8137-071V

Memory & Day
Post Office Box 4054
Montgomery, AL 36103-4054
Tel (334) 834-8000
Fax (334) 834-8001

## CERTIFICATE OF SERVICE

  I hereby certify that I have this date served a copy of the foregoing document on the following, by:

  ☒ placing same in the United States Mail, postage prepaid, and properly addressed

  ☐ facsimile

  ☐ hand delivery

  ☐ delivered in open court

on March 20, 2007.

Kenneth Williford
AIS 229597
William E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL 35023

Charlotte Williford
816 Crawford Road
Opelika, AL 36801

                    /S/ James L. Day
                    James L. Day