IN THE COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENNETH WILLIFORD APPELLANT | * |
| v. | * CIVIL ACTION NO. 3:07 CV105-WKW |
| CHARLOTTE WILLIFORD APPELLEE | * (WO) |
| | * |

*Received 2007 MAR 20 A 9:46, U.S. District Court, Middle District ALA*

## OBJECTION TO THE STAY DUE TO THE IN FORMA PAUPERIS AND MOTIONS THIS HON. COURT TO PROCEED WITH THE CASE

COMES NOW APPELLANT KENNETH WILLIFORD (KW), WHICH OBJECTS TO THE STAY, THAT, WAS ISSUED ON FEBRUARY, 21ST, 2007, IN DOC #: 9-1 AND MOTIONS THIS HON. COURT TO PROCEED WITH THIS CASE, AND HEREBY STATES HIS VIEWS AS FOLLOWS:

ACCORDING TO THIS ORDER IN DOC #: 9-1, THE BANKRUPTCY COURT HAS HAD ADEQUATE TIME, TO PRODUCE TO THIS HON. COURT THE INFORMATION IT HAS ASK FOR, ON THE IN FORMA PAUPERIS ISSUE.

FURTHERMORE, IT WAS STATED IN DOC #: 7-1, ON FEBRUARY, 13TH, 2007, THAT, THE MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS WAS GRANTED AND ENTERED ON THE ABOVE DATE. SEE NOTE 1, ON DOC #: 7-1. SO (KW) FEELS THAT THESE PROCEEDINGS SHOULD PROCEED IN A TIMELY FASHION.

DONE, THIS 17TH DAY OF FEBRUARY, 2007

RESPECTFULLY SUBMITTED
*Kenneth Williford*
KENNETH WILLIFORD

## CERTIFICATE OF SERVICE

I, KENNETH WILLIFORD, HEREBY CERTIFY THAT, I HAVE SERVED A TRUE AND CORRECT COPY OF SAID "OBJECTION TO THE STAY DUE TO THE IN FORMA PAUPERIS AND MOTION THIS HON. COURT TO PROCEED WITH THE CASE" TO THE PARTY BELOW, BY PLACING SAME IN THE U.S. MAIL AT DONALDSON CORRECTIONAL FACILITY, POSTAGE PREPAID AND PROPERLY ADDRESSED THIS THE 17TH DAY OF FEBRUARY, 2007.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
P.O. BOX 711
MONTGOMERY, AL, 36101-0711

RESPECTFULLY SUBMITTED
_Kenneth Williford_
KENNETH WILLIFORD
100 WARRIOR LANE
BESSEMER, AL, 35023
AIS# 229597-0-11A

BIRMINGHAM AL 352

19 MAR 2007 PM 6 L

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
P.O. BOX 711
MONTGOMERY, AL 36101-0711

36101+0711

KENYA WOODRUFF
AIS #229597-0-11A
100 WARRIOR LANE
BESSEMER, AL 35023