IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENNETH WILLIFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:07-cv-00105-WKW |
| | ) [wo] |
| CHARLOTTE WILLIFORD, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the court on Mr. Williford's Objection (Doc. # 12) to the Magistrate Judge's order staying the present appeal (Doc. # 9). Under the guidance of Federal Rule of Civil Procedure 72(a), and after an independent review of the objection and the order, the court finds that the Magistrate Judge's order is neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, it is ORDERED that the plaintiff's objection (Doc. # 12) is OVERRULED. It is further ORDERED that this case is hereby REFERRED back to the Magistrate Judge for all appropriate proceedings.

DONE this 22nd day of March, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE