UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                    Case No. 03-81486-WRS
                                                                                                              Chapter 11

CHARLOTTE TERESA WILLIFORD
KENNETH WILLIFORD,

      Debtors                                                   USDC 3:07cv105-WKW

## ORDER

    This bankruptcy case is before the undersigned upon the Application to Proceed Without Prepayment of Fees filed by Kenneth Williford.  (Doc. 341).  Kenneth Williford is a prisoner and this application is governed by the provisions of 28 U.S.C. § 1915.  Subject to the provisions of § 1915, calling for the deferred payment of filing fees, the motion is GRANTED.

    Done this 23rd day of March, 2007.

                                                                       /s/ William R. Sawyer
                                                                       United States Bankruptcy Judge

c: Charlotte Teresa Williford, Debtor
   Kenneth Williford, Debtor, *229597 - B - 38, 100 Warrior Lane, Bessemer, AL 35023*