## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re | Case No. 03-81486 |
| | Chapter 11 |
| CHARLOTTE WILLIFORD | |
| KENNETH WILLIFORD, | |
| Debtors. | |
| | |
| KENNETH WILLIFORD, | Civil Action No 3:07CV105-WKW |
| | (WO) |
| Appellant, | |
| v. | |
| CHARLOTTE WILLIFORD, | |
| Appellee. | |

### ORDER ON MOTION

Appellant Kenneth Williford, a state inmate, filed a declaration in support of a request for leave to proceed *in forma pauperis* before this Court. (Doc. 341, Part 2). In accordance with the provisions of 28 U.S.C. § 1915(b)(1), a prisoner who seeks to proceed *in forma pauperis* in a civil action or on appeal is required to pay the full amount of the requisite filing fee. However, where an inmate lacks the funds necessary to pay the entire filing fee upon initiation of the civil action or appeal and has money available to him, the Court shall assess and collect an initial partial filing fee.

An account clerk filed a certificate which indicates the balance in Appellant's prison account at the time the notice of appeal was filed and provides the Court with information necessary to determine the average monthly balance of Appellant's prison account and the average monthly deposits to such account for the six month period preceding the filing of this

notice of appeal. A review of this information reveals that Appellant lacks the funds necessary to pay the $255.00 filing fee. The documents further establish that for the six month period immediately preceding the filing of the notice of appeal the average monthly deposits to Appellant's prison account were $74.00. Such amount was greater than the average monthly balance in Appellant's account ($26.12). Thus, in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A), Appellant is required to pay an initial partial filing fee of $14.80 (20 percent of the average monthly deposits to Appellant's account).

    Accordingly, it is

    ORDERED that on or before **April 10, 2007**, Appellant shall forward to the Clerk of this Court the sum of $14.80 as an initial partial filing fee. **Appellant is hereby advised that it is his responsibility to submit the appropriate paperwork to the prison account clerk for transmission of his funds to this Court for payment of the initial partial filing fee**. If the funds have been dispersed from Appellant's prison account and are not now available to him, Appellant must make arrangements for payment of the requisite filing fee.

    In accordance with the provisions of 28 U.S.C. § 1915(b)(2), it is hereby

    ORDERED that:

    1. Appellant shall make monthly payments of 20 percent of each preceding month's income and/or funds credited to his account as payments towards the $255.00 filing fee.

    2. Those persons having custody of Appellant shall forward the above described payments from Appellant's account to the Clerk of this Court each time the amount in Appellant's account exceeds $10.00 until the $255.00 filing fee is paid in full.

To aid Appellant and those persons having custody of Appellant in complying with the requirements of this order, the Clerk is DIRECTED to furnish a copy of this order to the account clerk at the W.E. Donaldson Correctional Facility.

It is further

ORDERED that except to the extent that payment is required under this order Appellant's motion for leave to proceed *in forma pauperis* (Doc. 341) is hereby GRANTED.

Appellant is cautioned that if he fails to pay the initial partial filing fee in compliance with this order the Magistrate Judge will recommend that his appeal be dismissed and such dismissal will not be reconsidered unless exceptional circumstances exist. **Appellant is advised that if he is unable to procure the initial partial filing fee within the time allowed by this Court he must inform the Court of such inability and request an extension of time within which to file the fee. Appellant is further advised that if this case is dismissed for failure to pay the initial partial filing fee or for any other reason he remains obligated to pay the $255.00 filing fee**. The filing fee will be collected from any funds which become available to Appellant and will be forwarded to this Court by those persons having custody of Appellant pursuant to the directives contained in this order.

Done this the 27th day of March, 2007.

/s/ William R. Sawyer
United States Bankruptcy Judge

C: Charlotte Williford
Kenneth Williford, 229597-B-38, 100 Warrior Lane, Bessemer, AL 35023
Ebony Coleman, Account Clerk, WE Donaldson Correctional Facility