IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENNETH WILLIFORD,              ) | |
|                                 ) | |
|    Appellant,    ) | |
|                                 ) | |
| v.                              ) | CIVIL ACTION NO. 3:07CV105-WKW |
|                                 ) | (WO) |
| CHARLOTTE WILLIFORD,            ) | |
|                                 ) | |
|    Appellee.     ) | |

**ORDER**

For good cause, it is

ORDERED that appellant is DIRECTED to file his brief, in the form required by Bankruptcy Rule 8010, on or before April 13, 2007. The appellee may file a responsive brief on or before April 30, 2007. Appellant may thereafter file a reply brief on or before May 15, 2007.

Done, this 29th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE