IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KENNETH WILLIFORD,                    )
                                      )
        Appellant,                    )
                                      )
    v.                                )        CIVIL ACTION NO. 3:07CV105-WKW
                                      )                    (WO)
CHARLOTTE WILLIFORD,                  )
                                      )
        Appellee.                     )

**ORDER**

For good cause, it is

ORDERED that the STAY of this appeal imposed by order entered on February 21, 2007 is hereby LIFTED.  Plaintiff is advised that he must comply with the deadlines imposed by the order of the bankruptcy court entered on March 27, 2007 (Doc. # 15 in this appeal) and the briefing schedule entered by this court on March 29, 2007 (Doc. # 16).

DONE, this 30th day of March, 2007.


                        /s/ Susan Russ Walker
                        SUSAN RUSS WALKER
                        UNITED STATES MAGISTRATE JUDGE