# IN THE UNITED STATES FEDERAL DISTRICT COURT MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| KENNETH WILLIFORD<br>APPELLANT<br><br>V.<br><br>CHARLOTTE WILLIFORD<br>APPELLEE | CIVIL ACTION NO. 3:07CV<br>105-WKW<br><br>(WO) |

## Motion For Extension Of Time

Comes now the Petitioner Kenneth Williford pro-se, who humbly seeks an additional 30 days to complete his brief, and thereby states his views as follows:

Due to the circumstance's dealing with the Administration function of this prison, that, are beyond the Petitioner's control, Administrative lockdown, not making announcement for law library call, this hindered the Petitioner from working on his brief.

Petitioner does have a valid law library pass and the schedule time stated on law pass is "Monday, Wednesday, Friday, from 7:30 P.M. to 10:30 P.M. (3 hours each day) if not interrupted by administrative lockdowns, or unprofessional officers that make you leave for no reason. Their authority can not be question by an inmate.

The Petitioner actual use of uninterrupted time in the law library should be only 36 hours for a month period of time. Furthermore, W. E. Donaldson has an inadequate law library, there are many missing books, books with missing pages which is making it difficult to research and prepare his brief.

Supplies are not daily stocked, but restocked every three weeks on a Thursday, the computer system they have

(1)

installed does not have the federal digest in its system, also the night schedule shift shuts down the computers at 9:00 P.M. leaving Petitioner and twenty other people only one and a half hour time of use. Petitioner need's adequate time to file this brief and is requesting 30 days from the expiration date of April, 13th, 2007, in which to file. Petitioner is making this request in a timely fashion due to the fore seen problems that poses an obstacle and the problems that are upon the Petitioner. As the files this request which are presently hindering the completion of the filing of this brief.

Wherefore Petitioner prays to be given an additional thirty (30) Days from the date of this already scheduled expiration date April, 13th, 2007.

Done this the 1 day April, 2007

Respectfully Submitted
Kenneth Williford
KENNETH WILLIFORD

(2)

## CERTIFICATE OF SERVICE

I, KENNETH WILLIFORD, CERTIFY THAT I HAVE SERVED A TRUE AND CORRECT COPY OF THE FOLLOWING "MOTION FOR EXTENSION OF TIME" UPON THE PARTIES BELOW, BY PLACING THE SAME IN THE U.S. MAIL BOX POSTAGE PREPAID AND CORRECTLY ADDRESSED.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL. 36101-0711


CHARLOTTE WILLIFORD
OAK-HAVEN OFFICE
3503 MARVYN PKWY
OPELIKA, AL. 36804

_____
KENNETH WILLIFORD

DONE THIS __1__ DAY, APRIL, 2007