IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENNETH WILLIFORD, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07CV105-WKW |
| ) | (WO) |
| CHARLOTTE WILLIFORD, ) | |
| ) | |
| Appellee. ) | |

**ORDER**

Upon consideration of appellant's motion for extension of time, it is

ORDERED that the motion is GRANTED. Appellant is DIRECTED to file his brief, in the form required by Bankruptcy Rule 8010, on or before May 11, 2007. The appellee may file a responsive brief on or before May 29, 2007. Appellant may thereafter file a reply brief on or before June 15, 2007.

Done, this 5th day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE