*Office of the Clerk*
*United States Bankruptcy Court*
*Middle District of Alabama*

*MEMORANDUM*

---

DATE:     April 10, 2007

TO:       Clerk of Court, U.S. District Court

FROM:     Janet Clark, Financial Administrator

SUBJECT:  Bankruptcy Case No. 03-81486, Williford
          Civil Action No. 3:07CV105-WKW

**NOTICE OF FILING FEE RECEIVED**

The Clerk's office received $14.95 from Kenneth Williford on April 10, 2007 (receipt #06003334), as the first installment of his appeal fee in the above referenced case.