United States Bankruptcy Court
Middle District of Alabama

IN RE
CHARLOTTE WILLIFORD
KENNETH WILLIFORD,
Debtors,

Case No. 03-81486
Chapter 11

KENNETH WILLIFORD,
Appellant,

Civil Action No. 3:07 CV105-WKW (WO)

v

CHARLOTTE WILLIFORD,
Appellee.

## Motion For Extension of Time

Come now, the appellant, Kenneth Williford, in the above styled cause and humbly seeks an additional 30 days, from April 10, 2007, Date of Order, to pay the initial partial filing fee of $14.80.

The appellant do not have the money on his account at the present time and need time to acquire it.

Respectfully Submitted
/s/ Kenneth Williford
Kenneth Williford

## Certificate of Service

I hereby Certify that the foregoing Motion for Extension of time is filed by placing the same in W.E. Donaldson Correctional Mailbox, this 2nd day of April, 2007, postage prepaid and correctly addressed to The United States Bankruptcy Clerk and Charlotte Williford thru Von G. Memory P.O. Box 4054, 469 S. McDonough St. Montgomery, AL. 36101

TIMOTHY WILLIFORD
AIS #228597-0-11A
100 WARRIOR LANE
BESSEMER, AL 35023

BIRMINGHAM AL
04 APR 2007 PM 1 L

OFFICE OF THE CLERK
UNITED STATES BANKRUPTCY COURT
ONE COURT SQUARE STE. 127
MONTGOMERY, AL 36104