IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENNETH WILLIFORD, )<br>)<br>Appellant, )<br>)<br>v. )<br>)<br>CHARLOTTE WILLIFORD, )<br>)<br>Appellee. ) | CIVIL ACTION NO. 3:07cv105-WKW |

## **ORDER**

Upon consideration of appellant, Kenneth Williford's, motion for extension of time (Doc. # 21), filed April 11, 2007, and for good cause, it is

ORDERED that the motion be and hereby is DENIED as moot, as appellant paid the initial partial filing fee on April 10 as directed.

DONE, this 13th day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE