AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA (EASTERN DIVISION)__

## APPEARANCE

Case Number: 3:07-cv-00105-WKW-SRW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
APPELLEE, CHARLOTTE WILLIFORD

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/22/2007 | *signature* |
| Date | Signature |
| | April W. McKay / ASB-5653-P76W |
| | Print Name / Bar Number |
| | P.O. Box 4128 |
| | Address |
| | Montgomery / AL / 36103 |
| | City / State / Zip Code |
| | (334) 215-8585 / (334) 215-7101 |
| | Phone Number / Fax Number |