AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

MIDDLE                          DISTRICT OF                ALABAMA (EASTERN DIVISION)

## APPEARANCE

Case Number:  3:07-cv-00105-WKW-SRW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

APPELLEE, CHARLOTTE WILLIFORD

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/22/2007 | *Harry R Gilliland Jr* |
| Date | Signature |
| | Floyd R. Gilliland, Jr., PhD.        ASB - 5154 - L69F |
| | Print Name                          Bar Number |
| | P.O. Box 4128 |
| | Address |
| | Montgomery          AL          36103 |
| | City          State          Zip Code |
| | (334) 215-8585          (334) 215-7101 |
| | Phone Number          Fax Number |