IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **KENNETH WILLIFORD** | * | Case No. 3:07-cv-00105-WKW-SRW |
| Appellant, | * | |
| v. | * | USBC Case No. 81486 |
| **CHARLOTTE WILLIFORD** | * | |
| Appellee. | * | |

## MOTION FOR EXTENSION OF DEADLINE

Appellee Charlotte Williford (hereinafter "Appellee"), by and through counsel, moves the Court for an Extension of the Deadline and Enlargement of the time in which to file her Brief in Response to Appellant's Principal Brief. As grounds therefor, the Appellee shows the Court as follows:

1. Counsel for Appellee only recently received this file.

2. Appellee's Brief in Response is currently due by May 29, 2007.

3. Counsel for Appellee will need additional time to sufficiently review the file in this matter and prepare a response to Appellant's Brief.

4. Appellant also received an Extension of the Deadline in which to file his Brief from the Court. An extension of the deadline for Appellee's Brief will not prejudice Appellant and is warranted under the circumstances.

WHEREFORE, premises considered, the Appellee respectfully moves this Honorable Court to grant her an Extension of the Deadline for the filing of Appellee's Brief.

s/ Floyd R. Gilliland

FLOYD R. GILLILAND, JR. (GIL033)
APRIL W. MCKAY (WIL304)
Attorneys for the Appellee

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103-4128
Tel: 334-215-8585

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing upon:

Kenneth Williford
AIS 229597
William E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL 35023

either by hand delivery or by placing the same in the United States Mail, postage prepaid, on this the 22nd day of May, 2007.

s/ Floyd R. Gilliland

OF COUNSEL