IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENNETH WILLIFORD, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07cv105-WKW |
| ) | |
| CHARLOTTE WILLIFORD, ) | |
| ) | |
| Appellee. ) | |

## **ORDER**

Upon consideration of appellee's motion for extension of time (Doc. # 26), filed May 22, 2007, and for good cause, it is

ORDERED that the motion is GRANTED.  Appellee may file her responsive brief on or before June 12, 2007.  Appellant may file a reply brief on or before June 26, 2007.

DONE, this 23rd day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE