IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KENNETH WILLIFORD,
Appellant, PRO-SE

VS.

CHARLOTTE WILLIFORD,
et al.,
Appellees.

CIVIL ACTION NO.3:07 cv 105-WKW-SRW

MOTION FOR EXTENSION OF TIME TO REPLY

Comes now the Appellant Kenneth Williford PRO-SE, WHO humbly seek's an additonal 30 Day's to complete his reply response, and hereby states his views as follows:

Due to the circumstance's dealing with the administration function of this prison, that, are beyond the appellant control, administrative lock down, not making annocement for law library call hinder's the appellant from working on his reply response.

Appellant does have A valid law library pass and the schedule time stated on the pass is Tuesday and Thrusday, from 7:30 to 10:00 P.M. (3 hours each day ) if not interupted by administrative lock downs, or unprofessional officer's that make you leave for no reason. Their authority can not be question by an inmate.

The appellant's actual use of uninterupred time in the law library should be only 24 hours for A month period of time. Furthermore, W.E. donaldson has an inadequate law library, there are many missing books, books with missing pages which is making it difficult to research and prepare my reply responde.

Supplies are not stocked daily, but restocked every three weeks on A Thrusday. The computer system they have installed, does not have the federal digest in it's system, also the night schedule shift shut's down the computers at 9:00 P.M., leaving appellant and twenty other inmaates only one and A half hour time of use.

[ 1 ]

Appellant need's adequate time to file his reply response and is requesting 30 Days from the expiration date of June 27,2007, which to file. Appellant is making this request in A timely fashion due to the fore seen problems that poes an obstacle and the problems that upon the appellant, as he files this request which are presently hindering the completion of the filing of his reply response.

Wherefore, appellant pray's he be given an additional thirdty (30) Days from the date of June, 27,2007, his already scheduled expiration date.

Done this the 14th Day of June,2007

           RESPECTFULLY SUBMITTED

           *[signature]*
           KENNETH H. WILLIFORD

### CERTIFICATE OF SERVICE

I, Kenneth Williford, certify that I have served A true and correct copy of the following "MOTION FOR EXTENSION OF TIME TO REPLY" upon the parties below, by placing the same in the U.S.mail box postage prepaid and correctly addressed.

NOE HOLTSFORD, GILLILAND HIGGINS & HITSON, P.C.
Attorneys at Law for CHARLOTTE WILLIFORD
P.O.Box 4128
Montgomery, Alabama 36103-4128

Bankruptcy Administrator
One Church Street
Montgomery, Alabama 36104

William R. Murray
Murray Lane
Northport, Alabama 35475-4235

           RESPECTRULLY SUBMITTED
           *[signature]*
           KENNETH H. WILLIFORD
Done this the 14th Day of June,2007

KENNETH H. WILLFORD
AIS# 229597-0-11A
100 Warrior Lane
Bessemer, Ala, 35023

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTOGOMERY, ALABAMA 36101-0711