IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH WILLIFORD, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07cv105-WKW |
| | ) | |
| CHARLOTTE WILLIFORD, | ) | |
| | ) | |
| Appellee. | ) | |

## **ORDER**

Upon consideration of appellant's motion for extension of time (Doc. # 29), filed June 18, 2007, and for good cause, it is

ORDERED that the motion is GRANTED to the extent that appellant may file his reply brief on or before July 10th, 2007.

Done, this 18th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE