IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENNETH WILLIFORD, )<br>)<br>Appellant, )<br>) <br>v. )<br>)<br>CHARLOTTE WILLIFORD, )<br>)<br>Appellee. ) | CIVIL ACTION NO. 3:07cv105-WKW |

**ORDER**

This action is presently before the court on appellant's motion for leave to amend his statement of issues on appeal (Doc. # 10), filed February 26, 2007. Plaintiff seeks to amend his identification of issues on appeal to include the following issue:

> [I]n the lower courts [Kenneth] Williford's allegations and issues were not refuted, nor did Charlotte Williford refute any of the allegations and issues, and nor did attorney's [sic] Von Memeory [sic], or James Day refute any of Kenneth Williford's allegations and issues presented before the lower courts. Due to the adjudication of the merits of the allegations and issues set before the lower courts.

(Doc. # 10). Upon review of the briefs filed in this matter, the court understands this issue to be the same as the issue identified as "Issue # 3" in plaintiff's brief (Doc. # 23, filed May 8, 2007), to which defendant has had an opportunity to respond. Accordingly, it is

ORDERED that the motion to amend (Doc. # 10) is GRANTED.

DONE, this 6th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE