IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KENNETH WILLIFORD
Appellant, PRO-SE

VS.

CHARLOTTE WILLIFORD,
et al., Appellees.

CIVIL ACTION NO.3:07 cv 105-WKW-SRW

MOTION FOR EXTENSION OF TIME TO REPLY

Comes now the Appellant Kenneth Williford PRO-SE, who humbly seek's an additional 30 Day's to complete his reply response, and objections, and hereby states his views as follow

Due to the circumstance's dealing with the administration funbction of this prison, that, are beyond the appellant control, administrative lock down, not making anocement for law library call hinder's the appellant from working on his reply response.

Appellant does have A valid law library pass and the schedule time starts on the pass is Monday and Thrusday, from 7:30 to 10:00 P.M. (2½ hours each day) if not interupted by administrative lock downs, or unprofessional officer's that make you leave for no reason. Their authority can not be question by an inmate.

The appellant's actual use of uninterupred time in the law library will only be about 4 hours before the filing date of October,12,2007. Which is not enought time for A reply respons and to research and prepare objection's to the "[RECOMMENDATION OF THE MAGISTRATE JUDGE]" DOC.#39)

Appellant need's adequate time to file his reply response and objections and is requesting 30 Days from the expiration date of October,12,2007, which to file. Appellant is making this request in A timely fashion due to the fore seen problems that poes an obstacle and the problems that upon the appellant,

[1]

as he files this request which are presently hindering the completion of the filing of his reply response.

Wherefore, appellant pray's he be given an additional thirdty (30) Days from the date of October,12,2007, his already scheduled expiration date.

Done this the 2nd Day of October,2007

RESPECTFULLY SUBMITTED

KENNETH WILLIFORD

CERTIFICATE OF SERVICE

IKenneth Williford, certify that I have served A true and correct copy of the following "MOTION FOR EXTENSION OF TIME TO REPLY" upon the parties below, by placing the same in the U.S.mail box postage prepaid and correctly addressed.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O.BOX 711
MONTGOMERY, ALABAMA 36101-0711

NIX, HOLTSFORD, GILLILAND, HIGGINS, & HITSON, P.C.
Attorneys at Law for CHARLOTTE WILLIFORD
P.O.BOX 4128
MONTGOMERY, ALABAMA, 36103-4128

BANKRUPCTY ADMINISTRATOR
ONE CHURCH STREET
MONTGOMERY, ALABAMA, 36104


RESPECTFULLY SUBMITTED

KENNETH WILLIFORD

Done this the 2nd Day of October,2007

BIRMINGHAM AL 350
03 OCT 2007 PM 4 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711

KENITH WILLIFORD
AIS #240597-0-11A
100 WARRIOR LANE
BESSEMER, AL 35023