IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KENNETH WILLIFORD
Appellant, PRO-SE

vs.

CHARLOTTE WILLIFORD,
et al., Appellees.

CIVIL ACTION NO. 3:07 cv 105-WKW-SRW

**MOTION GRANTED** to and Including October 26, 2007
this 5th day of October, 20 07

UNITED STATES MAGISTRATE JUDGE

## MOTION FOR EXTENSION OF TIME TO REPLY

Comes now the Appellant Kenneth Williford PRO-SE, who humbly seek's an additional 30 Day's to complete his reply response, and objections, and hereby states his views as follow

Due to the circumstance's dealing with the administration funbction of this prison, that, are beyond the appellant control, administrative lock down, not making allocement for law library call hinder's the appellant from working on his reply response.

Appellant does have A valid law library pass and the schedule time starts on the pass is Monday and Thrusday, from 7:30 to 10:00 P.M. (2½ hours each day) if not interupted by administrative lock downs, or unprofessional officer's that make you leave for no reason. Their authority can not be question by an inmate.

The appellant's actual use of uninterupred time in the law library will only be about 4 hours before the filing date of October, 12, 2007. Which is not enought time for A reply respons and to research and prepare objection's to the "[RECOMMENDATION OF THE MAGISTRATE JUDGE]" DOC.#39)

Appellant need's adequate time to file his reply response and objections and is requesting 30 Days from the expiration date of October, 12, 2007, which to file. Appellant is making this request in A timely fashion due to the fore seen problems that poes an obstacle and the problems that upon the appellant,

[1]