IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENNETH WILLIFORD, | ) |
|     Appellant, | ) |
| v. | )   Case No. 3:07-cv-0105-WKW |
| CHARLOTTE WILLIFORD, | ) |
|     Appellee. | ) |

**ORDER**

On September 28, 2007, the Magistrate Judge filed a Recommendation (Doc. # 39) in this case to which the appellant filed a timely objection. (Doc. # 42.) Upon an independent and *de novo* review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. # 39) is ADOPTED;

2. The appellant's objection (Doc. # 42) is OVERRULED;

3. The decision of the Bankruptcy Court is AFFIRMED.

An appropriate judgment will be entered.

DONE this the 21st day of November 2007.

                                                   /s/ W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE