CASE NUMBER   CIVIL ACTION NO 3:07-CV-105-WKW

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KENNETH WILLIFORD
PLAINTIFF

VS.

CHARLOTTE WILLIFORD
DEFENDANT

MOTION FOR CONTINUANCE

    Comes now Plaintiff, Kenneth Williford PRO-SE in the above styled cause, and moves this Honorable court, to extend the time of which to file an appeal in the above civil case, for sixty (60) days from the date of plaintiff's notice of Dec. 21st, 2007, to prepare for his notice of appeal, and hereby states his views as follows:

    Due to the circumstance's dealing with the administration function of this prison, that, are beyond the plaintiff's control, administrative lockdown, not making allocement for law library call has hindered the plaintiff from working on this case.

    Plaintiff does have a valid law library pass and the schedule time stated on the law pass is "MONDAY & THRUSDAY" from 7:00 P.M. to 10:00 P.M. (3 hours each day) if not interupted by administrative lockdown's, or unprofessional officer's that make you leave for no reason. Their authority can not be question by an inmate.

    The plaintiff's actual use of uninterupted time in the library is only above 24 hour or less, for a month period of time. Furthermore, W.E. Donaldson has inexperience and unprofessional law clerks, an inadequate law library, there are many missing books, books with missing pages which is making it difficult to research and prepare for this Federal court appeal.

    Supplies are not daily stocked, but restocked every three weeks on a Thrusday. The computer system they have installed does not have the Federal digest in it's system, also the night schedule shift shut's down the computers at 9:00 P.M. leaving plaintiff and twenty other inmates only one to two hours time of use.

    Plaintiff needs adequte time to file for his notice of appeal and

[ 1 ]

is requesting (60) sixty days from the expiration date of Dec, 21st, 2007, in which to file. Plaintiff is making request in a timely fashion due to the fore seen problems that poses an obatacle and the problems that are upon the plaintiff as he files this request which are presently hindering the completion of the filing.

Wherefore, plaintiff pray's he be given an additional sixty (60) days from the date of his already scheduled expiration date Dec, 21st, 2007

Plaintiff swears under the penalty of perjury that the facts or true and correct.

Done this the 30th, day of Nov., 2007.

RESPECTFULLY SUBMITTED

*Kenneth Williford*

KENNETH WILLIFORD

---

## CERTIFICATE OF SERVICE

I hereby certify that I have delivered the foregoing upon the appropriate party Via. Prsion U.S. Mail authorities, by way of <u>HOUSTON V. LACK</u>, 487 US 266 (1988),. postage prepaid and affixed, on this <u>30th</u> day of <u>NOVEMBER</u> 2007.

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
11 SOUTH UNION STREET
MONTGOMERY, AL. 36130

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL. 36101-711

RESPECTFULLY SUBMITTED

*Kenneth Williford*

KENNETH WILLIFORD, PRO-SE
AIS # 229597-0-11A
100 WARRIOR LANE
BESSEMER, AL. 35023

```
KENNETH WILLIFORD
AIS # 229597 - 0-11A
100 WARRIOR LANE
BESSEMER, AL. 35023
```

BIRMINGHAM AL 352

14 DEC 2007 PM 2 L



```
        OFFICE OF THE CLERK
    UNITED STATES DISTRICT COURT
           P.O. BOX,711
       MONTGOMERY, AL. 36101-711
```

36101З0711