IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENNETH WILLIFORD, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | )   Case No. 3:07-cv-0105-WKW |
| | ) |
| CHARLOTTE WILLIFORD, | ) |
| | ) |
| Appellee. | ) |

## **ORDER**

Upon consideration of Appellant Kenneth Williford's motion for extension of time to file appeal (Doc. # 45), it is ORDERED that the motion is GRANTED IN PART. Pursuant to Rule 4(a)(5) of the Federal Rules of Appellate Procedure, the deadline for Appellant Kenneth Williford to file a notice of appeal is extended from December 21, 2007, to **on or before January 21, 2008**.

DONE this 8th day of January, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE