IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CIVIL ACTION NO: 3:07 cv 105 WKW

RECEIVED
2008 JAN -7 A 9:38

DEBRA P. HACKETT, C
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

KENNETH WILLIFORD
    APPELLANT,

VS.

CHARLOTTE WILLIFORD,
    APPELLEE.

NOTICE OF APPEAL

CONES NOW KENNETH WILLIFORD, THE PLAINTIFF APPEALS UNDER 28 U.S.C., SECTION 158 (b) FROM THE JUDGMENT OF UNITED STATES MAGISTRATE JUDGE SUSAN ROSS WALKER (DISTRICT COURT JUDGE W. KEITH WATKINS) INTER IN THIS ADVERSARY PROCEEDING ON THE 21st DAY OF NOVERMBER, 2007.

THE NAMES OF ALL PARTIES IN THE JUDGEMENT APPEALES FROM AND THE NAME, ADDRESSE, AND TELEPHONE NUMBERS OF HER RESPECTIVE ATTORNEY IS AS FOLLOWS:

CHARLOTTE WILLIFORD REPRESENTED BY THE LAW FIRM OF, FLOYD RAY GILLILAND, JR., APRIL W. MCKAY AND AT: 4001 CARMICHAEL ROAD, SUITE 300, MONTGOMERY, ALABAMA 36106; (334) 215-8585.

DONE THIS THE 20th DAY OF DECEMBER, 2007

RESPECTFULLY SUBMITTED,

*[signature: Kenneth Williford]*

KENNETH WILLIFORD
100 WARRIOR LANE
AIS # 229597--0-11A
BESSEMER, ALABAMA 35023

## CERTIFICATE OF MAILING

I HEREBY CERTIFY THAT ON THIS THE 20th DAY DECERMBER, 2007, I HAVE SERVED A COPY OF THIS NOTICE OF APPEAL UPON, THE CLERK FOR MAILING TO THE ATTORNEYS FOR APPELLEE, PURSUANT TO HOUSTON V. LACK, 487 US 266 (1988) BY PLACEING SAID IN THE INSTITUTIONAL MAIL BOX POSTAGE PREPAID.

*Kenneth Williford*
KENNETH WILLIFORD
100 WARRIOR LANE
BESSEMER, ALABAMA, 35023
AIS # 229597--0-11A

KENNETH WILLIFORD  
AIS # 229591-0-11A  
100 WARRIOR LANE  
BESSEMER, AL 35023



OFFICE OF THE CLERK  
UNITED STATES DISTRICT COURT  
P.O. BOX 711  
MONTGOMERY, AL 36101-711

3610180711 B007



"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."
William E. Donaldson Correctional Facility
Date_____