IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CIVIL ACTION NO: 3:07- cv -105 - WKW

2008 JAN 10 A 9:17

KENNETH WILLIFORD,
PLAINTIFF,

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

VS.

CHARLOTTE WILLIFORD,
DEFENDANT.

MOTION TO SUSPEND RULE(S)
8006,8007,8008,8009,8010,
AND 8014 PURSUANT TO RULE 8019

COMES NOW THE PLAINTIFF KENNETH WILLIFORD (HEREAFTER, WILLIFORD) AND MOVES THIS HONORABLE COURT WITH HIS MOTION TO SUSPEND RULE(S) 8006,8007 8008,8009,8010,AND 8014 PURSUANT TO RULE 8019 AND STATES THE FOLLWING IN SUPPORT:

1. ON THE 21st DAY NOVERMBER, 2007 JUDGE W.KEITH WATKINS ADOPTED THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION.

2. ON THE 30th DAY OF NOVERMBER, 2007 WILLIFORD FILED MOTION FOR CONTINUANCE.

3. ON THE 20th DAY OF DECEMBER, 2007 WILLIFORD FILED NOTICE OF APPEAL, ACCOMPANIES BY REQUEST FOR IN FORMA PAUPERIS STATUS.

4. WILLIFORD IS INDIGENT AND NOT A PERSON TRAINED IN THE LAW. SINCE HE IS UNABLE TO AFFORD COUNSEL TO PROCESS HIS APPEAL HE MUST RELY ON THE LAW CHERK/ LIBRARY SYSTEM AT DONALDSON PRISON.

5. THE CLERKS FOR SUPERVISOR ARE PERSONS TRAINED IN THE LAW.

6. THE ISSUES PRESENTED FOR APPEAL ARE COMPLICATED AND REQUIRE EXTENSIVE RESEARCH. SINCE THE ADOPTION OF COMPUTERS (TWO ARE AVAILABLE ) WILLIFORD'S ACCESS TO THE LAW LIBRARY AND TOOLS NECESSARY TO PROSECUTE HIS APPEAL ARE SEVERELY LIMITED.

( 1 )

7. THE APPELLEE WILL NOT BE PREJUDICED BY THE COURT GRANTING THIS MOTION.

WHEREFORE, PLAINTIFF HOUMBLY PRAYS THAT THIS MOTION IS GRANTED.

PLAINTIFF SWEARS UNDER PENALTY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF HIS KNOWLEDGE.

DONE THIS THE 29th DAY DECERMBER, 2007.    RESPECTFULLY SUBMITTED,

*[signature]*
KENNETH WILLIFORD

### PROOF OF SERVICE

I HEREBY CERTIFY THAT ON THIS THE 29th DAY OF DECERMBER, 2007 I HAVE SERVED COUNSEL FOR APPELLEE AT: ATTORNEY(S) FLOYD RAY GILLILAND, JR. AND APRIL W. McKAY, 4001 CARMICHAEL ROAD, SUITE 300, MONTGOMERY, ALABAMNA 36106; (334) 215-8585, PURAUANT TO HOUATON V. LACK, 487 US 266 (1988) POSTAGE PREPAID BY PLACING SAID IN THE INSTITUTIONAL MAIL BOX.

*[signature]*
KENNETH WILLIFORD
AIS # 229597- 0-11A
100 WARRIOR LANE
BESSEMER, AL. 35023
PRO-SE

( 2 )

KENNETH WILLIFORD
AIS # 229597 - 0 -11A
100 WARRIOR LANE
BESSEMER, AL. 35023

BIRMINGHAM AL 350

09 JAN 2008 PM 5 L



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL. 36101-711