Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

January 14, 2008

**Appeal Number: 08-10172-D**
Case Style: Kenneth Williford v. Charlotte Williford
District Court Number: 07-00105 CV-W-E

TO:   Kenneth Williford (229597)

CC:   Debra P. Hackett

CC:   April W. McKay

CC:   Floyd R. Gilliland, Jr.

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 14, 2008

Kenneth Williford (229597)
Donaldson CF
100 WARRIOR LN
BESSEMER AL 35023-7228

**Appeal Number: 08-10172-D**
Case Style: Kenneth Williford v. Charlotte Williford
District Court Number: 07-00105 CV-W-E

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries. Upon receipt of the district court's order concerning whether this appeal will be allowed to proceed in forma pauperis, we will advise you of further requirements.

Upon entry of an order regarding in forma pauperis, the District Court Clerk is requested to forward a copy of the order and an updated copy of the docket entries.

We have not yet received the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) required by FRAP 26.1 and the accompanying circuit rules. The rules provide that the certificate must be filed by every appellant [and cross-appellant] with this court within 10 days after the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first. The rules further provide that on the same day a paper certificate is served, the party filing it must also complete the court's web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov, by electronically providing the information required for that form. Only the ticker symbols for publicly traded corporations that are listed on the paper CIP must be entered in the web-based system. If your CIP does not include any publicly traded corporations, you are required to go to the website and simply click the button indicating that you have no publicly traded corporations to report. Pro se parties are not required or authorized to complete the web-based certificate.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that does not contain the certificate, but may receive and retain the papers pending supplementation of the papers with the required certificate. You are also hereby notified that failure to submit the required certificate will result in your document(s) being returned unfiled which may ultimately result in dismissal of your appeal.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183

c: District Court Clerk

DKT-5 (11-2007)

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT

CLERK

TELEPHONE
(334) 954-3610

January 9, 2008

Mr. THOMAS K. KAHN, CLERK
UNITED STATES COURT OF APPEALS, ELEVENTH CIRCUIT
56 FORSYTH STREET, NW
ATLANTA, GA  30303

USDCA NO CV-07-W-105-E

USCA NO 08-10172D

KENNETH WILLIFORD VS. CHARLOTTE WILLIFORD

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

X  Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]

X  First Notice of Appeal: X Yes,_ No    Date(s) of Other Notice_____

Was there a hearing from which a transcript could be made:

_Yes, The Court Reporter(s) is/are

X  No                    Date of Hearing(s):_____

THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____

X  IFP__; and/or APPEALABILITY/CPC is pending in this Court.

Court Appointed Counsel/CJA; ___Yes; ___No;  Copy of Order Enclosed:

X  The Appellate docket fee has been paid;_Yes, X No:_____Date, Receipt#_____

___Appellant has been ___GRANTED;___

___DENIED IFP, Copy of Order enclosed.

___Appellant has been ___GRANTED;__DENIED CPC/APPEALABILITY, Copy of Order enclosed.

___Appeal Bond, ___ Supersedeas Bond

X  The District Judge or Magistrate Judge appealed from is Hon: WILLIAM KEITH WATKINS

___This is an appeal from a bankruptcy order; Bankruptcy Judge: _____

___This is a DEATH PENALTY a_____

___ Certified record on appeal consisting of:
  ___Volume(s) of Pleadings,_ Volume(s) of Transcripts,
  ___ SEALED ITEMS, ie. ___ PSI(s)____; OTHER____; TAPE(s)____
  ___ Exhibits (BINDERS):
  ___Volume (s) of Original Papers

Sincerely,

DEBRA P. HACKETT, CLERK

By:   Yolanda Williams
      Deputy Clerk