IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENNETH WILLIFORD, ) | |
| ) | |
|    Appellant, ) | |
| ) | |
|    v. ) | Case No. 3:07-cv-0105-WKW |
| ) | |
| CHARLOTTE WILLIFORD, ) | |
| ) | |
|    Appellee. ) | |

**<u>ORDER</u>**

Upon consideration of the appellant's motion for leave to appeal *in forma pauperis* (Doc. # 48), it is ORDERED that the motion is GRANTED.

Furthermore, to the extent this court has jurisdiction, the appellant's Motion to Suspend Rules 8006, 8007, 8008, 8009, 8010, and 8014 (Doc. # 49) is DENIED.[1]

DONE this 18th day of January, 2008.

      /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

---

[1] The bankruptcy rules the appellant seeks this court to suspend govern appeals of judgments, orders, or decrees of bankruptcy judges to the district court—not appeals from the district court to the Eleventh Circuit Court of Appeals, which the appellant now seeks. The appellant has already appealed the adverse judgment of the bankruptcy judge to the district court (Doc. # 1-2), and this court affirmed the bankruptcy judge. (Doc. # 43.) Appellant then filed Notice of Appeal (Doc. # 47) from this court's order affirming the bankruptcy court's order. Pursuant to Rule 6(a) of the Federal Rules of Appellate Procedure, "[a]n appeal to a court of appeals from a final judgment, order, or decree of a district court exercising [bankruptcy jurisdiction] is taken as any other civil appeal under these rules." Fed. R. App. P. 6(a). Therefore, the Federal Rules of Appellate Procedure govern the appellant's current appeal.