UNITED STATES DISTRICT COURT

To; Honorable Susan Russ Walker,

Please be advised, that I, Kenneth Williford, case No.3:07-cv 00105-WKW-SRW, on 4/24/08 _____, has been transtered to ST. CLAIR CORRECTIONAL FACILITY. In the furture address all legal mail to this address:

KENNETH WILLIFORD
AIS # 229597
St. Clair Correctional Facility
1000 St. Clair Road
Springville, Alabama 35146-9790

Thank You for your cooperation.

RESPECTFULLY SUBMITTED

Kenneth Williford
St. Clair Correctional Facility
1000 St. Clair Road
Springville, Ala. 35146-9790

*[Stamp: RECEIVED 2008 APR 28 A 10:02 DEBRA P. HACKETT, CL U.S. DISTRICT COURT MIDDLE DISTRICT ALA]*

KENNETH WILLIFORD
AIS # 229597-4-87A

1000 ST. CLAIR RD.
SPRINGVILLE, AL 35146



BIRMINGHAM AL 350

25 APR 2008 PM 5 L

USA 41

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL. 36101-711



from an
have not
Department of Cor
for the substance or
communication.

361013071